1    UNITED STATES DISTRICT COURT
     NORTHERN DISTRICT OF NEW YORK
2    _____

3    MICHAEL McCALLION,

4                              Plaintiff,

5

6    -vs-                        9:22-CV-253

7

8    C.O. MATTHEW MARRA, SGT. JOSEPH COFFEY,
     C.O. MARCUS HART, C.O. SHAWN BARBARITO,
9    C.O. GORDON GRIFFITH, C.O. WEIDNER,
     and C.O. KREG JACKSON,

10                              Defendants.

11   _____

12                        DEPOSITION

13   _____

14   WITNESS:            Joseph M. Coffey

15   DATE:               Thursday, July 13th, 2023

16   START TIME:         11:15 a.m.
     END TIME:           1:53 p.m.

17

     REMOTE LOCATION:    Remote Legal Platform

18

     REPORTER:           Benjamin D. Knights

19

     JOB No.:            17962

20

21

22

23

24

25

```
 1      APPEARANCES:

 2      CALEB ADONIAN PLLC
        Attorneys at Law
 3      11 H Street, N.W.
        Suite 314
 4      Washington D.C. 20005
        BY:  DUANE BLACKMAN, ESQ.
 5           duane@calebandonian.com
        Appearing for the Plaintiff
 6    Of Counsel to Sivin, Miller, & Roche, LLP

 7      OFFICE OF NYS ATTORNEY GENERAL
        Capitol Litigation Bureau
 8      The Capitol
        Albany, New York 12224
 9      BY:  NICHOLAS DORANDO, ESQ.
             nicholas.dorando@ag.ny.gov
10      Appearing for the Defendants

11

        ALSO PRESENT:    JOSEPH CALEB, ESQ.
12                       JEANETTE IRWIN
                         BEVERLY BISHOP-CHEDDIE
13

14

15

16

17

18

19

20

21

22

23

24

25
```

1                    I N D E X   O F   T E S T I M O N Y

2        EXAMINATION OF JOSEPH COFFEY                    Pages

3            By Mr. Blackman:                        8    104

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1              I N D E X   O F   E X H I B I T S

 2                                        Page        Page
                                          Marked      ID'd
 3

 4     Exhibit 5                          105         97
       (Photographs)
 5
       Exhibit 11                         92          92
 6     (Misbehavior Report)

 7     Exhibit 16                         97          96
       (To-and-From Memo Authored by
 8      Sergeant Coffey dated 10/28/20)

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

FEDERAL STIPULATIONS

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for the respective parties that the presence of the Referee be waived;

IT IS FURTHER STIPULATED AND AGREED that the witness shall read and sign the minutes of the transcript within 30 days upon receipt, and that the filing of the transcript be waived;

IT IS FURTHER STIPULATED AND AGREED that all objections, except as to form, are reserved until the time of trial;

IT IS FURTHER STIPULATED AND AGREED that this Deposition may be utilized for all purposes as provided by the Federal Rules of Civil Procedure;

AND FURTHER STIPULATED AND AGREED that all rights provided to all parties by the Federal Rules of Civil Procedure shall not be deemed waived and the appropriate sections of the Federal Rules of Civil Procedure shall be controlling with respect thereto.

```
1                REMOTE FEDERAL DEPOSITION STIPULATIONS

2         IT IS HEREBY STIPULATED, by and between the

3    attorneys of record for all parties to the

4    above-entitled action, that:

5         Pursuant to Rule 30(b)(4) of the Federal Rules of

6    Civil Procedure, this deposition will be conducted by

7    remote videoconference with a court reporter

8    administering the oath remotely and creating an accurate

9    written record; that, if necessary, the parties agree

10   that each witness can be identified with picture

11   identification;

12        No attorney, nor any party or witness, shall

13   capture any still photographs, nor record, by video or

14   audio, any part of these deposition proceedings;

15        Each attorney agrees to instruct their witness that

16   there is to be no communication with anyone outside of

17   the identified and participating group, by chat, text,

18   e-mail or other means during the deposition;

19        There shall be no other person in the room with the

20   witness during their deposition;

21        Any phone or electronic device in the room with a

22   witness shall be identified and not read, referred to or

23   otherwise used during the witness' deposition, unless

24   agreed to by all counsel on the record.

25
```

1                    THE REPORTER:  Good Morning.  We are

2          now on the record.  Today's date is

3          July 13th, 2023, and the time is

4          approximately 11:15 a.m.  My name is

5          Benjamin Knights, and I am the officer

6          designated by Remote Legal, 381 Park

7          Avenue South, New York, New York, to take

8          the record of this proceeding.

9              This is the deposition of

10         Joseph Coffey taken in the matter of

11         McCallion vs. Marra, et al., Index

12         No.9:22-CV-253, filed in the United

13         States District Court, Northern District

14         of New York.

15             This deposition is being taken

16         remotely and is being conducted pursuant

17         to the procedural rules and laws

18         governing this matter.  As such, all

19         parties agree to this means of capturing

20         the record, which may include recording

21         by audio, audiovisual, or stenographic

22         means, as if it were done by traditional

23         in-person means.

24             Further, all parties agree that the

25         deposition officer or person

1                    administering the oath may be authorized

2                    to administer the oath under the rules of

3                    the state where they reside.

4                        Do all parties so stipulate?

5                        MR. DORANDO:  I stipulate on behalf

6                    of my client.

7                        MR. BLACKMAN:  I so stipulate.

8                        THE REPORTER:  Will the witness be

9                    reading and signing the transcript?

10                       MR. BLACKMAN:  Yeah.

11                       THE REPORTER:  All appearances will

12                   be noted on the transcript.  I will now

13                   swear in the witness.

14                   J O S E P H   C O F F E Y, called as a

15       witness and being duly sworn, testifies as follows:

16                       MR. BLACKMAN:  Okay.  I missed part

17                   of it.  So the witness was sworn in?

18                       THE REPORTER:  Yes.

19                   EXAMINATION BY MR. BLACKMAN:

20           Q    Good morning, Mr. Coffey.  Is it Coffey?

21           A    Coffey like the drink.

22           Q    Good morning, Mr. Coffey.

23           A    Good morning.

24           Q    My name is Duane Blackman.  I represent

25       Mr. Michael McCallion in this matter.  I'm going to be

1    asking you a series of questions involving an incident

2    that occurred with Mr. McCallion at this Gouverneur

3    Correctional Facility on October 28th, 2020.  So first,

4    I'd like to go over a few things with you so that we're

5    on the same page; okay?

6           A    Sure.

7           Q    What I'd like you to do is answer my

8    questions verbally.  The court reporter can't transcribe

9    nods of the head or "mm-hmm," that kind of stuff.  So

10   when you respond to my questions, please respond

11   verbally, not with gestures and nonverbally.  Is that

12   understood?

13          A    Yes.

14          Q    Please do not start to answer my

15   questions before I have finished because that way we

16   won't be able to get a proper transcript.  Similarly, I

17   will wait until you have finished your answers before I

18   begin to ask you another question if that's fine with

19   you.

20          A    Yes.

21          Q    So let's try to avoid talking at the same

22   time because the transcription will not be able to

23   reflect two people talking at the same time.

24          A    Understood.

25          Q    If at any time you need to take a break,

1    let me know, and we can take a break as long as there is

2    not a pending unanswered question.  Is that okay with

3    you?

4              A    Yes.

5              Q    Let me say this.  To the extent I ask you

6    a question that you don't understand, please let me

7    know, and what I will do is I will either repeat the

8    question  to the extent you did not hear it properly, or

9    I will seek to rephrase the question.  Is that

10   understood?

11             A    Yes.

12             Q    But once you've answered the question, it

13   will be our understanding that you understood what's

14   been asked of you because you answered it and you

15   haven't asked me to repeat it or ask another question.

16   Is that understood?

17             A    Yes.

18             Q    And can you state your full name for the

19   record including middle names?

20             A    Joseph Maitland Coffey.

21             Q    Have you ever been known by any other

22   name?

23             A    No, not really.  Joe, Joe.

24             Q    Okay.  Are you on social media?

25             A    Yes.

```
1              Q    Do you have any --

2              A    I -- yeah.  Oh, sorry.  Go ahead.

3              Q    Do you have any handles that you go by on

4    social media?

5              A    I had my name.  I spell it Joey Coffey,

6    but I spell it J-O-H-O-E-E or something like that, and

7    Coffey is with a K.  We started getting -- families

8    would say stuff to us and my wife and myself -- the

9    harassment.  So we advised everybody that were on social

10   media to change their names so it wasn't so easy to

11   attack us online.

12             Q    So when you say we changed --

13             A    I'm saying my wife and I.

14             Q    Okay.  So you're not talking about, like,

15   from the Department of Corrections?

16             A    I can't speak for anybody else, but I

17   suggested it.

18             Q    And what social media sites are you on?

19             A    Facebook.  I'm really not good at any of

20   them.  The other one is Instagram.  Yes.  That's it.

21             Q    Do you speak about work on your social

22   media?

23             A    No.

24             Q    Have you ever spoken about work on your

25   social media?
```

```
 1              A    Maybe.  I'm not sure.  I don't post a

 2     lot.

 3              Q    Are your fellow employees or workmates

 4     friends with you on social media?

 5              A    Yes, possibly.

 6              Q    Before today's deposition, have you or

 7     did you review any documentation?

 8              A    Yes.

 9              Q    What documents -- well, the documents

10     that you reviewed, did you also either listen to anyone

11     or look at anything to refresh your recollection?

12              A    The photographs I took of the inmate and

13     that was about it.  Just two problems, it's been --

14     well, almost two and a half years so.  Yeah.  Just what

15     the DA sent me.

16              Q    So just so that we're clear, you went

17     over documents, and so if we're talking about documents,

18     you said you went over some to-and-from memos; is that

19     correct?

20              A    Yes, yes.  Use-of-force memos, my cover

21     letter, and medical records, and photographs.

22              Q    Okay.  You said you went over the use of

23     force?

24              A    Yes.  I looked at it.  I reread it.

25              Q    And did you -- what about the misbehavior
```

1    report?  Did you take a look at that?

2            A    Possibly.  I probably did.  I'm pretty

3    sure I did, but, again, I couldn't tell you for sure.  I

4    looked at them all.  They're all pretty redundant,

5    basically the same story.

6            Q    When did you first become aware of this

7    lawsuit?

8            A    Geez.  I don't know.  I was notified a

9    while back that I was going to have this -- give this

10   deposition, but it never occurred, so it's been a while.

11   Probably -- I don't know exactly how long.

12           Q    Would you say more or less than two

13   years?

14           A    No.  Not that long.  I would say probably

15   a year, maybe.  I'm guessing.

16           Q    Okay.  So you first became aware of this

17   lawsuit about a year ago?

18           A    Yes, I would say.

19           Q    How did you first become aware of it?

20           A    I believe the jail contacted me, and I

21   haven't -- go in and read whatever the charges and

22   stuff.

23           Q    Okay.  And you said the jail contacted

24   you.  Now, that was with respect to Mr. McCallion's

25   grievance, or are you talking about -- I just want to be

1    clear you're talking about the pending lawsuit.

2          A    I think the pending lawsuit.  I don't

3    think I ever saw the grievance.  Maybe I did.  I'm not

4    sure.  There are so many cases very similar.  At the

5    time we had like 11.  Narcotics were getting crazy, and

6    there was so much going on, and so anyway...

7          Q    So with respect to the lawsuit, do you

8    remember looking at that -- what's called a Complaint?

9    Have you ever seen a Complaint in this matter?

10          A    Yes.  I think I did.  I don't have it or

11    anything.  I think I looked at it, and then when I

12    wasn't called two or three months ago I thought it was

13    dismissed.

14          Q    Are you aware of the other defendants in

15    this lawsuit?

16          A    I know Marra and Barbarito and

17    probably -- I'm not sure.  Maybe Hardy.  I'm not sure.

18          Q    You said Marra, Barbarito, and Hardy?

19          A    Yes.

20          Q    I'm sorry.  Is that Hart or Harty?

21          A    Hardy.

22          Q    Can you spell that for me?

23          A    H-A-R-D-Y.

24          Q    Okay.  Are you familiar with

25    Mr. Gordon Griffith?

```
1              A    Yes.

2              Q    And what about Correction Officer

3      Weidner?

4              A    Weidner, I know who he is.  I don't know

5      if he was there that night.  I didn't see him in any of

6      the paperwork.

7              Q    And about Kreg Jackson?

8              A    Nope.  I don't believe he was there

9      either.

10             Q    Okay.

11             A    Like I say, their names show up on my

12     paperwork that I just read.

13             Q    I'd like to know just your relationship

14     with some of these individuals you just named and how

15     familiar you are with them.  Correction Officer Marra,

16     how familiar are you with him?

17             A    He's a young officer that works C Block.

18     He's relatively new to the department.  I'm not sure how

19     long he was in.  Maybe five years, maybe.  I'm not sure

20     how long.  Small in stature.  Nice young man.  Very

21     professional.  Always well kept.  Neat.  Conducts

22     himself very professionally.

23             Q    And would you consider yourself -- or

24     would you consider him a friend or an acquaintance?

25             A    An acquaintance.
```

```
 1              Q    What about Correction Officer Barbarito?

 2              A    I know him.  He's been around for quite a

 3    while.  I think at that point he probably had close to

 4    18, 19 years on the job.  I don't know how long he was

 5    at that prison, but I was familiar with him.  I'd say an

 6    acquaintance.

 7              Q    Okay.  What about Marcus Hart?

 8              A    Hardy, you mean?

 9              Q    Yes.  Maybe.  I believe I may have the

10    name wrong.

11              A    Maybe it's Hart.  I don't know.  Maybe I

12    wrote it wrong.  I'd have to look at it again.  Anyways,

13    I know who he is.  Very little interaction with him.

14    Seems like a decent officer.

15              Q    Okay.  So at some point you became aware

16    that some of these individuals that you just named were

17    defendants in this lawsuit; correct?

18              A    Yes, yes.

19              Q    And did you ever have a conversation with

20    any of them about this lawsuit?

21              A    No, not really.  Not really.  I think

22    I -- no.  I'd say no.  I'm not sure but probably not

23    because I resigned shortly after that.  Was in, like,

24    December I resigned.

25              Q    So you never reached out to anyone like,
```

```
1        "Hey, what's going on with this?"

2              A    Maybe -- because when I went to the

3     prison to read what was going on, maybe there was an

4     officer there at the time.  I can't remember.  I don't

5     even know if it's one of those guys that I talked to

6     because they were asking why I was there.  Somebody was

7     in the lobby.

8              Q    Okay.  With respect to this deposition,

9     did you speak to anyone?

10             A    No.

11             Q    Did you meet with your attorney regarding

12    the deposition beforehand?

13             A    We talked on the phone.

14             Q    How many times?

15             A    A few times.  I think maybe two or three

16    times.

17             Q    When was the first time?

18             A    Geez.

19                  MR. DORANDO:  Objection.  You can

20                  answer.

21             A    I'm not really sure.  It was a while ago.

22             Q    Would you say more or less than a year?

23             A    A year or less, and then recently.

24             Q    Okay.  So that's two.  What about the

25    third time?
```

```
 1              A    Just I think it was yesterday.

 2              Q    Okay.  So three times including

 3    yesterday?

 4              A    Yeah.

 5              Q    First time, how long did you speak for?

 6              A    Not very long.

 7                   MR. DORANDO:  Objection again.  You

 8                   can answer, sorry.

 9              A    Not very long.  A few minutes.  Just give

10    me -- told me what was happening and if I could come

11    down and testify or if I could do it over the internet

12    so that was it.

13              Q    What about the second time?  How long was

14    that?

15              A    About the same.

16              Q    And the third time?

17              A    Probably the third time -- maybe -- I'm

18    going to guess and say maybe four minutes, maybe.

19              Q    Other than your attorney, was anyone else

20    present on the calls?

21              A    No.

22              Q    Today have you taken any prescription or

23    over-the-counter drugs or other drugs in the last 24

24    hours?  I said "today."  I meant over the last 24 hours.

25              A    No.
```

```
 1            Q    Were you supposed to take any

 2   prescription medication or drugs over the last 24 hours

 3   and not take it?

 4            A    Well, I'll -- I've got to change that.  I

 5   took my medications.  I'm on blood thinner right now and

 6   some cholesterol medicine.  That's it.  And some

 7   vitamins.

 8            Q    Okay.  Will any of those medications

 9   affect your ability to testify today fully and honestly?

10            A    No.  I'm fine.

11            Q    Okay.  Thank you.  I just heard you say

12   before that you resigned; is that correct?

13            A    Yes.  I was -- I was working on my 32nd

14   year or so.  I was looking to get Article 15, which

15   gives me more retirement, and I had another job lined

16   up, and then I retired from there probably three months

17   later.

18            Q    So are you currently working?

19            A    No.  I'm retired.

20            Q    So you didn't go back?  You just retired,

21   and that's it?

22            A    No.  I was done.  Yeah.

23            Q    When you retired, what was your job

24   title?

25            A    I was a housing sergeant.
```

```
 1              Q    And when you -- housing sergeant when you

 2    retired.  How long had you been with the OC before you

 3    retired?

 4              A    A little over 31 years.  I was working on

 5    my 32nd year when I left.

 6              Q    What did you do before becoming a

 7    corrections officer?

 8              A    I worked in a quarry, mining.

 9              Q    And right after that, you went on to

10    become a corrections officer?

11              A    Right from there.

12              Q    Can you tell me a little about what you

13    had to do to become a corrections officer?

14              A    Well, you had your training.  You go

15    through the academy.  Take a test.  That's about it.

16              Q    So you went to the training academy,

17    graduated --

18              A    Yes.

19              Q    -- and about what year was that?

20              A    In '89.

21              Q    '89.  All right.  And it's a 32 -- about

22    32-year career.  So I don't want every -- I mean, give

23    me the highlights.  Run through your assignments from

24    graduation up until retirement or resignation.

25              A    What do you mean?  Where I worked or what
```

```
 1        I did?
 2                Q    Yes, meaning what facilities were you
 3      assigned to?
 4                A    Oh, okay.  Bedford Hills, Fishkill, Cape
 5      Vincent, Riverview, Gouverneur, Southport.  I guess
 6      that's it.
 7                Q    And where were you last working?
 8                A    Gouverneur.
 9                Q    And how long had you been working at
10      Gouverneur before retiring?
11                A    I did the majority of my retirement --
12                Q    I'm sorry, can you say that again?
13                A    I did my majority of my career at
14      Gouverneur as an officer and a sergeant.
15                Q    And about how many years was that?
16                A    I'd say 29 years, probably.
17                Q    So when do you, if you could -- I'm bad
18      at math, but if you could do the math for me, when did
19      you first start at Gouverneur?
20                A    I started in -- when it just opened.
21      There were no inmates there.  They were just coming in
22      in '89, early '90 maybe.  Late '90, I think it was, but
23      it was in '90.
24                Q    And then you came in I'm assuming as a
25      corrections officer?
```

1          A    Yes.

2          Q    And at some point you became a sergeant?

3          A    Yes.

4          Q    And what did you have to do to become a

5    sergeant?

6          A    Took a test.  Go to sergeant school.

7    Went to Southport.  Did some time there and came to

8    Gouverneur.

9          Q    How many times did you take the test?

10          A    Corrections test or sergeant's exam?  I

11    think I've taken it three times, and I scored higher the

12    last -- the time before this, but I just didn't want to

13    go.  I almost didn't go this time.  I really didn't care

14    for the position.  It was just too much.  I just liked

15    doing what I was doing, but the money spoke to me.  The

16    guys broke it down to me.  This is how much more money I

17    could retire with.  So I did it.  But even then, I

18    wasn't crazy about it.

19          Q    Okay.  So third time you took the test

20    and --

21          A    I took it.  I took the promotion.

22          Q    And when you became sergeant, about what

23    year was it?

24          A    '16.

25          Q    2016 you said?

```
 1              A    Yes, I believe so.

 2              Q    During your tenure with DOCCS had you

 3    ever faced any kind of disciplinary proceeding or court

 4    proceeding pertaining to your employment or scope of

 5    duties?

 6                   MR. DORANDO:  I'm going to object to

 7                   that, and the Court's already ruled that

 8                   Mr. Coffey does not have a relevant

 9                   disciplinary history.

10                   MR. BLACKMAN:  I guess the question

11                   is aimed at to the extent anything was

12                   missed.  This is just a catch-all to

13                   cover it all.  So to the extent

14                   nothing -- I mean, if you want to limit

15                   the scope of the questioning, I'm --

16                   anything to do with excessive force,

17                   credibility veracity, false charges, I

18                   can limit it that way if --

19                   MR. DORANDO:  Yes.  That's fine.

20                   You can ask that.

21                   EXAMINATION BY MR. BLACKMAN:

22              Q    Mr. Coffey, did you understand?  I said a

23    whole lot.  Did you understand what I just said?

24              A    Could you repeat it, please?

25              Q    Sure.  So I'm asking you about your
```

```
1     tenure as a corrections officer, and I'm asking you

2     whether you were ever -- had faced disciplinary

3     proceeding or court proceeding pertaining to your

4     employment, but I'm limiting that question to meaning

5     have you ever been accused of, let's say, excessive

6     force, false charges, fabrication of evidence, or

7     perjury lying?

8             A    No.

9             Q    Anyone under your charge ever been

10    accused of any of those things?

11            A    Well, I have no idea.  That's a lot of

12    people, so I don't know.  I have no way of answering

13    that.

14            Q    Let me ask you this.  You said you were

15    at Gouverneur since 2016; is that correct?

16            A    I've been at Gouverneur since '90, but I

17    left as a sergeant -- yes, there's other -- go ahead.

18    I'm sorry.

19            Q    As a sergeant at Gouverneur since 2016,

20    I'm assuming that you had a certain corrections officer

21    under your charge?

22            A    Yes, I have.

23            Q    And so we're limiting that now in scope

24    from 2016 to whenever you retired.  During that time

25    period was anyone under your charge ever the target of
```

1    disciplinary procedures, court procedures related to

2    those things I mentioned to you, meaning excessive

3    force, false accusations, fabrication of evidence,

4    perjury, lying?

5            A    I don't think so.

6            Q    You don't think so or --

7            A    I couldn't give you -- I wouldn't know,

8    but as far as I know, no.

9            Q    So you were never called to testify or

10   speak at a hearing or a court proceeding?

11           A    Oh, I have, but it was nothing to do with

12   this.  I was in a riot in '95.  I gave a lot of

13   testimony.

14           Q    You mentioned from 2016 to 2023 you were

15   sergeant, so fair to say that on October 28th, 2020, you

16   were a sergeant at Gouverneur?

17           A    Yes, sir.

18           Q    And at that particular time, and I'm

19   referring to October 20th, 2020, were you assigned to a

20   particular area of this facility?

21           A    Yes.  The housing.  I was a housing

22   sergeant.

23           Q    And how long about at that time had you

24   been a housing sergeant?

25           A    I don't know.  A couple of years.  I'm

1      guessing a few years.

2              Q    So in 2016 you became a sergeant.  Are

3      you first -- when you become a housing sergeant -- I'm

4      sorry.  When you become a sergeant, are you first a

5      housing sergeant, or are you something else?

6              A    You're like -- I was sent away to make

7      sergeant.  I made it in Southport.  I was a block

8      sergeant there.  When I came back to Gouverneur, which

9      was like three months later, I became the S200 sergeant,

10     the block officer -- sergeant for the S200.  From there

11     I went to charts.  I worked scheduling and everything up

12     front.  I was an assistant watch commander, and from

13     there I went to housing on 3-11.

14             Q    Okay.  And that's when you were the

15     housing -- okay.  And you said a couple years.  Can you

16     explain to me your role and responsibilities of a

17     housing sergeant?

18             A    Yes.  Basically making sure everything is

19     running smooth.  It's clean, quiet, everything is in

20     compliance.  Officers are doing their job.  Inmates are

21     okay.  They try to limit what's going on with all the

22     jail stuff, you know, like, there's all kinds of stuff

23     that happens in prison so -- yeah.  Just trying to keep

24     a certain amount of control and peace, a little bit of

25     harmony.

1          Q    Okay.  So you're in October 28th, 2020,

2     you're a housing sergeant.  Were you assigned to a

3     particular area of this facility?

4          A    Just the housing units.

5          Q    And this is all the housing units?

6          A    Yes.

7          Q    And so what are they or --

8          A    They go from A to G, and there's two

9     sides to a housing unit.  So there's A1, A2, B1, B2, C1,

10    C2, D1, D2, all the way to G, G1, G2.  Approximately 50

11    inmates in each side, a dormitory side.

12         Q    Fifty inmates with respect to each

13    housing unit, you're saying?

14         A    Yeah.  Each unit.

15         Q    So A has 50, B has 50, C has 50 --

16         A    No, no, no.  That's the whole block.  A1

17    would have 50 approximately.  I mean, during double

18    bunking there was 90 in that side.  A2 would have 50.

19    B1 would have 50 approximately.  All approximate

20    numbers.  People are constantly moving and shifting and

21    transferring out and transferring in.

22         Q    And so you were in charge of the whole

23    housing unit.  About how many officers, would you say,

24    manned down the housing unit?

25         A    Well, there's 14 of them, and then you

1    have the release, and then you have the resource for

2    people who called in sick, and then you have vacation

3    officers that have that on top of that like when they

4    are on vacation.  So I don't know.  Forty officers

5    maybe.

6            Q    At any one given time, you're saying

7    there's 40 officers working?

8            A    No.  At one given time there's only 14

9    housing units so there's only 14 at any given time but a

10   total personnel.  You know what I mean?

11           Q    Yeah.

12           A    Okay.

13           Q    So typically 14 people working but your

14   whole team is comprised of 40 people?

15           A    Yes, approximately.

16           Q    Okay.  And you're in charge of all 40

17   men; is that correct to say?

18           A    Yes.

19           Q    And they all report to you?

20           A    Yes.

21           Q    And who was your direct supervisor at

22   that time?

23           A    It would be the watch commander, whoever

24   that was that day.  I'm not sure if it was Ault or if it

25   was Decker maybe.  I'm not sure.  So the watch

1    commander, the lieutenant on that shift, he's the

2    highest ranking at that time.

3         Q    Now, you say 14 officers and they're

4    spread out through the housing unit, A through G.  Are

5    they assigned to various posts?

6         A    Yes.  They have the housing unit

7    themselves.  They sit in a dormitory area and make sure

8    everything's smooth, everything is in compliance, it's

9    being cleaned, nobody's hurting anyone, just try to keep

10   the peace.  Keep the peace.

11        Q    So to the extent you were in charge of

12   all the dorms, were you familiar with the C1 Dorm?

13        A    Yes, I was.

14        Q    And I'm using the term "familiar." I

15   guess I probably want to define that.  Did you make

16   rounds?  Did you ever go and manage the area?  How were

17   you familiar with the C Dorm area?

18        A    I do rounds, yes.  I did go and talk to

19   each officer, see how their day's going.  So if there's

20   any problems, any activity like, you know -- a big thing

21   at that time was drugs, drugs, drugs.  Everybody was

22   doing drugs.  It was crazy.  But anything, extortion

23   anything, you know.  Just to keep a lid on things.

24        Q    Okay.  So you would speak to the

25   officers.  Would you also speak to the inmates?

1          A    Oh, absolutely.  It was during COVID, and

2     all the inmates were scared.  Everybody was scared, and

3     that was the beginning of it.  For me, trying to explain

4     or try to keep them calm.  I mean, you can imagine when

5     they were seeing on TV what was happening in New York

6     City with tractor trailers with the cooling units and

7     body bags.  It scared everybody.  We didn't know.  It

8     was brand-new, so yeah, it was a very tense time.

9          Q    So you would walk around, you would speak

10     to the corrections officers, you would also familiarize

11     yourself with the inmates; is that fair to say?

12          A    Absolutely.

13          Q    Now, would the same officer be assigned

14     to the same areas regularly?

15          A    It depends.  Like, you have officers who

16     are assigned to a certain area, like, Marra was.  I

17     believe he was a C1 Officer, so that's where he worked

18     every day.  Then you have a relief officer.  He'll work

19     the C1 side when Marra was off, and then he'd work C2

20     side when that person was off, and then he'd work

21     another job.  And then you have vacation leave.  So

22     yeah, there's -- when they're assigned that day, that's

23     what they have, but they don't leave that area.

24          Q    But I guess what I'm saying is so let's

25     say Marra is assigned to C1.  He comes in and the rest

1     of the week -- I don't know.  Let's say he comes in,

2     might be a Tuesday.  Is he still assigned C --

3          A    Yep.  Every day he goes to C1 unless he's

4     on a swap.  Then he can work other places.  You know

5     what I mean?  If he's swapping with somebody on a

6     different shift, he can work different places.  So --

7     but his job, his specific bid was C1.  He worked there

8     every day.  Every day that he worked, he worked there.

9          Q    Okay.  So officers are generally

10    partnered with the same people?

11         A    Yes.  Yes.  I mean, officers are by

12    themselves in that block of 50 inmates.  They run it.

13    They run the whole thing, make sure they go to programs,

14    make sure the breakfast is on time, you know, their

15    meals.  Laundry.  Everything.

16         Q    So fair to say that officers were working

17    these areas familiarize themselves with each other

18    because they're working together?

19         A    Absolutely.  I mean, they might talk to

20    each other on phones.  Like, you know, we have new

21    officers, and I expect the older officers to help them

22    out or even call me if they have a question, you know.

23    How do I handle this?  What do I have to do to do this?

24    Research change from the state shop, you know.  Laundry.

25    Anything that might pop up a little bit out of the

1    ordinary, but a new officer wouldn't know.  So yeah,

2    they help out each other.

3           Q    You spoke about, like, the newer

4    officers, older officers.  Is there like an unsaid level

5    of hierarchy between the corrections officers?  Like, I

6    know they're all called corrections officers, but do the

7    ones with seniority carry more weight?

8                    MR. DORANDO:  Objection.  You can

9                answer.

10          A    I would say yes, but not really.  It

11    depends on the officer.  A person that conducts

12    themselves well that's well respected, yes, but there's

13    officers that are kind of not up to par, you know.

14    They -- I don't know.  They call in sick a lot.  They

15    don't show up.  So yeah, the younger guys won't hold

16    those in a high, high regards.  It depends on the

17    individual, really.  But yes, there is a hierarchy.

18          Q    You mentioned some of the -- your roles

19    and responsibilities as a sergeant, and I think that you

20    focused on keeping the peace and making sure things run

21    smoothly?

22          A    Yes.

23          Q    With that said, were you ever required to

24    sign off on certain types of paperwork?

25          A    I don't know what you mean.

1          Q    Meaning -- let me ask you this.

2     Corrections officers, is there paperwork that they have

3     to fill out, generally?

4          A    Yes.  Like cell searches, and stuff like

5     that.  Is that what you're talking about?

6          Q    Yeah --

7          A    There are certain things I have to sign.

8     I have to look at, make sure they're following the

9     program.  Make sure they're right on point.  There's

10    things that are required of them every day that have to

11    be done, every day.

12         Q    Well, what kind of paperwork do you -- or

13    did you as a sergeant have to sign off on?

14         A    Like if they needed supplies, toilet

15    paper, soap, toothpaste or whatever.  If something broke

16    in the unit, make sure the maintenance request was done

17    properly and make some calls.  Cell searches, just sign

18    a logbook, review the logbook every day and make sure

19    everything is going according to as scheduled.

20    Everything is within the realm as it's supposed to be.

21    So that's about it.

22         Q    What about things like use of force?

23         A    Yes.  If it's my area, yes.  If it's my

24    area, I do the use of force in that area, but if it was

25    like in the school, obviously that sergeant or the

1    program sergeant would take care of that.

2           Q    So use of force, you would have to sign

3    off on.  What about inmate misbehavior?

4           A    Yes.  Same.

5           Q    What -- as you sign off on the documents,

6    what did it signify?

7           A    I'm -- just that I reviewed it.  Oh, I'm

8    sorry.  Go ahead.

9           Q    I think you understood my question.  I

10   was going to clarify but go ahead.  Go ahead.

11          A    Just to review it, make sure everything

12   is where it's supposed to be.  You know, everything is

13   following policy, memorandums, directives, you know.

14   Just looking it over making sure everybody is on the

15   right page.

16          Q    Okay.  When you say looking it over

17   making sure everyone's on the right page, are you

18   investigating credibility?

19          A    No.  At that point I'm reading books.

20   Are you talking about a misbehavior, or what are you

21   talking about?  Like a cell search if I'm -- like, if

22   he's asking me that there's something -- that the water

23   fountain's broke, yeah, I go out and -- show me it's

24   broke or whatever.  If the slop sink is leaking, can you

25   show me?  And then I'll make those calls, but that's

1    about as much -- to call it credibility, I don't know

2    exactly --

3         Q    I guess what I'm saying is to the extent

4    you're signing off on a document, you're attesting to

5    its accuracy; is that not correct?

6         A    Right.  To the best of my knowledge, yes.

7         Q    So to the extent that you're attesting to

8    something and to its accuracy, I'm asking you in order

9    to do that, do you investigate or do some sort of

10   inquiry?

11        A    Oh, yeah, yeah, yeah.  Like depending on

12   what's going on, you know.  Like if it's a -- I

13   interview inmates.  I talk to people to see what's going

14   on.  Yes, definitely.

15        Q    And what happens if you don't believe

16   what's written?  What do you do about it?

17             MR. DORANDO:  Go ahead and answer,

18        but objection.

19        A    I tell the person.  I address the issue

20   and why I don't believe it, and let's see what the

21   explanation is.

22        Q    And so you do -- and so this inquiry when

23   you sign off on things, you do that every time you're

24   attesting to a document?

25        A    It depends because some guys you know --

1    like guys that don't write misbehavior reports.  They

2    may go, geez, there's guys that will go three or four

3    years without writing a misbehavior report.  So if they

4    write one, yeah, and if you read it, it sounds legit,

5    and it's -- yeah.  So you just believe that that person,

6    they aren't, you know, just a -- they're just very

7    professional.  There's certain people that you would

8    just say, "Okay.  I got you.  I believe that happened."

9    But if there's any question, I address it if I feel that

10   there's something amiss.  Oh, yeah.  I'm all over it.

11           Q    So fair to say one of the things that you

12   do you look at the officer's history or your experience

13   with them --

14           A    Yes, and other people's history with them

15   too.  Ask my peers have they had any problem with this

16   guy or anything like that.  Fortunately I haven't had

17   anything like that.  We might have to tighten them up on

18   laziness or being on time or something like that.  But,

19   yeah, for the most part, it's been pretty good.

20           Q    I know you spoke about use of force,

21   misbehavior.  What about medical records?  Do you review

22   medical records?

23           A    If there's an incident, yeah.  Like I

24   say, if there's a use of force if somebody gets hurt,

25   yes, I review those medical records.  Just to review

1    their medical records to go into their medical history,

2    no, I don't do that.

3              Q    Why do you review the medical records?

4              A    Because the incident that's involved.

5    When I do the cover letter, and when I do the use of

6    force, or if I'm doing the UI, I have to be specific on

7    what the injuries were, what I found in my

8    investigation, what the inmate said to me, what the RN

9    has seen and was documented.  And that's all put into

10   the paperwork.

11             Q    Do you ever look to match the medical

12   records with the story given to you?

13             A    Absolutely, yes.

14                  MR. DORANDO:  I'm going to object to

15                  that as -- well, go ahead.  I mean,

16                  obviously you answered.

17             A    I'm sorry.

18             Q    You said "absolutely."  How so?  Explain

19   that process to me.

20             A    Well, for obvious -- like if an inmate

21   was placed on the wall and the officer says, "I directed

22   him towards the wall," right, and I see there's marks on

23   him, like, say bruising anywhere I take the inmate, I

24   talk to him.  Of course I take pictures, ask him about

25   it, ask the officer about it.  I got to find out what's

```
1    going on.  Now, there's a lot of cases, you know --

2    there's all kinds of stuff that happens in prison, so

3    yeah.  That's what I do.  I investigated it --

4         Q    What do you do -- I'm sorry.  I'll let

5    you finish.  I don't think you finished.

6         A    I'm done, sir.  Go ahead.

7         Q    What do you do if the injury is

8    inconsistent with the actions described by the officer?

9              MR. DORANDO:  Objection to form.

10             You can answer.

11        A    Like I say, I'd have to evaluate, like

12   obviously I'd have to see -- when I, like, ask them,

13   okay, if the injuries aren't consistent, how is that

14   possible?  How did this mark happen?  Now, there's a

15   number of ways it could happen.  So I have to

16   investigate.  Did he fall up against something?  When

17   you took him down, did this happen?  How did this

18   happen?  That's basically what I do.

19        Q    And so these are all questions that

20   you're asking the officers when -- once you get these

21   use-of-force reports?

22        A    And the inmates, sir, and the inmates.

23   Yes.

24        Q    And so if you do -- if it is

25   inconsistent, what do you do?
```

```
1              A    What do you mean what do I do?

2              Q    What do you do?  Can you just describe

3    the process?

4              A    Well, if that's exactly what he was

5    saying, I wasn't there, and if he says that, and I'm

6    saying, "Well, this doesn't jive."  It's still got to be

7    processed.  I'm not throwing out his ticket.  It's got

8    to be processed.  Let the hearing lieutenant or captain

9    take care of it to see what they believe.  You know, if

10   he's going to dismiss it, counsel, reprimand, whatever,

11   whatever, whatever.  But all I can do is question him

12   and see what's going on.  Now, why do you think this

13   happened?  How did this mark happen, do you think?  What

14   do you think happened?  Now, I'm going to speak out of

15   turn here, but there's been plenty of cases, and it's

16   documented all over the place, but we've had guys run

17   their face right into the wall and then claim stuff.  So

18   I mean, it happens, and everybody knows that too.  I

19   mean, yeah.  So there's a lot of reasons why things can

20   happen.  So you just got to evaluate, use your best

21   judgment you can, you know.  Do the best you can.

22             Q    Let me ask you this.  Has it ever

23   happened where you, in fact, did read a report that --

24   I'm sorry.  Let me ask that again.  Strike that.

25                  MR. DORANDO:  Just, Officer
```

```
 1                    Coffey -- or Sergeant Coffey, just make

 2                    sure that you're paying attention to what

 3                    Mr. Blackman here is asking and answer

 4                    only what he is asking.

 5                         THE WITNESS:  Absolutely.  Yeah.

 6                    I'm getting off base here.  Sorry.

 7                         MR. DORANDO:  Not a problem.

 8                    Just --

 9                         THE WITNESS:  Thank you.

10                    EXAMINATION BY MR. BLACKMAN:

11          Q    Okay.  So, you know, we've been speaking

12     about you reviewing paperwork and doing this

13     investigation because you're attesting to things and

14     looking at credibility of stories.  I'm asking you has

15     there ever been a time where you actually found an

16     officer's account of events to be incredible, meaning

17     not believable?

18                         MR. DORANDO:  Again, go ahead.

19          A    No, I haven't.

20          Q    So in all your time at Gouverneur you've

21     never found a report written by an officer to be either

22     wrong or --

23          A    As a sergeant?  As a supervisor --

24          Q    Yeah.  Supervisor.

25          A    Yes.  From my area, no, I haven't.
```

```
1                Q    And is this your job as a sergeant to

2      reprimand officers that are not following proper

3      procedure?

4                A    Yes.

5                Q    If you see an officer committing

6      wrongdoing, are you required to intervene?

7                A    Yes, absolutely.

8                Q    Have you ever seen an officer committing

9      wrongdoing and have intervened?

10               A    Yes, I have.  Like, I have seen some

11     very -- stuff that, you know -- they're just new and

12     they don't understand; you have to explain it to them.

13               Q    Okay.

14               A    Nothing malicious intent.  I haven't seen

15     anything with malicious intent.  I've seen procedure

16     problems, you know.

17               Q    Let me ask you this.  If other officers

18     see a fellow officer committing wrongdoing, is it their

19     job to intervene?

20               A    Yes.

21                    MR. DORANDO:  Objection to form.

22               A    Yes.

23               Q    Let me take you back to October 28th,

24     2020.  Did you -- were you assigned a regular -- I know

25     you were a sergeant.  Did you have tours like a
```

1    corrections officer, or were you assigned a regular

2    tour?

3          A    Explain that again.  I didn't quite

4    understand.

5          Q    Like shifts.  I don't know.  I think

6    police officers call their shifts tours?

7          A    Right.

8          Q    I guess what I'm saying, did you have a

9    regular shift that you work?

10         A    Three-eleven was my regular shift that I

11   worked.  Tour 3.

12         Q    I'm sorry.  How do you call it, Tour 3?

13         A    Yes, Tour 3.  Tour 2 is 7 to 3.  Tour 3

14   is 3 to 11, and 1 is 11 to 7 a.m.

15         Q    And what's Tour 2 again?

16         A    Tour 2 is 7 to 3.

17         Q    So on October 28th, 2020, you were

18   working Tour 3 from 3 to 11; is that correct?

19         A    Yes.

20         Q    And how long at that time had you been

21   working at that particular tour?

22         A    I don't -- a couple years maybe.

23         Q    All right.  So -- but by all accounts,

24   that was your regular work shift?

25         A    Yes.

1           Q    Okay.  When you work, do you wear a

2     particular type of uniform when you were working as a

3     sergeant at that time?

4           A    Yes.

5           Q    Can you describe that uniform to me?

6           A    White shirt, chevrons on it.  Blue pants

7     and my name tag.

8           Q    Okay.  Do you -- are you equipped with

9     anything?

10          A    My radio, my keys.  The OC spray or

11    whatever it is.  The pepper spray, which was fairly new

12    when I got there.

13          Q    And the corrections officers under your

14    charge, what do they wear?

15          A    Keys.  Very similar, but a blue shirt

16    with their name tag on it, but everything else about

17    similar.  Keys, radio, spray.

18          Q    In and around that time -- when I say

19    "that time," I'm referring to October 28th, 2020 -- were

20    you all wearing masks?

21          A    Yes, I believe so.  Yes.  Well, I don't

22    know.  That was October.  I don't think it was until --

23    I don't know, to be honest with you.  I would say yes

24    but -- yeah.  I know I was wearing masks before I left,

25    so yeah.  I would say yes definitely.

1          Q    Okay.  Let me turn to the incidents in

2    question.  On that day, and again, I'm referring to

3    October 28th, 2020, did there come a time when you

4    became aware of a confrontation between an inmate named

5    Mike McCallion and Officer Marra?

6          A    Yes.  When they called the red dot, Marra

7    had pulled his pin.

8          Q    Where were you Tuesday?

9          A    I'm not sure.  Either at sergeant's

10   office or on the walkway.  I'm not sure where I was at

11   that time.

12         Q    And when the red dot occurred, what

13   happened, or what information were you given?

14         A    It comes over the radio that there's a

15   red dot on what dorm it is, and the whole team --

16   there's a red dot team, probably about five or six

17   fellows and myself respond to it to see what the problem

18   is.

19         Q    Now, the message that's relayed, how

20   detailed is it?  Like -- or at that time --

21         A    It's not.  It's just a red dot.  Red dot,

22   C1 Dorm.  That's it.

23         Q    Are you told who is involved?  What --

24         A    Nothing, nothing at all.  We don't know

25   anything until we come in.  It could be a multitude of

1      things when we walk in that door.

2              Q    And you say there's a red dot response

3      team?

4              A    Yes.

5              Q    What's their name?  Does it have a

6      particular acronym like ERT or something like that?

7              A    No.  Each -- there's different jobs that

8      the -- there's like six officers on every shift.

9      There's certain jobs where they're available to run to

10     assist somebody, but they aren't in charge of inmates at

11     the time.  Like a housing unit officer is never going to

12     be a red dot because he's got 50 inmates to take care

13     of.  Now, there's rec officers that can because there's

14     other rec officers out there so -- see, if you've got

15     five rec officers out there, two of them can leave, you

16     know.  Yeah.  That's how it works, mess hall, same

17     thing.

18             Q    Okay.  So when you hear the red dot,

19     immediately you're to report and whoever assigned the

20     red dot team for that day is to report?

21             A    Yes.

22             Q    And the red dot team, is it every day

23     someone's given that assignment, or is there like a

24     permanent --

25             A    There's a permanent assignment to the job

1    that they get.  Now, there's a lot of resource or

2    vacation leaves so...  But the guys that have it

3    regular, they know they're a red dot and so, you know,

4    that's how it works.

5              Q    And why are you responding?  Why were you

6    responding?

7              A    Supervision.  To make sure everything is

8    going by the numbers, everything is right, and use my

9    experience to help everything.

10             Q    So you would be the officer to the extent

11   you get to the incident location, you would be the

12   officer in charge?

13             A    Absolutely.

14             Q    So everyone would be under your charge?

15             A    Yes.

16             Q    And that's a red dot team; correct?

17             A    Yes.

18             Q    And everyone also working, meaning

19   correction officers in that particular unit, would also

20   be under your charge; is that correct?

21             A    Yes.

22             Q    Meaning the particular defendants in this

23   lawsuit would all have been under your charge at the

24   time, and I'm referring to Barbarito, Griffith, Hart, or

25   Hardy?

1          A    It's probably Hart.  I probably wrote it

2    down wrong.  I just reviewed it.

3          Q    Okay.  And Marra?

4          A    Yes.

5          Q    Everyone would have been under your

6    charge?

7          A    Yes.

8          Q    You mentioned that you became aware of

9    the incident between Michael McCallion and Officer Marra

10   based on, I'm hearing, the red dot.  I want to know

11   prior to that date, did you know Mr. McCallion?

12         A    Possibly.  I don't know if I had any

13   run-ins with him or not, to be honest.  Possibly.

14   There's so much going on, but it's possible.  I don't

15   know.

16         Q    Well, do you remember ever having any

17   negative interactions with Mr. McCallion?

18         A    Not really.  If -- no, not that I can --

19   I can't really recall anything.

20         Q    Do you ever remember prior to that day

21   any other officers reporting to you about Mr. McCallion

22   and having negative interactions with him?

23         A    No, I don't recall that.  It's possible

24   but the thing is like there's a lot of guys that are

25   problem children.  There's a lot of drug runners,

1    extortion, all kinds of stuff, you know.  So who knows?

2    Have I talked to him?  It's nothing that stuck in my

3    head, but it's a busy place.

4         Q    Well, you mentioned the problem children;

5    right?  Problem children are usually the ones that you

6    remember; right?

7         A    You try to but there's so many.  There's

8    so many things going on in and out, in and out.  They

9    were there for a couple of months and they're gone.  You

10   get somebody else.  New faces all the time.

11        Q    Let me say this, Mr. McCallion is not --

12   that name is not one that sticks out to you?

13        A    Not at all.

14        Q    So fair to say you never heard of

15   Mr. McCallion being violent towards anyone or any

16   inmates or any officer that you can --

17        A    No, no.  I don't recall that at all.

18        Q    Okay.  When you first received the red

19   dot, what did you do immediately?

20        A    Head towards that dorm.

21        Q    And I'm sorry, you mentioned it before.

22   Where were you at the time?

23        A    I'm not sure.  Either in the walkway,

24   maybe the sergeant's office.  I'm not sure where I was.

25        Q    Were you with anyone at the time?

```
1              A    I wouldn't know that either, to be
2    honest.
3              Q    Are you -- do you typically -- as a
4    sergeant, do you typically walk around escorted or with
5    someone?
6              A    It depends on the situation.  Yes.  Yes,
7    you do help out with escorts specially at night, 3 to
8    11, whether I'm doing walkway coverage to watch him so I
9    can keep an eye on things, or I'm walking right with
10   him.
11             Q    Okay.  Who would you typically pick as an
12   escort?  Is it like a resource guy?
13             A    Whoever is available that wasn't
14   involved.  Whoever was available.  I have no specific --
15   anybody.  It's like, you know, "You and you, you're
16   escorting."
17             Q    Do you document when you pick someone to
18   escort you for a particular day?  How do you document
19   that?
20             A    They write a to-from that they were
21   escort officers.
22             Q    So what do you mean?  So every day if you
23   pick someone to be your escort, they have to write a
24   to-from saying that they were your escort?
25             A    Like say if use of force or they are
```

1    taking somebody to the box, or if there's any unusual

2    incident whatsoever, yes, they write a to-from that they

3    escorted that inmate to and from and whether there was

4    an incident in that transportation.

5            Q    What I'm asking is separate and apart

6    from an unusual occurrence, is there a way where you

7    logged individuals that were your escort?

8            A    No.

9            Q    So how do you keep track of what your

10   officers were doing at any given time or day?

11           A    Well, when I give the order, and I write

12   it all down.  I have to take little notes, and at the

13   end of it I try to put it all together.

14           Q    Okay.  So where do you write those notes?

15           A    Pardon me?

16           Q    You said you write notes, and you take

17   notes.

18           A    Yeah.  Piece of paper.  I also have paper

19   in my pocket and a pen.

20           Q    Okay.  And where do those notes end up?

21   Do they go into a log book?

22           A    No.  They go in the paperwork that I fill

23   out, and once all the paperwork's done, I got an

24   accumulation of papers, I get rid of them.  I just throw

25   them away.

1           Q    Okay.  So if there's no unusual

2    occurrence on a given date there would be no way of

3    knowing who was your escort?

4           A    Right.  If there was nothing that

5    happened, say for instance, the guy scratched his finger

6    down at the gym, they send up E Rec to escort the guy to

7    the infirmary.  There's no to-form for that.  There's

8    nothing that happened.  The guy gets a Band-Aid, and he

9    goes back to the gym.  You know, that's --

10          Q    But I want to be clear.  I'm talking

11   about you and your -- whether or not you have an escort

12   for any given day.

13          A    Me, myself?  There's an escort officer

14   that is his bid, a Unit 10, but I -- they changed that

15   up.  I don't know exactly how that works anymore.  It's

16   been a while since I've been there.

17          Q    So when you walked around the facility --

18          A    I'm by myself.

19          Q    You're by --

20          A    I don't take anybody with him.

21          Q    Okay.  All right.  How long did it take

22   you to get to the -- from the time you got the red dot

23   to the incident location?

24          A    I don't know.  A few minutes.  It's the

25   second for this dorm from the infirmary or post one

1    so -- and I do a brisk walk.  I don't run because you

2    don't know if you have to fight once you get there.  You

3    don't know what's going on, so I like to have my wits

4    about me when I get there.  I don't know.  A few

5    minutes.

6          Q    When you say "a few minutes," more than

7    five or less than five?

8          A    Less than five.

9          Q    And as you are taking this brisk walk to

10   the location, are you communicating with anyone

11   typically, or were you communicating with anyone?

12         A    I communicate with the base and let them

13   know that I'm responding to the red dot, so they know

14   that I'm on the way.

15         Q    What else?

16         A    That's it.

17         Q    Okay.  Did you -- when you received it,

18   do you at that time issue any orders, or are you just

19   saying, "I'm on my way to the location"?

20         A    I'm on my way, and then usually the red

21   dot team, as you're going, they're all announcing

22   themselves that they heard it, and they're responding.

23         Q    And so no orders are given at that point?

24         A    None.

25         Q    What happens when you first arrive at the

1    location?

2         A    I assess the situation.  As soon as I

3    walk in, I see what's going on.  It could be a million

4    different things going on.  I'm seeing all kinds of

5    stuff.

6         Q    Okay.  What did you first see when you

7    got to this incident location involving my --

8         A    I see them.  They were the coming --

9    the -- Officer Marra and Hart, I guess.  There was

10   officers and the inmate were coming out of the bathroom.

11   I saw the officer.  His shirt was ripped, and I remember

12   he had a black eye.  The inmate had some marks on his

13   face too and on his neck, and he said that there was a

14   use of force.  So I questioned the officer real quick

15   under brief, what's going on, and then we escort the

16   inmate out of the dorm to the infirmary to seek medical.

17        Q    So let me just stop you there.  You said

18   as you proceed toward -- well, let me ask you.  So they

19   were in the bathroom; correct?

20        A    They were just coming out of the bathroom

21   as I got there.  They had cuffs on him, and they were

22   bringing him out as I got there.

23        Q    So when you say "They were just coming

24   out," meaning that they were going through the doorway,

25   or are they actually still --

1           A    They're just coming out of the doorway to

2      the bathroom.  It's a dormitory bathroom.  No doors.

3      They just come through the area out into the rec area.

4           Q    Okay.  And --

5           A    As soon as you come through the door, you

6      can see it directly in ahead of you.

7           Q    Okay.  And at that point Mr. McCallion

8      was in handcuffs; is that correct?

9           A    Yes.

10          Q    Okay.  And where were the officers'

11     positions in relation to Mr. --

12          A    On either side of him, holding his arms.

13          Q    And do you remember which -- who was on

14     which side?

15          A    I guess it was -- I'm not sure.  Hardy

16     and Barbarito.  I can't remember.  I know Barbarito and

17     probably -- I don't know.  Probably Hart and Barbarito.

18     They weren't involved in the incident, so they were

19     escorting, I think.

20          Q    So you see Hart and Barbarito escorting

21     Mr. McCallion --

22          A    I have ahold of him at the door for a

23     split second while I talked to Marra to get an idea of

24     what's going on.  I didn't know what happened.

25          Q    Did you observe anyone else other than

1     those three officers and Mr. McCallion?

2          A     There probably was at least three more

3     officers, but I don't remember who or what -- I don't

4     know on that specific day.

5          Q     When you say three more officers in

6     there, are you talking about in the hallway or the

7     bathroom?

8          A     In that area.  In the rec area.  As I was

9     following in, there was officers still going through the

10    door just finally making it from the rec area to go into

11    the red dot area, into C Block.

12         Q     So as a response team member --

13         A     Yes.  As response team members -- the

14    remainder of the response team members.

15         Q     Okay.  Did you see any inmates?

16         A     Yes.  There was inmates all over.  We

17    told them to go into the dormitory, put him on the couch

18    so that was -- yeah.  That's what we did.  There was

19    inmates there.

20         Q     So you said that you briefly spoke to

21    Officer Marra; is that correct?

22         A     Yes.

23         Q     Tell me about that conversation.

24         A     Just asked what happened.  He explained,

25    heard a noise, and they're screaming and carrying on in

1    the bathroom.  Some inmates were coming out, fleeing

2    from the bathroom.  Other inmates were looking into the

3    bathroom to see what was going on.  And then he said he

4    went in and this guy, he appeared to by high, highly

5    intoxicated.  As he talked to him, said something to

6    him, walked towards him, the inmate lunged at him, tried

7    to attack him.

8             Q    Okay.  Tried to attack him.  Okay.  And

9    then what happened?  What else did he tell you?

10            A    He wrestled him to the ground.  I

11   believe -- I don't know.  He has some wrestling

12   experience.  Took the guy down, struggled with him, and

13   I guess he got handcuffs from one of the red dot

14   officers when they came in and got his arms behind his

15   back, and Hart, I believe, gave Marra the cuffs, and he

16   put the restraints on him behind his back, and as soon

17   as he did that, the fight was over.  Guy didn't want to

18   fight anymore.  It was over.

19            Q    You said you had -- okay.  Brief

20   conversation you had with Marra.  Did you also have a

21   brief -- did you speak to the inmate?

22            A    Yes.  I questioned him.  He was -- to see

23   what was going on.  I asked the other inmates what they

24   saw too.

25            Q    This was at the same time?  When did you

1    do --

2             A    No.  Not at the same time.  Like at that

3    time, I was getting him out of the area.  I didn't know

4    exactly what was going on, so when I took the inmate to

5    the infirmary before we took the pictures or right

6    around -- before or after I took the pictures, I was

7    questioning him.  "What's going on?  What happened?  Why

8    did this happen?  Are you okay?  Are you on drugs?  Are

9    you taking anything so we can help you?  Let us know

10   what you're taking."  That was about it.

11            Q    Let me just go back for a second.  You

12   said you had that brief conversation with Marra.  He

13   told you what happened.  Did he describe the nature of

14   the force that he used against Mr. McCallion?

15            A    No, other than he wrestled him to the

16   ground.

17            Q    Did you ask more questions?

18            A    No, not at that time.

19            Q    Okay.  What observations -- and so when

20   you went to speak to Officer Marra, where was he?  Where

21   was he at that time?

22            A    He was right in the rec area too.  He was

23   out of the bathroom by the dormitory door, but like

24   towards the front door with me, and he was talking to

25   me.

```
1              Q    At that time was Mr. McCallion,

2    Barbarito, and Hart still there?

3              A    Yes.  I believe they had him in the foyer

4    at that time, had him escorted there waiting for me to

5    follow him out.

6              Q    Okay.  When you went to Marra, what did

7    you observe?

8              A    I'm not sure what you want --

9              Q    I'm sorry.  I didn't say that clearly.

10   When you were speaking to Marra, did you observe him?

11             A    Yes.

12             Q    And how did he look?

13             A    A little disruffled [sic].  His shirt was

14   ripped.  I believe he had a little shiner or start of a

15   shiner on the side of his head.  It looked like he was

16   in a tussle and so did the inmate.  The inmate had marks

17   on himself, had marks on his neck, I noticed.  Yes.

18   That's it.

19             Q    Okay.  And at that point in time, you

20   then say that the inmate was waiting with the two other

21   officers; correct?

22             A    Yes.

23             Q    How far away were the inmates from you at

24   that time?

25             A    Seven feet, eight feet.
```

1          Q    Did you make any observations with regard

2     to Mr. McCallion?

3          A    He kept his head down.  He wasn't saying

4     anything.  He wasn't very talkative.  He seemed

5     lethargic.  He appeared intoxicated.

6          Q    You said you saw them move him from the

7     bathroom area to the foyer area where they -- and they

8     waited for you.  What observations did you make about

9     Mr. McCallion's movements?

10         A    Nothing.  Just -- he was being helped to

11    walk.  That was about it.  He seemed like a -- you know,

12    like he was on a bender, like he was a little messed up.

13    I didn't realize how bad until later on.

14         Q    Did he seem vividly injured to you?

15         A    No.  Like, I saw the marks on him, but

16    they were just very superficial.  I didn't realize

17    anything until I had him remove his clothes so I could

18    take pictures.

19         Q    And when you say, "I saw the marks," they

20    were very superficial, what marks are you talking about?

21         A    There was a little scratch on his neck,

22    and there was a mark on his eye.  That was it.

23         Q    And when did you first see that?

24         A    When we first walked in, I looked at the

25    inmate, looked at his face, looked at his hands, looked

1    at my officer, see what's going on.

2            Q    What was the inmate wearing at that time?

3            A    I don't remember.  Probably a T-shirt and

4    pants.  I'm not sure.

5            Q    And what injuries did you say you

6    observed?  You observed the scratch on the neck and what

7    else?

8            A    There was a scatch, and his eye had a

9    little redness around it at that time.

10            Q    How was he walking?

11            A    Not very well.  He was kind of

12    staggering.  They were helping him.  They were guiding

13    him.

14            Q    Did he have any trouble breathing as far

15    as you could tell?

16            A    At that point I didn't see any of that

17    going on yet.

18            Q    Did he seem like he was wincing in pain

19    at any point?

20            A    No, nothing.

21            Q    Was he bleeding?

22            A    I didn't see any blood.  Maybe the red

23    mark, scratch maybe.  I didn't see any red blood at that

24    time.

25            Q    And I think you had said before, and

1    correct me if I'm wrong, he wasn't saying anything at

2    the time?

3         A    He didn't say anything, I don't believe

4    anything at all.  I mean, until we got up there and I

5    was questioning him.

6         Q    So as he stood there he's not moaning,

7    he's not screaming, anything like that?

8         A    Nothing.  Head down.  He was done.  He

9    wasn't fighting anymore.  It was over.

10        Q    Okay.  After you took the brief statement

11   from Marra, what did you do?

12        A    I -- we left.  It was like within seconds

13   we were out the door and taking him up to the exam room

14   to the infirmary.

15        Q    So how long of a walk was that?

16        A    A few minutes, you know.  Of course, he

17   needed helped to walk, so a few minutes.  I don't know.

18   Under five.  Way under five.  Maybe three, I'm guessing.

19        Q    What role did you play in the escort?

20        A    Just watching him making sure he wasn't

21   dumping things out of his pockets as he was walking.

22   Just making sure everything was okay.

23        Q    Were you walking behind him?  In front?

24        A    Behind him.

25        Q    Is that standard?  That's what they do?

1       They hold him by the side, and you walk behind?

2               A    I always walked behind him.  Yes.

3               Q    Describe the route taken to the

4       infirmary.  How do you get there?

5               A    It's a straight one.  You walk out.

6       There's a walkway that goes outside of C Block, and then

7       you take a right turn, and then you just walk down the

8       walkway, and the infirmary's at the very end.  Actually,

9       there's a T, and it's just on the other side of the T on

10      the walkway.

11              Q    Do you pass any cameras as you walk?

12              A    Oh, there's cameras on the fence.

13      There's cameras focused into the compound at that time.

14      Yeah.  That's it.

15              Q    So then you all would have been captured

16      on camera?

17              A    Absolutely.

18              Q    What happened -- so did you -- after

19      speaking to Marra, I know you said you left and you

20      helped escort Mr. McCallion.  Did you give Officer Marra

21      any instructions after your brief conversation with him?

22              A    They sent him a relief so he could come

23      up and explain and start his paperwork for the use of

24      force in that unusual incident.

25              Q    I'm sorry.  You said -- I totally missed

1      that.  Can you say that one more time?

2           A    They sent him an officer to relieve him

3      so he could get off the unit.  He didn't have to carry

4      on those duties because he had to write down, get looked

5      at by medical, make sure everything was okay, you know,

6      to fill out of the paperwork, and he stayed on duty

7      though.  He went back to work.

8           Q    You say "They sent him a relief."  Who's

9      "they"?

10          A    That's a chart sergeant.  Chart sergeant

11     is in control of all the scheduling and all the prison

12     movement.  He sets it up where he sends an officer there

13     so he can come and see me so we can talk about things.

14          Q    But how would the chart officer know --

15          A    Chart sergeant.

16          Q    I'm sorry, the chart sergeant, know that

17     Officer Marra had to leave his post?  Did you tell him?

18     Somebody else tell him or --

19          A    I couldn't tell you but probably I told

20     him.  I probably did.  I would lay money it was me that

21     told him he needed to leave.

22          Q    And where did you -- do you know, where

23     did Marra go after this conversation with him?

24          A    He came up to the infirmary, went into

25     the sergeant's office.

1          Q    And did he walk with you all?

2          A    I don't remember.  I don't think so

3     because he was behind us.  I don't know exactly how that

4     transpired, to be honest with you.  I can't remember,

5     but I know he was up there.

6          Q    Let me ask you this.  Was there a

7     different way to get to the infirmary other than the way

8     you took?

9          A    No.  You just walk it.

10         Q    Right.

11         A    Well, you had to wait -- it's a time

12    frame.  He had to get relief.  He can't leave his post

13    until he has a relief.  So now if he had a relief

14    immediately, and he came right out, that's possible he

15    was behind us, but I couldn't tell you for sure.

16         Q    Do you remember at any time Officer Marra

17    passing you as you all went to the infirmary?

18         A    No, not really.

19         Q    Well, when you got to the infirmary was

20    Officer Marra already there?

21         A    No.  I don't believe so.

22         Q    All right.  You all made it to the

23    infirmary with Mr. McCallion; is that correct?

24         A    Yes.

25         Q    And at that point in time Officer Marra

1     was also in the infirmary?

2              A    He's in the back of the infirmary.

3              Q    Okay.  When you got there, was Officer

4     Marra already there?

5              A    No.

6              Q    So at some point Officer -- Mr. McCallion

7     got there, Officer Marra arrived?

8              A    Yes.  I would say that, yes.

9              Q    Can you describe the infirmary to me in

10    general terms?  When you walk into the infirmary, what

11    do you see?

12             A    You see an officer's desk, and the

13    officer's sitting right at the font door with a phone

14    behind him.  There's a hallway directly in front of him

15    like in front of you as you go through the door.  It

16    goes all the way back and then through some doors, and

17    there's sergeant's office and all kinds of stuff back

18    there, and the medical part is you take a left and

19    there's the exam room, there's isolation rooms, the

20    infirmary part where sick inmates are.  And then the

21    other side is the bathrooms, break area, and dental

22    department.

23             Q    Okay.  And you mentioned the sergeant's

24    desk.  Is there a sergeant that's stationed there

25    throughout the day?

```
 1                A    No.  They're in and out.  Well, the
 2     officer that's in charge of it would be me.  Yeah.  The
 3     infirmary is part of my area.
 4                Q    Okay.  Is there an officer that is posted
 5     or who stays in the infirmary throughout the day?
 6                A    Yes.
 7                Q    How many?
 8                A    There's two during the day shift and one
 9     on 3-11.
10                Q    This particular day, do you recall who it
11     was?
12                A    No.  I can't remember.
13                Q    What would let us know who was supposed
14     to -- what record --
15                A    His log book would show that -- of that
16     date.
17                Q    You mean who?  The correction officer --
18                A    The correction officer at the hospital
19     entrance.  That's his area, the infirmary, they'd be in
20     the logbook for that day.  He has a logbook to fill out,
21     like, medication runs, emergency sick calls, emergency
22     runs, all that stuff so...
23                Q    Okay.  So the infirmary has a logbook
24     that's there and --
25                A    Absolutely.
```

```
 1              Q    -- and that logbook would reflect

 2    whomever was working that particular day; is that

 3    correct?

 4              A    Yes.

 5                   MR. BLACKMAN:  I'm sorry.  Off the

 6                   record for a second.

 7                   (A discussion was held off the record.)

 8                   EXAMINATION BY MR. BLACKMAN:

 9              Q    Is there a room in the infirmary that is

10    referred to as the frisk room?

11              A    Yes.

12              Q    Where is that located?  Well, what is the

13    frisk room first off, I guess?

14              A    You use it to do like strip frisk if a

15    guy's being transported out.  He's got to be frisked.

16    If they suspect drugs, they see him placing something

17    down his pants or something, he's got to be frisked.

18    That's what it's for.  It's usually used by

19    transportation.  People take him to outside hospital,

20    whether they go to court or anything like that.

21    Anything outside of the jail, they have to be stripped

22    before they leave.

23              Q    And where is the frisk room located?

24              A    It's down behind in the infirmary down in

25    the back by the sergeant's office.
```

1            Q    In the back.  All right.  You said when

2    you come into the sergeant's desk and -- but in addition

3    to the desk, there's also a sergeant's office that --

4            A    That's the officers's desk at the front

5    of the infirmary.

6            Q    Oh, officer's desk.  Sorry.

7            A    Sergeant's desk is -- he has his own

8    office in the back of the infirmary.

9            Q    And next to that office is -- you have

10   a --

11           A    A frisk area.

12           Q    Frisk area.  Okay.

13           A    Yes.

14           Q    What are the isolation rooms?

15           A    The isolation rooms are just down from

16   the medical exam room.  It's like, there's two rooms.

17   It's for like anybody with tuberculosis or anything like

18   that or any communicable disease or anything so they can

19   evaluate and test them if they're suspected.  That's

20   right there.

21           Q    Is that only the medical staff that's

22   instructing people to go into the isolation or who's

23   making the determination as to who goes into the

24   isolation rooms?

25           A    The doctor, the watch commander, the RN.

1    The medical staff will recommend it, but the doctor has

2    to have the say.  He has to sign off on it.

3              Q    Okay.  In a situation like the one that

4    we spoke about, the use-of-force incident, would

5    officers have occasion to take the inmate to the frisk

6    room?

7              A    Say that again.

8              Q    In a circumstance like the one that we're

9    speaking about, would officers have occasion to take

10   that inmate to the frisk room?  Like, would it ever

11   require them?

12             A    No.  It depends.  No --

13                  MR. DORANDO:  Objection.  Go ahead.

14             A    If he's observed reaching in his pants,

15   looks like he's, you know, stuffing something or

16   something like that, yeah, we go back and we frisk him.

17             Q    Okay.  With respect to Mr. McCallion, was

18   he ever frisked?

19             A    No.  I don't believe so.  No.  Because we

20   went right into the medical exam room.

21             Q    You previously mentioned that he was --

22   he appeared to be out of it; correct?

23             A    Yes.

24             Q    And when you say he appeared to be out of

25   it, I'm assuming you mean high on some type of drugs.

1          A    Yes.  Actually, during my questioning, he

2    admitted smoking K2 or taking K2.

3          Q    So to the extent he's smoking K2 or using

4    it, would you not frisk him?

5          A    Well, you frist -- we have to do a

6    picture.  So we take off his clothes.  We do a clothing

7    search; right?  You don't do a strip frisk unless you

8    have seen him trying to stick something down, you

9    know -- you don't want -- he has rights, and you don't

10   want to do a strip frisk checking his cavities unless

11   you think for sure that he's putting something up inside

12   him.

13         Q    Okay.  So let's get back to the escorts.

14   So Mr. McCallion's escorted into the infirmary by

15   yourself, Officers Barbarito, and Officer Hart.  What

16   happens once he gets to the infirmary?

17         A    We take him right into the exam room and

18   take pictures, and I interview him.

19         Q    Do you take him right -- when you take

20   him right --

21         A    There's four of us.  The three of us

22   escorted him right in the exam room, and I have him

23   remove the cuffs, and I have him take off the -- his

24   clothes right down to the underwear, and I take a series

25   of pictures.  Now, before that or after that, I'm not

1    sure.  Probably before that, I'm just asking him

2    questions like what was going on.  "Are you on

3    something?  If you are, let us know.  Maybe we could

4    help you.  We can't help you if we don't know what

5    you're on."  So he suggested he was on K2.

6         Q    What else did he say?

7         A    That's about it.  It was hard to

8    understand him like he was -- he acted like he was

9    wasted, and then -- go ahead.

10        Q    Well, so obviously you take him to the

11   examination room, you questioned him, you take pictures.

12   I guess my question is when is he seen by medical

13   professionals?

14        A    Right after -- when I'm ready for --

15   because she's busy.  She's got her own stuff going on.

16   So right when I'm finished with all my stuff, then I

17   have her come in and have her inspect him.

18        Q    So initially you are with the inmate in

19   the infirmary before any medical professionals come on

20   the scene?

21        A    Yes.

22        Q    Okay.  And who directs you -- so the

23   medical professionals are not, you know, like when you

24   go into, like, the hospital or the doctors' office now,

25   you have a nurse saying Exam Room 1, Exam Room 2, all

1    that stuff.  Are you -- but when you go into the

2    infirmary, you're just picking a room and going in?

3            A    No.  There's only one exam room, and they

4    knew I was coming, and I think I yelled down the hall

5    that I was there.  Excuse me just for a second.  I got

6    to close my door.

7                    MR. BLACKMAN:  Actually, Nick, this

8                    might be a good -- do you guys mind just

9                    a two minute -- just going to run to the

10                   bathroom and come right back.

11                   THE WITNESS:  Sounds good.

12                   MR. DORANDO:  Same here.

13                   (Whereupon a brief recess was taken.)

14                   EXAMINATION BY MR. BLACKMAN:

15           Q    Okay.  Mr. Coffey, you said you took

16    pictures of Mr. McCallion; is that correct?

17           A    Yes.

18           Q    And why did you take those pictures?

19           A    As part of the packet for the UI

20    injuries.  I saw injuries on him, plus it's part of the

21    packet.  You have to take pictures.

22           Q    Okay.  And now is a medical person

23    present while you're taking the pictures?

24           A    Sometimes they are; sometimes they

25    aren't.  I'm not sure if she was there at that point yet

1     or if she finished what she had to do to come in at that

2     time.  I'm not sure, but, yes, sometimes they are;

3     sometimes they aren't.

4               Q    Now, do they tell you all what -- do the

5     medical personnel tell you what pictures to take?  Do

6     they suggest them?

7               A    No.

8               Q    Are they involved in any way in that

9     progress?

10              A    No.  Not in the pictures.  No.  We kind

11    of work together though.  Like they see something I

12    don't, like you look it over, you know.  We do closeups

13    of the injuries or try to see what it is, you know.

14    That's what we do.

15                   "Now, did you see this here?"

16                   "Yes."

17                   "Okay."

18              Q    So fair to say you all work fairly

19    closely with the staff there in the infirmary?

20              A    Yes.

21              Q    And when I say "staff," that's the

22    medical people -- you have medical people that staff the

23    infirmary?

24              A    Yes.

25              Q    Do you know on that particular day who

```
 1     would have been staffing?

 2               A    The RN was McIntosh.

 3               Q    And is there only an RN there or are

 4     there other --

 5               A    Just, probably 98 percent of the time

 6     just an RN.

 7               Q    And you are familiar with the RN

 8     McIntosh?

 9               A    Yes.

10               Q    You had worked with RN McIntosh before?

11               A    Yes.

12               Q    For how long?

13               A    I don't know.  A few years probably.  I

14     don't know if she was there -- I've been there longer

15     than she has.  I don't know how long she was there.  I

16     have no idea how long she was there.

17               Q    So after you finish your process when

18     you're asking the questions, taking the pictures, what

19     happens next?

20               A    What do you mean "what happens next?"

21               Q    I mean what happened next in the course

22     of events?  So you did your thing, and then what happed?

23     Did the nurse come in?

24               A    Oh, okay.  So we took the pictures.  I

25     questioned him.  He sounded slow to respond.  He was
```

1    kind of lethargic, but he was answering, and then all of

2    a sudden she was coming in where she was doing an

3    evaluation.  She was looking at his injuries and

4    everything, and he turned pale, pale, pale.  And I

5    remember him like -- "Are you okay?"  We had him sit

6    down.  "Are you all right?"  And he wasn't saying

7    anything.  She did his blood pressure, and it dropped to

8    like 50, and we were like "Oh, my God.  He's crashing."

9    So she got the nasal Narcan with the approval of her

10   doctor and sprayed him, and there was no desired effect,

11   and within a few minutes later, she did it again, and we

12   called an ambulance.  We didn't know what was going on

13   with him at that point.

14        Q    So at this time was he still standing?

15        A    No.  We had him in a chair.  We sat him

16   right down.  I was afraid he was going to fall.

17        Q    Okay.  So you had taken your pictures.

18   What, then you all placed him in a chair?  Then the

19   nurse came in?  Explain to me the sequence of the

20   events.

21        A    I don't remember exactly.  Like I say,

22   it's been a few years.  A lot of shit goes on.  But

23   there's a stool in there, and I had him sit on the

24   stool.  I said, "sit down."  Because you could see that

25   he was like losing it.  So I said, "sit down," and then

1    she wrapped -- put the cuff around his arm to see what

2    his blood pressure was, and it was at 50.  She says, "Oh

3    my God.  We got to get him out of here.  We've got to

4    get him to the hospital.  He's crashing."  So she did

5    the Narcan.  She did it a couple times, and then we

6    waited for the ambulance.

7          Q    Okay.  At some point in time did the

8    ambulance arrive?

9          A    Yes.  Shortly after that.

10          Q    And what happened when the ambulance

11    arrived?

12          A    They put him in the ambulance and took

13    him to Gouverneur Hospital.

14          Q    Who, if anyone, escorted him?  Did any

15    correction officer --

16          A    Yeah.  There was officers that escorted

17    him.  I can't think of who they were off the top of my

18    head.  There was a sergeant and I think two officers

19    maybe that escorted him to the hospital.  They went with

20    the ambulance.  They had a chase vehicle to the hospital

21    and Gouverneur, which is like ten minutes away, five

22    minutes away.

23          Q    So it seems like you're looking at

24    something --

25          A    Yes.  I started to jot down some notes

1    from what -- the paperwork that Mr. Dorando gave me so I

2    had some idea what I was talking about.

3             Q    Okay.  While you were in the infirmary,

4    did you observe Officer Marra?

5             A    Yes.  When I went back to the sergeant's

6    office.

7             Q    When -- when did you go back to the

8    sergeant's office?

9             A    As we were getting the inmate ready to be

10   transported.  After he was -- they already had him on

11   the gurney, and they were taking off with him, the other

12   sergeant took control of that situation, so I could

13   start my paperwork in the back.

14            Q    Okay.  So you then proceeded to walk to

15   the back --

16            A    Yes.

17            Q    -- in the sergeant's office?

18            A    Yes.

19            Q    And what did you do at that point?

20            A    I go in the office, and I interviewed

21   Marra so I could get an understanding of what was going

22   on, the time frame, see what was happening.  And he

23   explained what happened.  That's it.

24            Q    Okay.  What did Marra tell you?

25            A    What I stated earlier that he heard all

1    kinds of commotion going in the bathroom and a lot of

2    yelling and screaming.  Some inmates were fleeing the

3    bathroom.  As he went into the bathroom, other inmates

4    were looking in seeing what was going on.  So he knew

5    something was going on.  And the inmate appeared to

6    be -- it looked like he was drunk, he said.  As he

7    mentioned, he started walking towards the inmate, the

8    inmate lunged at him.  So he wrestled him to the ground,

9    pulled his pin, the red dot team came, and we escorted

10    him to the infirmary.

11         Q    Did Officer Marra ever tell you that he

12    fell on Mr. McCallion's side?

13         A    No.  He said he used body holds and took

14    him to the ground.

15         Q    Did you ever ask him the nature of the

16    body holds or how he took him to the ground?

17         A    I did.  After we got -- when it came back

18    from the hospital that he had broken ribs, we were like,

19    "How did -- what did you do?  How did you take him to

20    the ground?"  He bear-hugged him and just picked him up

21    and slammed him.  And when he went down to the ground,

22    he landed on top of him on his hands.  So I assumed the

23    way he did it, he landed right on his coupled fist right

24    on his ribs.  That's what I'm thinking.  It made sense

25    to me.  It was possible.

1              Q    So you're saying that he -- when I say

2    "he," Marra bear-hugged Mr. McCallion --

3              A    Mm-hmm.

4              Q    -- and he went backwards?  How did he

5    fall?

6              A    All I'm saying is when he was telling

7    me --

8                   MR. DORANDO:  I apologize.  I'm

9                   going to object to the form of the

10                  question and to the extent that it's

11                  speculative.

12             A    It is.  It's all hearsay, you know.  I

13   couldn't tell you for sure what his techniques were,

14   what he did.

15             Q    I'm not asking you to speculate.  I'm

16   just asking you -- you were describing what he told you.

17   So I'm asking you what he told you.

18             A    The body holds, he took him to the

19   ground.  That's what he told me.

20             Q    You started explaining -- so you said he

21   had him in a bear hug.  I'm asking did he fall

22   backwards, to the side, or something else?

23             A    Face down.  He grabbed him and forced him

24   to the ground forward, so, you know -- I was a wrestler

25   myself.  It's just a body hold.  You lock him up, get

1    under his center of gravity, and you force him to the

2    ground.  You're going to the ground with him, you know.

3    When you go down, he hits, you hit on top of him.

4    You're going together.

5              Q    Okay.  Let's talk about that.  Are you

6    familiar with a hip throw?

7              A    Yes.

8              Q    Well, let me back up.  You said you also

9    did wrestling?

10             A    Yes.

11             Q    What's your experience level with

12   wrestling?

13             A    I was a state finalist wrestler.

14             Q    Is that Grego-Roman?  Freestyle?  What

15   kind of wrestling?

16             A    Scholastic, but I did Greco-Roman.  I

17   took second in the Empire State Games.

18             Q    Okay.  So you're familiar --

19             A    But many years ago.

20             Q    Do you remember how you shoot legs, arm

21   holds, all of that stuff?

22             A    I have a little understanding, yes.  I

23   have a basic understanding.

24             Q    All right.  And you're familiar with a

25   hip toss; correct?

1                  A    Oh, yes.

2                  Q    And typically hip toss, you do it with

3       your dominant hand or dominant side of your body; is

4       that correct?

5                  A    It can be.  It depends on -- in wrestling

6       you should be ambidextrous.  You should be able to step

7       from both sides.

8                  Q    Okay.  Understood.  Now, I think being

9       ambidextrous is a quality that not many of us have.

10      That said, is it correct that most wrestlers have a

11      dominant side?

12                 A    Yes.

13                 Q    Okay.  And typically when you shoot a

14      move, you're doing it on your dominant side; correct?

15                 A    Not necessarily, but, yes, it happens.

16      I'd say more than not.  Well, it depends on what

17      opportunity you have; where they're at, what the angle

18      was at that time.  You got to take advantage of that

19      millisecond that you have.

20                 Q    Okay.  And you said you're familiar with

21      a hip toss?

22                 A    Yes.

23                 Q    How do you throw them?

24                 A    There's multiple ways to do it.  You can

25      do it with a body lock and throw your hip into him and

1      step through them, step over them.  Or you can do it

2      with your dominant arm or your weak arm and hook their

3      arm and then hip toss around like that (indicating).

4      You could even do it by the head.  You can do like a

5      head lock toss.  There's multiple ways to do a hip toss.

6              Q     And when you're doing the hip toss, the

7      aim is to --

8              A     Take him to the ground.

9              Q     But you're trying to score points; right?

10             A     Yes.

11             Q     When the two shoulders hit, you score

12     more points; correct?

13             A     Yes.

14             Q     And the aim of all these moves is to have

15     a person hit with their two shoulders flat on the ground

16     so you score the most points; correct?

17             A     Yes.  That doesn't necessarily happen

18     like that --

19                   MR. DORANDO:  I'm going to object

20                   here as well just in terms of where this

21                   line of question is leading.

22             A     It's all speculation, really.  I couldn't

23     tell you.  I wasn't there.

24             Q     I'm not asking you to speculate.  I'm

25     just asking you to speak on your years of experience.

1              A     Okay, okay.

2              Q     So again, to the extent that we're

3     talking about this, the move, I guess, is designed for

4     the person to land, if it's planned correctly, is

5     designed for the person to land -- and the result of

6     that is you're trying to score points.  That's the whole

7     point of the wrestling; correct?

8              A     Yes, but more times than not they don't.

9              Q     Well, as a --

10             A     They'll roll right through it.  They are

11    not trying to get on their back.  The whole reasoning is

12    not to get on your back; right?  So you throw me in a

13    hip toss, I'm not going to land on my back.

14             Q     Well, that's because you're an

15    experienced wrestler; correct?

16             A     Right, but I'm saying you asked me -- you

17    said is it more often than not that you would land on

18    your back?  No.  It's more often than not you land on

19    your side or you try to get to your stomach.

20             Q     And you're referring to people who

21    actually wrestle or --

22             A     Right.  That compete.

23             Q     That compete.  Okay.  And these moves

24    typically when thrown, based on all your years of

25    experience, don't result in broken ribs; correct?

```
 1              A    I can't say that.  I've broken fellows'
 2     ribs wrestling on a mat.  It happens more than you
 3     believe.  I mean --
 4              Q    I'm asking if throwing a hip toss,
 5     right --
 6              A    It depends how you land.  He could land
 7     on his own elbow.  He can land on your hands, and you
 8     land on your hands and you're from your feet and both
 9     your weight and his weight going down at the same time
10     on your hands on your side, it's going to do damage.
11     I'm not saying it's going to break every time, but I
12     have had my opponents broken ribs.
13              Q    Let me ask you this.  In order to get
14     good at a move in wrestling, you throw that move
15     hundreds and hundreds of times in order to make it work?
16              A    Yes.
17              Q    So any given move, you're throwing it
18     like in practice you're doing it -- you keep throwing
19     the move, throwing the move, throwing the move; is that
20     not correct?
21                   MR. DORANDO:  Object to form.
22              A    I'm sorry.  My wife is trying to get
23     something to eat.  What did you say?
24              Q    No.  I'm just saying to the extent you
25     want to get good at a move, you have to keep throwing it
```

1      in practice.  You do it over and over.

2              A    Absolutely.

3              Q    Okay.  And so any given move by the time

4      you do it and you get it right, it's been done hundreds

5      of times; correct?

6              A    Yes, but every time it's different, you

7      know.  You just don't know what you're going to

8      encounter.

9              Q    Yeah.  And I guess of those hundreds and

10     hundreds of times that you have thrown this move, how

11     many times has it resulted in broken ribs?

12             A    One time in a tournament.

13             Q    So just one time out of a hundred times?

14             A    Yeah.  Well, you know, you're going full

15     speed in a tournament.  I imagine you're going full

16     speed in a confrontation also.

17             Q    And when you compete, you're competing

18     with people from your own weight class; correct?

19             A    Right.

20             Q    So do you know how tall Officer Marra

21     was?

22             A    He's short.  He's a small fellow.  I'm

23     not sure how tall he is.  I'm going to say 5'3", 5'4"

24     maybe, you know, if he's on his tiptoes, I guess.  I

25     don't know.  He's a small fellow.

```
 1              Q    Do you know approximately how much he

 2    weighed?

 3              A    One hundred forty-five pounds, maybe, at

 4    the most.

 5              Q    Mr. McCallion, what do you estimate his

 6    height at?

 7              A    I don't know.  5'6" maybe, 5'7".

 8              Q    And what about his weight?

 9              A    Probably 145, 150 pounds.  I'm guessing.

10              Q    Mr. McCallion?

11              A    Yeah.  He's a smaller dude too.  He's not

12    very big.

13              Q    When Mr. -- you talked about how after

14    when you were speaking to Marra and you were, like, how

15    did that happen?  How did, you know, how did this guy

16    end up breaking his ribs?  That's when he told you

17    about --

18              A    I didn't know about that until we got the

19    report back from the hospital.  Honestly, I was taken

20    back by it.  I was like "broken ribs?"  And then I heard

21    it was four broken ribs.  I actually got ahold of the

22    sergeant the next day to make sure they did an upper

23    body search of all the inmates because now it started --

24    in my head is like now, why was there screaming going on

25    in the bathroom?  Was he being attacked in the bathroom?
```

1    Did the inmates, did he owe them money for the drugs he

2    was taking?  Was he fighting in the bathroom as the

3    officer got there?  I didn't know.  But they didn't find

4    anything.  They didn't find any marks on any other

5    inmate.  Nothing.

6              Q    Okay.  So it was your thought that maybe

7    he had broken his ribs before.

8              A    Right.  I guess, like it surprised me

9    that he had those types of injuries.

10             Q    Yes.  What was done, you're saying you

11   were surprised?

12             A    Yes.

13             Q    Okay.

14             A    And I was asking what kinds of techniques

15   did he use?  How did he take him to the ground?  And

16   then he explained he bear-hugged him and kind of like

17   you said, sort of like a hip toss.  So that's how -- it

18   made sense to me.  It's possible.

19             Q    Okay.  Do you know is Officer McCallion

20   left or right-handed.

21             A    I have no idea.

22             Q    Did you question Officer McCallion on

23   how -- I mean, I'm sorry --

24             A    Marra.  I knew what you were saying.

25   We're good.

1              Q    Did you question Officer Marra on how it

2    was that Mr. McCallion landed face-first on the ground?

3              A    No.  We just talked about it and it

4    seemed like he actually went face-first, he said in his

5    thing, because he got back -- he exposed his back to

6    him.  That's when he started -- we were trying to force

7    his arms behind his back.  That's all I know.  But it

8    makes sense, you know, like you're throwing a toss -- I

9    mean, there's so many variables as you're throwing.  You

10   can lose your balance.  You can take and bump into

11   something.  You know, the sinks are all there.  Who

12   knows?  I mean, I wasn't there --

13             Q    Let me just -- let me just back up -- I'm

14   sorry.  Are you okay?

15             A    Yes.  I'm sorry.

16             Q    I just got confused there because you

17   mentioned something about him turning his back and

18   trying to get his arms.

19             A    Well, he -- when he went face down --

20   when the inmate went face down, the officer was on his

21   back trying to bring his arms, his hands behind his back

22   to get the cuffs on him, the restraints on him.  So he

23   was face-first at that point.

24             Q    Okay.  Do you know how McCallion landed

25   after the take-down?

1          A    Just all by what he told me.  He was on

2    his face, got him face down.

3          Q    Okay.  But did you question him on how

4    that happened, I guess?

5          A    He just said he had a body hold and he

6    took him to the ground like that.  He got under his, you

7    know, he leveraged -- he put him to the ground.  He

8    didn't say specifically, but he said that he was on his

9    face.  You know, when you lock it up, you know, like I

10   explained -- my understanding of the mechanics of it,

11   that's very possible.  When you land on your hands on

12   your ribs at that momentum from there you and the other

13   person landing with both body weight, 300 pounds, close

14   to, landing on a small area like that, it's like landing

15   on a rock, you know.  It's very possible it could cause

16   breaking like that, but it still surprises me.

17         Q    But are you aware that Officer Marra also

18   said that he landed on Mr. McCallion's side?

19         A    I have no idea.  All I know is what

20   I'm -- what I'm surmising.  He said he used body holds

21   to take him to the ground.  He grabbed him around the

22   body and leveraged him to the ground.  So I understood

23   what he was talking about.

24         Q    Do you see how all of that's inconsistent

25   with the injury?

1          A    I don't feel it's inconsistent.  I don't

2     know.

3          Q    Okay.  Can you pleases explain?

4          A    Like I said, you have two bodies, 140

5     pounds to 155 pounds.  So you're looking at close to 300

6     pounds with the momentum of a hip toss, if I say, and

7     his hands are locked up, and he lands on his side or on

8     the front side like this (indicating).  His hands are

9     balled up like that under his ribs.  All that weight and

10    that speed hitting those hands, it will do damage.  Now,

11    was I surprised?  Yeah, because he never winced or

12    anything.  He just was like wasted, and then we sat him

13    down in the chair.  So I didn't realize his injuries

14    were as severe as they were.  I had no idea.

15         Q    Are you aware of which ribs that were

16    broken?

17         A    Yeah.  So it was four ribs on the left

18    side.

19         Q    Is that the front or the back of the

20    ribs?

21         A    What do you mean "the front of the back"?

22    I'm assuming --

23         Q    The front or the back.  Your ribs, they

24    have a front and the back.  I'm asking you --

25         A    Well, yeah, they didn't specify in the

1    medical report, but the ribs wrap right around to your

2    sternum, so the ribs are all the way from your back to

3    your chest.

4            Q    So I'm asking you know when you touch

5    your chest, how you can feel your ribs in the front, and

6    then if you stick your hands around the back you can

7    feel them in the back.  So I'm asking what was broken,

8    the ribs towards the front or towards the back?

9            A    They didn't specify.  They just say the

10   seventh, eighth, and ninth rib on the left side were

11   fractured.

12           Q    The medical records don't specify as

13   to --

14           A    That's all they say.  Seventh, eighth,

15   and ninth rib on the left side were fractured.

16           Q    Sergeant Coffey, when an incident such as

17   this transpires, what are the documents that are

18   generated?

19           A    Use of force, unusual incident,

20   misbehavior, to-froms, medical report, pictures -- yeah.

21   Cell searches after the fact to see if we could find

22   more drugs.  All of that's involved.

23           Q    Okay.  At this point in time I'm just

24   going to refer to some of the exhibits.  Just give me

25   one moment.

```
 1                    MR. BLACKMAN:  Mr. Reporter, we can

 2               go off the record for a second?

 3               (A discussion was held off the record.)

 4               (Whereupon Exhibit 11 was marked for

 5               identification, 07/13/23, BDK)

 6               EXAMINATION BY MR. BLACKMAN:

 7          Q    Sergeant Coffey, I'm showing you what's

 8     been marked as Exhibit 11.  The exhibit is titled

 9     Misbehavior Report, and I'll just note for the record

10     that these exhibits were previously admitted in other

11     depositions, so we're just using the same exhibit

12     numbers.  Did you get a chance to see the document or

13     can you see the document?

14          A    Yes.  I'm looking at it.

15          Q    Okay.  Take a look at it.  Are you able

16     to scroll?

17          A    Yes.

18          Q    So scroll it, take a second, take a look

19     at it, and after you're finished taking a look at it,

20     please let me know.

21          A    Okay.

22          Q    Okay.  Sir, what is that document?

23          A    It is a misbehavior report.

24          Q    What's the purpose of this document?

25          A    To charge the inmate with intoxication
```

1    and attack on an officer.  Let's see what it says.  It

2    says -- yeah.  Drug use and intoxication.

3            Q    Are you referenced anywhere in this

4    document?

5            A    What's that?

6            Q    Are you referenced anywhere in the

7    document?

8            A    I wrote the document.  I wrote the -- I

9    believe this -- yeah.  My misbehavior report.

10           Q    Okay.  So that's your signature affixed

11   to, it looks like -- okay, that's a second and third

12   page, or is that just a second page?

13           A    Both.

14           Q    Okay.  And it says here -- it says -- it

15   says "REPORTED BY," and then it has your name.  Let me

16   be clear.

17           A    Yeah.  That's mine.

18           Q    Let me just for the record be clearer.

19   I'm looking at Exhibit 11, page 2, and I'm looking at

20   the bottom part of the page where it says "REPORTED BY,"

21   and it has your name written in that in like a print,

22   "J. Coffey," and that's referencing you, sir; correct?

23           A    Yes.

24           Q    And there is your signature; correct?

25           A    Yes.

1          Q    When it says "reported by," does that

2     mean that you actually observed these things, or are you

3     just --

4          A    No.

5          Q    What does it mean?

6          A    Well, some of it in this case is what was

7     told to me.  And in this case, it was the drugs and my

8     response of when I saw him and how he admitted to doing

9     K2, and the nurse and I corresponded on it, you know,

10    the way he was acting lethargic, and his respiration was

11    crazy, and his blood pressure dropped right out of

12    sight.  We Narcaned him twice -- or she did, and then we

13    sent him out to the hospital.

14         Q    And at the end of this document it has

15    your signature?

16         A    Say that again.

17         Q    At the end of the document, is that your

18    signature?

19         A    Yes.

20         Q    And I believe it says "AREA SUPERVISOR

21    ENDORSEMENT"; is that correct?

22         A    Yes.  That is my signature there.

23         Q    And what does that mean?

24         A    Just that I endorsed it, that this is my

25    area.

1              Q    And that the things said are accurate as

2     far as --

3              A    Absolutely.

4              Q    And as you told us before you had done

5     whatever necessary credibility investigation you needed

6     to do and you found the things written here to be

7     correct; is that right?

8              A    Yes.

9              Q    And you were the supervisor involved in

10    this incident; correct?

11             A    Yes.

12             Q    Okay.  And so these men were under your

13    charge, and if they were doing wrongdoing you would have

14    to stop it if you saw it; correct?

15             A    Absolutely.

16             Q    Or if you knew about it or should have

17    known about it, it was also your duty to stop it;

18    correct?

19             A    Absolutely.

20             Q    And also those men under your charge to

21    the extent one had seen another do something wrong, it

22    was also their job to stop whatever wrongdoing they saw;

23    correct?

24             A    Absolutely.

25             Q    And is this also -- so do the medical

1    personnel also sign off on this?  Do they sign off on

2    these misbehavior reports too?

3            A    Sometimes they do, but not in this case.

4            Q    Why not?

5            A    Well, they don't have to.  It's just if

6    they wanted to witness it or whatever.  It depends if

7    they were available to have them sign it or whatever,

8    you know.  There's a lot of variables.  Yeah, they can,

9    but they don't have to.

10            Q    Anything else you want to tell me about

11    this document?

12            A    Nope.

13            Q    Okay.  Let me move onto the next one for

14    a moment.

15            A    Okay.

16            Q    Sergeant Coffey, I'm directing your

17    attention to the exhibit that's now on your screen.  It

18    is titled EBT Exhibit 16 To and From Memo Authored by

19    Sergeant Coffey.  Do you see that exhibit?

20            A    Yes.

21                 MR. BLACKMAN:  Mr. Reporter, can we

22                 go off the record for a second?

23                 (A discussion was held off the record.)

24                 EXAMINATION BY MR. BLACKMAN:

25            Q    Okay.  Did you have a chance to take a

1    look at the to and from memo?

2              A    Yes.

3              Q    Just explain to us what that is, what the

4    document is that you're looking at.

5              A    Looks like it's to Decker from me on

6    10/28/20.  It talks about the incident, how it happened,

7    and what happened.

8              Q    Okay.  So fair to say that your immediate

9    supervisor on the date was Lieutenant Decker?

10             A    Yes, must have been.  It's right at the

11   change of shifts so Decker was 11-7 sergeant or

12   lieutenant, I believe.  I can't remember if he was on

13   both shifts or not.  So at that point he probably was.

14   It was probably late in the night because I think I

15   worked on this for a while after that incident.

16             Q    And so the -- again, the purpose of this

17   is just to make the lieutenant aware of what happened on

18   the shift?

19             A    Absolutely.  Yes.

20             Q    Okay.  Thank you.  Turning to another

21   document.

22                  (Whereupon Exhibit 16 was marked for

23                  identification, 07/13/23, BDK).

24                  EXAMINATION BY MR. BLACKMAN:

25             Q    Sergeant Coffey, I'm showing you what has

1      previously been marked as EBT Exhibit 5, Photos of

2      Plaintiff.  Are you able to see those images?

3             A    Yes.

4             Q    Please take a look at them, tell me when

5      you're finished.

6             A    I'm finished.

7             Q    Okay.  What are those pictures of?

8             A    Pardon me?

9             Q    What are those pictures of?

10            A    Oh, Inmate McCallion and his injuries.

11     It's him in his shorts so we can see from every angle

12     his injuries.

13            Q    Okay.  And just at what point in time

14     this was done?  Before or after you spoke to the RN?

15            A    This was before the RN.  She came in

16     right around the same time after I was doing this, and

17     then she took witness of all the injuries.  We keep him

18     in his undershorts so she can see everything also.

19            Q    Okay.  And again, you took the pictures;

20     correct?

21            A    Yes, I did.

22            Q    All right.  Thank you.  Let me ask you

23     this.  With respect to these pictures, you noted that

24     they depict injuries; is that correct?

25            A    Yes.

1          Q    For instance, it depicts the red on the

2    neck, the reddening on the back; correct?

3          A    Yes.

4          Q    Okay.  To the extent that you took

5    those -- the discoloration -- and it also shows, I

6    believe, a colored eye?

7          A    Yes.

8          Q    To the extent you took those pictures,

9    you deemed those -- what you saw important; correct?

10         A    Yes.

11         Q    And you deemed it material to your

12   investigation or to the incident; correct?

13         A    Absolutely.

14         Q    Okay.  And so did you -- with respect to

15   the documents that you generated as a result of the

16   incident you noted these things also; correct?

17         A    Yes.

18         Q    Okay.  With respect to the inmate

19   misbehavior report that we previously looked at, and let

20   me just -- I'm going to pull it up for you again.

21         A    Okay.  This is a different misbehavior

22   report.  This is Marra's misbehavior report.

23         Q    I'm not questioning -- hold on a second.

24   I didn't question.  Hold on.

25         A    Yeah.  This is the same misbehavior --

1    the one I wrote, and it is Hart.

2            Q    Did you get -- were you able to -- are

3    you able to identify where the references of injuries

4    that -- in this report here?

5            A    No.  I don't see anything to do with the

6    injury, but, of course, this is about alcohol and drug

7    use.  So we were talking about the drugs at the time for

8    what -- the appearance of slurred speech, pale skin,

9    respiration, his blood pressure dropped off to 50, the

10   Narcan, so yeah.

11           Q    Should those things have been in the

12   report?

13           A    No.  It doesn't support anything to do

14   with the charges.  No drug use or alcohol or intoxicant.

15   That has nothing to do about this.  It was in use of

16   force and the UI.  The medical reports would be in

17   there, not in the misbehavior.

18           Q    Wouldn't that go to the extent you're

19   describing the exercise of force, wouldn't that go to --

20   wouldn't that go to illustrating whether or not the

21   officer acted appropriately and to what extent the

22   inmate was misbehaving?

23                MR. DORANDO:  Objection.

24           A    No.  That's a whole different thing.

25   That's Marra's -- it has nothing to do with his drug use

1    or alcohol.  Nothing.  That's two separate things.  It's

2    not relevant.

3                    MR. BLACKMAN:  All right.  I'm going

4                    to -- I think I'm about done.  Let me

5                    just look over some notes, and we can

6                    wrap it up.  Just give me a minute, guys,

7                    and we can wrap this up.  I'm just going

8                    to go check in on Kreg Jackson.  I'll be

9                    back in a minute.

10                   (Whereupon a brief recess was taken.)

11                   EXAMINATION BY MR. BLACKMAN:

12        Q    All right.  Sergeant Coffey, are you

13   aware that Mr. McCallion had made further allegations

14   against corrections officers using excessive force

15   against him on November 5th, 2020?

16                   MR. DORANDO:  Objection to form.  Go

17                   ahead.

18        A    I heard through the grapevine there was

19   some kind of accusation made, but I didn't know who was

20   involved.

21        Q    What do you know about that accusation?

22        A    Nothing, nothing at all.

23        Q    So I guess -- well, what did you hear?

24   You said you heard through the grapevine there was an

25   accusation.

1                A    That he alleged that he was assaulted,

2    and that was it.

3                Q    Okay.  Do you know by whom he alleged

4    that he was assaulted?

5                A    No.

6                Q    Are you familiar with Kreg Jackson?

7                A    Yes.

8                Q    Who is Kreg Jackson?

9                A    He's an officer.  I'm not sure if he

10   worked midnights or what shift he works.  I'm not sure.

11   He's not one of my regular officers.

12               Q    Okay.  But he would have been your

13   subordinate?

14               A    If he worked in my area, yes.

15               Q    But if there are corrections officers in

16   other areas that you interact with, are they not still

17   your subordinate?

18               A    Yes, they are.  If I interact, if I have

19   to be there, but in my areas -- he wasn't my regular

20   officer.  He was not one of the regular officers in my

21   area.  He would be resource or something like that.  He

22   was there hit and miss.  I know who he is though.  Yes.

23               Q    Okay.  What about Weidner?

24               A    Yes.  I know him.  I knew his father.  I

25   worked with his father.  He used to work SA2, the

1    special housing unit, but that's all I know.  I don't

2    know much about him.

3            Q    So you were familiar with Mr. Weidner's

4    father also?  You said he worked corrections?

5            A    Yes.  He retired.  He got in about the

6    same time.  Back in '89 he got in.

7            Q    So Mr. Weidner is a legacy.  You would

8    know the father, and now you would know his son?

9            A    Yes.

10            Q    Was he also your subordinate?

11            A    Well, like I said, if I was in the SHU

12    area, yes, he was my subordinate.

13            Q    Who was their direct supervisor,

14    Kreg Jackson and officer Weidner's?

15            A    It would be the program sergeant

16    unless -- it depends on which shift it happened.  If

17    it's on midnights, it's charge sergeant.  If it happens

18    during the day and the afternoon shift, Tour 1 -- or

19    Tier 2 and Tier 3, that would be the program sergeant.

20    I was housing.  I was a housing sergeant.

21            Q    And as sergeants, do you all interact?

22            A    Yes.  We talk.  We have lunch together or

23    whatever, see what's going on.

24            Q    Do you all have --

25            A    Go ahead.

1          Q    Do you all have regular meetings to

2    discuss goings-on?

3          A    Yes.  Supervisor meetings.  Yes, we do,

4    but we converse anyways, you know.  We work the mess

5    halls together.  There's different times and points of

6    the day that we -- we hook up.  And it's a lot of times

7    like if their workload is crazy, if they have a lot

8    going on, I try to help out and vice versa.  They try to

9    help me out.

10         Q    Okay.  Thank you.  Just one moment.

11              MR. BLACKMAN:  Sergeant Coffey,

12              thank you so much.  I appreciate your

13              time.

14              THE WITNESS:  Yes.  Thank you.  I

15              appreciate it.

16              THE REPORTER:  All right.  So before

17              we go off the record, I have to ask about

18              billing.  Mr. Blackman, is this a pay and

19              provide to Mr. Dorando?

20              MR. BLACKMAN:  I'm sorry.  I didn't

21              hear one word you said.  Can you say that

22              one more time?

23              THE REPORTER:  I have to ask about

24              the billing.  Is this a pay and provide

25              to Mr. Dorando?

1                    MR. BLACKMAN:  I actually have no

2               idea.  I'll have to get back to you guys

3               on that.  I have no idea.  I don't know

4               what's been worked out with Mr. Dorando

5               and the officers.  Can I get back to you

6               to that one?

7                    THE REPORTER:  Yes.

8                    MR. BLACKMAN:  Okay.

9               (Whereupon the witness was excused at

10              1:53 p.m.)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                      CERTIFICATE OF REPORTER

 2

 3

 4

 5              I, Benjamin D. Knights, hereby certify that

 6     the foregoing proceedings were taken before me at the

 7     time and place therein set forth;

 8

 9              That the proceedings were taken down

10     stenographically by me and thereafter formatted into a

11     full, true, and correct transcript of same;

12

13              I further certify that I am neither counsel

14     for nor related to any parties to said action, nor in

15     any way interested in the outcome thereof.

16

17

18              DATED this 8th day of August, 2023.

19

20

21              Benjamin D. Knights

22              Court Reporter

23

24

25
```

```
 1                    A C K N O W L E D G E M E N T

 2

 3

 4

 5          I hereby certify that having been first duly sworn

 6     to testify to the truth, I gave the above testimony on 7/13/23.

 7

 8          I FURTHER CERTIFY that the foregoing transcript is

 9     a true and correct transcript of the testimony given by

10     me at the time and place specified.

11

12

13

14

15                              _____

16                              JOSEPH M. COFFEY

17

18     Subscribed and sworn to before me

19     this _____ day of _____ 20 ___.

20     _____

21     Notary Public

22

23

24

25
```

```
 1                    E R R A T A   S H E E T

 2       Deponent:  JOSEPH M. COFFEY

 3       Deposition Date:  July 13th, 2023

 4

 5       PAGE  LINE  CHANGE FROM/TO   REASON FOR CHANGE

 6       _____ _____ _____ _____

 7       _____ _____ _____ _____

 8       _____ _____ _____ _____

 9       _____ _____ _____ _____

10       _____ _____ _____ _____

11       _____ _____ _____ _____

12       _____ _____ _____ _____

13       _____ _____ _____ _____

14       _____ _____ _____ _____

15       _____ _____ _____ _____

16       _____ _____ _____ _____

17       Under penalties of perjury, I declare that I have
         read the foregoing deposition and hereby affix my
18       signature that same is true and correct, except as noted
         above.

19

20       _____    _____

21       JOSEPH M. COFFEY                        Date

22       Subscribed and sworn to before me

23       this _____ day of _____ 20 ___.

24       _____

25       Notary Public
```

**WORD INDEX**

**< 0 >**
**07/13/23**
  92:5
  97:23

**< 1 >**
**1**
  42:14
  71:25
  103:18
**1:53**
  1:16
  105:10
**10**
  51:14
**10/28/20**
  4:8
  97:6
**104**    3:3
**105**    4:4
**11**    2:3
  4:4
  14:5
  42:14,
  18
  49:8
  92:4, 8
  93:19
**11:15**
  1:16
  7:4
**11-7**
  97:11
**12224**
  2:8
**13th**
  1:15
  7:3
  108:3

**14**
  27:25
  28:8, 9,
  13    29:3
**140**
  90:4
**145**
  86:9
**15**
  19:14
**150**
  86:9
**155**
  90:5
**16**    4:7
  22:24
  96:18
  97:22
**17962**
  1:16
**18**    16:4
**19**    16:4

**< 2 >**
**2**
  42:13,
  15, 16
  71:25
  93:19
  103:19
**20**
  107:19
  108:23
**20005**
  2:4
**2016**
  22:25
  24:15,
  19, 24
  25:14
  26:2
**2020**
  9:3

**25:15,**
  19
  27:1
  41:24
  42:17
  43:19
  44:3
  101:15
**2023**
  1:15
  7:3
  25:14
  106:18
  108:3
**20th**
  25:19
**24**
  18:23,
  24    19:2
**28th**
  9:3
  25:15
  27:1
  41:23
  42:17
  43:19
  44:3
**29**
  21:16

**< 3 >**
**3**
  42:11,
  12, 13,
  14, 16,
  18
  49:7
  103:19
**30**    5:8
**30(b)(4**
  6:5

**300**
  89:13
  90:5
**31**    20:4
**3-11**
  26:13
  66:9
**314**    2:3
**32**
  20:21
**32nd**
  19:13
  20:5
**32-year**
  20:22
**381**    7:6

**< 4 >**
**40**
  28:7,
  14, 16

**< 5 >**
**5**    4:4
  98:1
**50**
  27:10,
  15, 17,
  18, 19
  31:12
  45:12
  75:8
  76:2
  100:9
**5'3**
  85:23
**5'4**
  85:23
**5'6**
  86:7
**5'7**
  86:7

**5th**
  101:15

**< 7 >**
**7**
  42:13,
  14, 16
**7/13/23**
  107:6

**< 8 >**
**8**    3:3
**89**
  20:20,
  21
  21:22
  103:6
**8th**
  106:18

**< 9 >**
**9:22-CV-**
**253**    1:6
**90**
  21:22,
  23
  24:16
  27:18
**92**    4:4
**95**
  25:12
**96**    4:7
**97**    4:4,
  7
**98**    74:5

**< A >**
**a.m**
  1:16
  7:4
  42:14
**A1**
  27:9, 16

2

**A2**
27:*9, 18*
**ability**
19:*9*
**able**
9:*16,*
*22*
81:*6*
92:*15*
98:*2*
100:*2, 3*
**above-
entitled**
6:*4*
**absolutel
y**   30:*1,*
*12*
31:*19*
37:*13,*
*18*
40:*5*
41:*7*
46:*13*
62:*17*
66:*25*
85:*2*
95:*3,*
*15, 19,*
*24*
97:*19*
99:*13*
**academy**
20:*15,*
*16*
**account**
40:*16*
**accounts**
42:*23*
**accumulat
ion**
50:*24*
**accuracy**
35:*5, 8*

**accurate**
6:*8*
95:*1*
**accusatio
n**
101:*19,*
*21, 25*
**accusatio
ns**   25:*3*
**accused**
24:*5, 10*
**acquainta
nce**
15:*24,*
*25*   16:*6*
**acronym**
45:*6*
**acted**
71:*8*
100:*21*
**acting**
94:*10*
**action**
6:*4*
106:*14*
**actions**
38:*8*
**activity**
29:*20*
**addition**
68:*2*
**address**
35:*19*
36:*9*
**administe
r**   8:*2*
**administe
ring**
6:*8*
8:*1*
**admitted**
70:*2*

92:*10*
94:*8*
**ADONIAN**
2:*2*

**advantage**
81:*18*
**advised**
11:*9*
**affect**
19:*9*
**affix**
108:*17*
**affixed**
93:*10*
**afraid**
75:*16*

**afternoon**
103:*18*
**ago**
13:*17*
14:*12*
17:*21*
80:*19*
**agree**
6:*9*
7:*19, 24*
**AGREED**
5:*3, 6,*
*10, 13,*
*16*   6:*24*
**agrees**
6:*15*
**ahead**
11:*2*
24:*17*
34:*8,*
*10*
35:*17*
37:*15*
38:*6*
40:*18*

54:*6*
69:*13*
71:*9*
101:*17*
103:*25*
**ahold**
54:*22*
86:*21*
**aim**
82:*7, 14*
**aimed**
23:*11*
**al**   7:*11*
**Albany**
2:*8*
**alcohol**
100:*6,*
*14*
101:*1*
**allegatio
ns**
101:*13*
**alleged**
102:*1, 3*
**ambidextr
ous**
81:*6, 9*

**ambulance**
75:*12*
76:*6, 8,*
*10, 12,*
*20*
**amiss**
36:*10*
**amount**
26:*24*
**angle**
81:*17*
98:*11*
**announcin
g**   52:*21*

**answer**
9:*7, 14*
17:*20*
18:*8*
32:*9*
35:*17*
38:*10*
40:*3*
**answered**
10:*12,*
*14*
37:*16*

**answering**
24:*12*
75:*1*
**answers**
9:*17*
**anybody**
11:*16*
49:*15*
51:*20*
68:*17*
**anymore**
51:*15*
56:*18*
61:*9*
**anyway**
14:*6*
**Anyways**
16:*12*
104:*4*
**apart**
50:*5*

**apologize**
79:*8*
**appearanc
e**   100:*8*
**APPEARANC
ES**   2:*1*
8:*11*

appeared
  56:4
  59:5
  69:22,
24    78:5

Appearing
  2:5, 10
appreciat
e
  104:12,
15
appropria
te    5:19
appropria
tely
  100:21
approval
  75:9
approxima
te
  27:19
approxima
tely
  7:4
  27:10,
17, 19
  28:15
  86:1
area
  25:20
  27:3
  29:7,
16, 17
  30:16,
23
  33:23,
24
  40:25
  54:3
  55:8,
10, 11
  57:3,

22
  59:7
  65:21
  66:3,
19
  68:11,
12
  89:14
  94:20,
25
  102:14,
21
  103:12
areas
  30:14
  31:17
  102:16,
19
arm
  76:1
  80:20
  82:2, 3
arms
  54:12
  56:14
  88:7,
18, 21
arrive
  52:25
  76:8
arrived
  65:7
  76:11
Article
  19:14
asked
  10:14,
15
  55:24
  56:23
  83:16
asking
  9:1

17:6
  23:25
  24:1
  34:22
  35:8
  38:20
  40:3, 4,
14
  50:5
  71:1
  74:18
  79:15,
16, 17,
21
  82:24,
25
  84:4
  87:14
  90:24
  91:4, 7

assaulted
  102:1, 4
assess
  53:2
assigned
  21:3
  25:19
  27:2
  29:5
  30:13,
16, 22,
25
  31:2
  41:24
  42:1
  45:19
assignmen
t
  45:23,
25

assignmen
ts
  20:23
assist
  45:10

assistant
  26:12
assumed
  78:22
assuming
  21:24
  24:20
  69:25
  90:22
attack
  11:11
  56:7, 8
  93:1
attacked
  86:25

attention
  40:2
  96:17

attesting
  35:4, 7,
24
  40:13
ATTORNEY
  2:7
  6:12,
15
  17:11
  18:19

Attorneys
  2:2
  5:4
  6:3

audio
  6:14
  7:21
audiovisu
al    7:21
August
  106:18
Ault
  28:24
Authored
  4:7
  96:18
authorize
d    8:1

available
  45:9
  49:13,
14    96:7
Avenue
  7:7
avoid
  9:21
aware
  13:6,
16, 19
  14:14
  16:15
  44:4
  47:8
  89:17
  90:15
  97:17
  101:13

< B >
B1
  27:9, 19
B2    27:9
back
  13:9
  19:20
  26:8

41:23
51:9
56:15,
16
57:11
63:7
65:2,
16, 17
67:25
68:1, 8
69:16
70:13
72:10
77:5, 7,
13, 15
78:17
80:8
83:11,
12, 13,
18
86:19,
20
88:5, 7,
13, 17,
21
90:19,
21, 23,
24
91:2, 6,
7, 8
99:2
101:9
103:6
105:2, 5

**backwards**
79:4, 22
**bad**
21:17
59:13
**bags**
30:7

**balance**
88:10
**balled**
90:9
**Band-Aid**
51:8

**BARBARITO**
1:8
14:16,
18
16:1
46:24
54:16,
17, 20
58:2
70:15
**base**
40:6
52:12
**based**
47:10
83:24
**basic**
80:23

**basically**
13:5
26:18
38:18
**bathroom**
53:10,
19, 20
54:2
55:7
56:1, 2,
3
57:23
59:7
72:10
78:1, 3
86:25
87:2

**bathrooms**
65:21
**BDK**
92:5
97:23
**bear**
79:21
**bear-
hugged**
78:20
79:2
87:16
**becoming**
20:6
**Bedford**
21:4

**beginning**
30:3
**behalf**
8:5
**believabl
e**  40:17
**believe**
13:20
15:8
16:9
23:1
30:17
35:15,
20
36:5, 8
39:9
43:21
56:11,
15
58:3,
14
61:3
64:21
69:19
84:3

93:9
94:20
97:12
99:6
**bender**
59:12
**Benjamin**
1:16
7:5
106:5,
21
**best**
35:6
39:20,
21
**BEVERLY**
2:12
**bid**
31:7
51:14
**big**
29:20
86:12
**billing**
104:18,
24
**BISHOP-
CHEDDIE**
2:12
**bit**
26:24
31:25
**black**
53:12
**BLACKMAN**
2:4
3:3
8:7, 10,
16, 19,
24
23:10,
21
40:3,

10
67:5, 8
72:7,
14
92:1, 6
96:21,
24
97:24
101:3,
11
104:11,
18, 20
105:1, 8
**bleeding**
60:21
**Block**
15:17
26:7,
10
27:16
31:12
55:11
62:6
**blood**
19:5
60:22,
23
75:7
76:2
94:11
100:9
**Blue**
43:6, 15
**bodies**
90:4
**body**
30:7
78:13,
16
79:18,
25
81:3,
25

86:*23*
89:*5,*
*13, 20,*
*22*
**book**
50:*21*
66:*15*
**books**
34:*19*
**bottom**
93:*20*
**box**
50:*1*
**brand-**
**new**
30:*8*
**break**
9:*25*
10:*1*
65:*21*
84:*11*

**breakfast**
31:*14*
**breaking**
86:*16*
89:*16*

**breathing**
60:*14*
**brief**
53:*15*
56:*19,*
*21*
57:*12*
61:*10*
62:*21*
72:*13*
101:*10*
**briefly**
55:*20*
**bring**
88:*21*

**bringing**
53:*22*
**brisk**
52:*1, 9*
**broke**
22:*16*
33:*15*
34:*23,*
*24*
**broken**
78:*18*
83:*25*
84:*1,*
*12*
85:*11*
86:*20,*
*21*
87:*7*
90:*16*
91:*7*
**bruising**
37:*23*
**bump**
88:*10*
**bunking**
27:*18*
**Bureau**
2:*7*
**busy**
48:*3*
71:*15*

**< C >**
**C.O**
1:*8, 9*
**C1**
27:*9*
29:*12*
30:*17,*
*19, 25*
31:*3, 7*
44:*22*

**C2**
27:*10*
30:*19*
**CALEB**
2:*2, 10*
**call**
31:*22*
32:*14*
35:*1*
42:*6, 12*
**called**
8:*14*
14:*8,*
*12*
25:*9*
28:*2*
32:*6*
44:*6*
75:*12*
**calls**
18:*20*
33:*17*
34:*25*
66:*21*
**calm**
30:*4*
**camera**
62:*16*
**cameras**
62:*11,*
*12, 13*
**Cape**
21:*4*
**Capitol**
2:*7, 8*
**captain**
39:*8*
**capture**
6:*13*
**captured**
62:*15*

**capturing**
7:*19*
**care**
22:*13*
34:*1*
39:*9*
45:*12*
**career**
20:*22*
21:*13*
**carry**
32:*7*
63:*3*
**carrying**
55:*25*
**case**
94:*6, 7*
96:*3*
**cases**
14:*4*
38:*1*
39:*15*
**catch-**
**all**
23:*12*
**cause**
89:*15*
**cavities**
70:*10*
**cell**
33:*4,*
*17*
34:*21*
91:*21*
**center**
80:*1*
**certain**
24:*20*
26:*24*
30:*16*
32:*24*
33:*7*

36:*7*
45:*9*
**CERTIFICA**
**TE**
106:*1*
**certify**
106:*5,*
*13*
107:*5, 8*
**chair**
75:*15,*
*18*
90:*13*
**chance**
92:*12*
96:*25*
**change**
11:*10*
19:*4*
31:*24*
97:*11*
108:*5*
**changed**
11:*12*
51:*14*
**charge**
24:*9,*
*21, 25*
27:*22*
28:*16*
29:*11*
43:*14*
45:*10*
46:*12,*
*14, 20,*
*23*
47:*6*
66:*2*
92:*25*
95:*13,*
*20*
103:*17*

charges
  13:*21*
  23:*17*
  24:*6*
  100:*14*
chart
  63:*10,*
*14, 15,*
*16*
charts
  26:*11*
chase
  76:*20*
chat
  6:*17*
check
  101:*8*
checking
  70:*10*
chest
  91:*3, 5*
chevrons
  43:*6*
children
  47:*25*
  48:*4, 5*
cholester
ol   19:*6*
circumsta
nce
  69:*8*
City
  30:*6*
Civil
  5:*15,*
*18, 19*
  6:*6*
claim
  39:*17*
clarify
  34:*10*
class
  85:*18*

clean
  26:*19*
cleaned
  29:*9*
clear
  12:*16*
  14:*1*
  51:*10*
  93:*16*
clearer
  93:*18*
clearly
  58:*9*
client
  8:*6*
close
  16:*3*
  72:*6*
  89:*13*
  90:*5*
closely
  73:*19*
closeups
  73:*12*
clothes
  59:*17*
  70:*6, 24*
clothing
  70:*6*
COFFEY
  1:*8, 14*
  3:*2*
  4:*8*
  7:*10*
  8:*20,*
*21, 22*
  10:*20*
  11:*5, 7*
  23:*8,*
*22*
  40:*1*
  72:*15*
  91:*16*

92:*7*
93:*22*
96:*16,*
*19*
97:*25*
101:*12*
104:*11*
107:*16*
108:*2,*
*21*
colored
  99:*6*
come
  18:*10*
  44:*3,*
*25*
  54:*3, 5*
  62:*22*
  63:*13*
  68:*2*
  71:*17,*
*19*
  72:*10*
  73:*1*
  74:*23*
comes
  30:*25*
  31:*1*
  44:*14*
coming
  21:*21*
  53:*8,*
*10, 20,*
*23*
  54:*1*
  56:*1*
  72:*4*
  75:*2*

commander
  26:*12*
  28:*23*

29:*1*
68:*25*
committin
g   41:*5,*
*8, 18*

commotion
  78:*1*
communica
ble
  68:*18*
communica
te
  52:*12*
communica
ting
  52:*10,*
*11*
communica
tion
  6:*16*
compete
  83:*22,*
*23*
  85:*17*

competing
  85:*17*

Complaint
  14:*8, 9*
complianc
e
  26:*20*
  29:*8*
compound
  62:*13*

comprised
  28:*14*

conducted

6:*6*
7:*16*
Conducts
  15:*21*
  32:*11*
confronta
tion
  44:*4*
  85:*16*
confused
  88:*16*
consider
  15:*23,*
*24*
consisten
t   38:*13*
constantl
y   27:*20*

contacted
  13:*20,*
*23*
control
  26:*24*
  63:*11*
  77:*12*
controlli
ng   5:*20*
conversat
ion
  16:*19*
  55:*23*
  56:*20*
  57:*12*
  62:*21*
  63:*23*
converse
  104:*4*
cooling
  30:*6*
correct
  12:*19*
  16:*17*

19:*12*
24:*15*
28:*17*
35:*5*
42:*18*
46:*16,
20*
53:*19*
54:*8*
55:*21*
58:*21*
61:*1*
64:*23*
67:*3*
69:*22*
72:*16*
80:*25*
81:*4,
10, 14*
82:*12,
16*
83:*7,
15, 25*
84:*20*
85:*5,
18*
93:*22,
24*
94:*21*
95:*7,
10, 14,
18, 23*
98:*20,
24*
99:*2, 9,
12, 16*
106:*11*
107:*9*
108:*18*
**Correctio
n**    15:*2,
15*
16:*1*

46:*19*
66:*17,
18*
76:*15*
**Correctio
nal**    9:*3*
**Correctio
ns**
11:*15*
20:*7,
10, 13*
21:*25*
22:*10*
24:*1,
20*
30:*10*
32:*5, 6*
33:*2*
42:*1*
43:*13*
101:*14*
102:*15*
103:*4*

**correctly**
83:*4*
**correspon
ded**
94:*9*
**couch**
55:*17*
**Counsel**
2:*6*
6:*24*
39:*10*
106:*13*
**couple**
25:*25*
26:*15*
42:*22*
48:*9*
76:*5*

**coupled**
78:*23*
**course**
37:*24*
61:*16*
74:*21*
100:*6*
**COURT**
1:*1*
6:*7*
7:*13*
9:*8*
23:*3*
24:*3*
25:*1,
10*
67:*20*
106:*22*
**Court's**
23:*7*
**cover**
12:*20*
23:*13*
37:*5*
**coverage**
49:*8*
**COVID**
30:*1*
**crashing**
75:*8*
76:*4*
**crazy**
14:*5*
22:*18*
29:*22*
94:*11*
104:*7*
**creating**
6:*8*
**credibili
ty**
23:*17*
34:*18*

35:*1*
40:*14*
95:*5*
**cuff**
76:*1*
**cuffs**
53:*21*
56:*15*
70:*23*
88:*22*

**currently**
19:*18*

**< D >**
**D.C**    2:*4*
**D1**
27:*10*
**D2**
27:*10*
**DA**
12:*15*
**damage**
84:*10*
90:*10*
**DATE**
1:*15*
7:*2*
47:*11*
51:*2*
66:*16*
97:*9*
108:*3,
21*
**dated**
4:*8*
106:*18*
**day**
28:*24*
30:*18,
22*
31:*3, 8*
33:*10,*

11, *18*
44:*2*
45:*20,
22*
47:*20*
49:*18,
22*
50:*10*
51:*12*
55:*4*
65:*25*
66:*5, 8,
10, 20*
67:*2*
73:*25*
86:*22*
103:*18*
104:*6*
106:*18*
107:*19*
108:*23*
**days**
5:*8*
**day's**
29:*19*
**December**
16:*24*
**decent**
16:*14*
**Decker**
28:*25*
97:*5, 9,
11*
**declare**
108:*17*
**deemed**
5:*18*
99:*9, 11*
**Defendant
s**    1:*9*
2:*10*
14:*14*

16:17
46:22
**define**
29:15
**definitely**
35:14
43:25
**dental**
65:21
**Department**
11:15
15:18
65:22

**depending**
35:11
**depends**
30:15
32:11,
16
35:25
49:6
69:12
81:5,
16
84:6
96:6
103:16
**depict**
98:24
**depicts**
99:1
**Deponent**
108:2
**DEPOSITION**    1:12
5:14
6:1, 6,
14, 18,
20, 23
7:9, 15,

*25*
12:6
13:*10*
17:*8*,
*12*
108:*3*,
*17*
**depositions**
92:11
**describe**
39:2
43:5
57:13
62:3
65:9

**described**
38:8
**describing**
79:16
100:19
**designated**    7:6
**designed**
83:3, 5
**desired**
75:10
**desk**
65:12,
24
68:2, 3,
4, 6, 7
**detailed**
44:20
**determination**
68:23
**device**
6:21

**different**

31:6
45:7
53:4
64:7
85:6
99:21
100:24
104:5
**direct**
28:21
103:13
**directed**
37:21

**directing**
96:16
**directives**    34:13
**directly**
54:6
65:14
**directs**
71:22
**disciplinary**
23:3, 9
24:2
25:1
**discoloration**
99:5
**discuss**
104:2
**discussion**    67:7
92:3
96:23
**disease**
68:18
**dismiss**
39:10

**dismissed**
14:13
**disruffled**    58:13
**DISTRICT**
1:*1*
7:13
**DOCCS**
23:2
**doctor**
68:25
69:*1*
75:10
**doctors**
71:24
**document**
35:4,
*24*
49:17,
*18*
92:12,
*13, 22,*
*24*
93:4, 7,
8
94:14,
17
96:11
97:4, 21
**documentation**
12:7
**documented**    37:9
39:16

**documents**
12:9,
*17*
34:5
91:17
99:15

**doing**
22:15
26:20
29:22
37:6
40:12
49:8
50:10
75:2
81:14
82:6
84:18
94:8
95:13
98:16
**dominant**
81:3,
*11, 14*
82:2
**door**
45:1
54:5,
*22*
55:10
57:*23,*
*24*
61:13
65:13,
*15*    72:6
**doors**
54:2
65:16
**doorway**
53:24
54:1
**DORANDO**
2:9
8:5
17:19
18:7
23:6,
*19*
32:8

35:17
37:14
38:9
39:25
40:7,
18
41:21
69:13
72:12
77:1
79:8
82:19
84:21
100:23
101:16
104:19,
25
105:4
Dorm
  29:12,
17
  44:15,
22
  48:20
  51:25
  53:16

dormitory
  27:11
  29:7
  54:2
  55:17
  57:23
dorms
  29:12
dot
  44:6,
12, 15,
16, 21
  45:2,
12, 18,
20, 22
  46:3,

16
  47:10
  48:19
  51:22
  52:13,
21
  55:11
  56:13
  78:9
double
  27:17
drink
  8:21
dropped
  75:7
  94:11
  100:9
drug
  47:25
  93:2
  100:6,
14, 25
drugs
  18:23
  19:2
  29:21,
22
  57:8
  67:16
  69:25
  87:1
  91:22
  94:7
  100:7
drunk
  78:6
DUANE
  2:4
  8:24
duane@cal
ebandonia
n.com
  2:5

dude
  86:11
duly
  8:15
  107:5
dumping
  61:21
duties
  23:5
  63:4
duty
  63:6
  95:17

< E >
earlier
  77:25
early
  21:22
easy
  11:10
eat
  84:23
EBT
  96:18
  98:1
effect
  75:10
eight
  58:25
eighth
  91:10,
14
either
  10:7
  12:10
  15:9
  40:21
  44:9
  48:23
  49:1
  54:12

elbow
  84:7
electroni
c    6:21
e-mail
  6:18

emergency
  66:21
Empire
  80:17

employees
  12:3
employmen
t    23:4
  24:4

encounter
  85:8
endorsed
  94:24
ENDORSEME
NT
  94:21
entrance
  66:19
equipped
  43:8
ERT
  45:6
escort
  49:12,
18, 21,
23, 24
  50:7
  51:3, 6,
11, 13
  53:15
  61:19
  62:20
escorted
  49:4

50:3
58:4
70:14,
22
76:14,
16, 19
78:9

escorting
  49:16
  54:19,
20
escorts
  49:7
  70:13
ESQ
  2:4, 9,
10
estimate
  86:5
et    7:11
evaluate
  38:11
  39:20
  68:19
evaluatio
n    75:3
events
  40:16
  74:22
  75:20

everybody
  11:9
  29:21
  30:2, 7
  34:14
  39:18
everyone'
s    34:17
everythin
g's
  29:8

evidence
  24:6
  25:3
exactly
  13:11
  35:2
  39:4
  51:15
  57:4
  64:3
  75:21
exam
  22:10
  61:13
  65:19
  68:16
  69:20
  70:17,
22
  71:25
  72:3
EXAMINATI
ON    3:2
  8:19
  23:21
  40:10
  67:8
  71:11
  72:14
  92:6
  96:24
  97:24
  101:11

excessive
  23:16
  24:5
  25:2
  101:14
Excuse
  72:5
excused
  105:9

exercise
  100:19
Exhibit
  4:4, 7
  92:4, 8,
11
  93:19
  96:17,
18, 19
  97:22
  98:1
exhibits
  91:24
  92:10
expect
  31:21
experienc
e
  36:12
  46:9
  56:12
  80:11
  82:25
  83:25
experienc
ed
  83:15
explain
  26:16
  30:3
  37:18
  41:12
  42:3
  62:23
  75:19
  90:3
  97:3

explained
  55:24
  77:23
  87:16
  89:10

explainin
g    79:20
explanati
on
  35:21
exposed
  88:5
extent
  10:5, 8
  23:11,
13
  29:11
  35:3, 7
  46:10
  70:3
  79:10
  83:2
  84:24
  95:21
  99:4, 8
  100:18,
21

extortion
  29:22
  48:1
eye
  49:9
  53:12
  59:22
  60:8
  99:6

< F >
fabricati
on
  24:6
  25:3
face
  39:17
  53:13
  59:25
  79:23

88:19,
20
  89:2, 9
Facebook
  11:19
faced
  23:3
  24:2
face-
first
  88:2, 4,
23
faces
  48:10
facilitie
s    21:2
Facility
  9:3
  25:20
  27:3
  51:17
fact
  39:23
  91:21
fair
  25:15
  30:11
  31:16
  36:11
  48:14
  73:18
  97:8
fairly
  43:11
  73:18
fall
  38:16
  75:16
  79:5, 21
false
  23:17
  24:6
  25:3

familiar
  14:24
  15:15,
16
  16:5
  29:12,
14, 17
  74:7
  80:6,
18, 24
  81:20
  102:6
  103:3
familiari
ze
  30:10
  31:17
families
  11:7
far
  25:8
  58:23
  60:14
  95:2
father
  102:24,
25
  103:4, 8
FEDERAL
  5:1, 15,
17, 19
  6:1, 5
feel
  36:9
  90:1
  91:5, 7
feet
  58:25
  84:8
fell
  78:12
fellow
  12:3

41:18
85:22,
25
**fellows**
44:17
84:1
**fence**
62:12
**Fifty**
27:12
**fight**
52:2
56:17,
18
**fighting**
61:9
87:2
**filed**
7:12
**filing**
5:9
**fill**
33:3
50:22
63:6
66:20
**finalist**
80:13
**finally**
55:10
**find**
37:25
87:3, 4
91:21
**fine**
9:18
19:10
23:19
**finger**
51:5
**finish**
38:5
74:17

**finished**
9:15,
17
38:5
71:16
73:1
92:19
98:5, 6
**first**
9:3
13:6,
16, 19
17:17
18:5
21:19
26:3, 4
48:18
52:25
53:6
59:23,
24
67:13
107:5
**Fishkill**
21:4
**fist**
78:23
**five**
15:19
44:16
45:15
52:7, 8
61:18
76:21
**flat**
82:15
**fleeing**
56:1
78:2
**focused**
32:20
62:13

**follow**
58:5

**following**
33:8
34:13
41:2
55:9
**follows**
8:15
**font**
65:13
**force**
12:23
23:16
24:6
25:3
33:22,
24
34:2
36:20,
24
37:6
49:25
53:14
57:14
62:24
80:1
88:6
91:19
100:16,
19
101:14
**forced**
79:23

**foregoing**
106:6
107:8
108:17
**form**
5:11
38:9

41:21
79:9
84:21
101:16

**formatted**
106:10
**forth**
106:7
**Fortunate
ly**
36:16
**Forty**
28:4
**forty-
five**
86:3
**forward**
79:24
**found**
37:7
40:15,
21   95:6
**fountain'
s   34:23
**four**
18:18
36:2
70:21
86:21
90:17
**foyer**
58:3
59:7

**fractured**
91:11,
15
**frame**
64:12
77:22

**Freestyle**
80:14
**friend**
15:24
**friends**
12:4
**frisk**
67:10,
13, 14,
23
68:11,
12
69:5,
10, 16
70:4, 7,
10
**frisked**
67:15,
17
69:18
**frist**
70:5
**FROM/TO**
108:5
**front**
26:12
57:24
61:23
65:14,
15
68:4
90:8,
19, 21,
23, 24
91:5, 8
**full**
10:18
85:14,
15
106:11
**fully**
19:9

**FURTHER**
5:*6, 10,*
*13, 16*
7:*24*
101:*13*
106:*13*
107:*8*

**< G >**
**G1**
27:*10*
**G2**
27:*10*
**Games**
80:*17*
**Geez**
13:*8*
17:*18*
36:*2*
**GENERAL**
2:*7*
65:*10*

**generally**
31:*9*
33:*3*

**generated**
91:*18*
99:*15*
**gestures**
9:*11*
**getting**
11:*7*
14:*5*
40:*6*
57:*3*
77:*9*
**give**
13:*9*
18:*9*
20:*22*
25:7

50:*11*
62:*20*
91:*24*
101:*6*
**given**
28:*6, 8,*
*9*
37:*12*
44:*13*
45:*23*
50:*10*
51:*2,*
*12*
52:*23*
84:*17*
85:*3*
107:*9*
**gives**
19:*15*
**go**   9:*4*
11:*2, 3*
13:*21*
19:*20*
20:*14*
22:*6,*
*13*
24:*17*
27:*8*
29:*16,*
*18*
31:*13*
34:*8,*
*10, 23*
35:*17*
36:*2*
37:*1,*
*15*
38:*6*
40:*18*
50:*21,*
*22*
55:*10,*
*17*

57:*11*
63:*23*
65:*15*
67:*20*
68:*22*
69:*13,*
*16*
71:*9,*
*24*
72:*1*
77:*7,*
*20*
80:*3*
92:*2*
96:*22*
100:*18,*
*19, 20*
101:*8,*
*16*
103:*25*
104:*17*
**God**
75:*8*
76:*3*
**goes**
31:*3*
51:*9*
62:*6*
65:*16*
68:*23*
75:*22*
**going**
8:*25*
13:*9*
14:*6*
17:*1, 3*
18:*18*
23:*6*
26:*21*
29:*19*
33:*19*
34:*10*
35:*12,*

*13*
37:*14*
38:*1*
39:*10,*
*12, 14*
45:*11*
46:*8*
47:*14*
48:*8*
52:*3,*
*21*
53:*3, 4,*
*15, 24*
54:*24*
55:*9*
56:*3,*
*23*
57:*4, 7*
60:*1,*
*17*
71:*2,*
*15*
72:*2, 9*
75:*12,*
*16*
77:*21*
78:*1, 4,*
*5*   79:*9*
80:*2, 4*
82:*19*
83:*13*
84:*9,*
*10, 11*
85:*7,*
*14, 15,*
*23*
86:*24*
91:*24*
99:*20*
101:*3,*
*7*
103:*23*
104:*8*

**goings-
on**
104:*2*
**Good**
7:*1*
8:*20,*
*22, 23*
11:*19*
36:*19*
72:*8,*
*11*
84:*14,*
*25*
87:*25*
**GORDON**
1:*9*
14:*25*
**Gouverneu
r**   9:*2*
21:*5, 8,*
*10, 14,*
*19*
22:*8*
24:*15,*
*16, 19*
25:*16*
26:*8*
40:*20*
76:*13,*
*21*

**governing**
7:*18*
**grabbed**
79:*23*
89:*21*

**graduated**
20:*17*
**graduatio
n**   20:*24*

**grapevine**

101:*18*,
*24*
**gravity**
80:*1*
**Greco-**
**Roman**
80:*16*
**Grego-**
**Roman**
80:*14*
**grievance**
13:*25*
14:*3*
**GRIFFITH**
1:*9*
14:*25*
46:*24*
**ground**
56:*10*
57:*16*
78:*8*,
*14*, *16*,
*20*, *21*
79:*19*,
*24*
80:*2*
82:*8*,
*15*
87:*15*
88:*2*
89:*6*, *7*,
*21*, *22*
**group**
6:*17*
**guess**
18:*18*
21:*5*
23:*10*
29:*15*
30:*24*
35:*3*
42:*8*

53:*9*
54:*15*
56:*13*
67:*13*
71:*12*
83:*3*
85:*9*,
*24*
87:*8*
89:*4*
101:*23*
**guessing**
13:*15*
26:*1*
61:*18*
86:*9*
**guiding**
60:*12*
**gurney**
77:*11*
**guy**
36:*16*
49:*12*
51:*5*, *6*,
*8*  56:*4*,
*12*, *17*
86:*15*
**guys**
17:*5*
22:*16*
32:*15*
35:*25*
36:*1*, *2*
39:*16*
46:*2*
47:*24*
72:*8*
101:*6*
105:*2*
**guy's**
67:*15*
**gym**

51:*6*, *9*

**< H >**
**half**
12:*14*
**hall**
45:*16*
72:*4*
**halls**
104:*5*
**hallway**
55:*6*
65:*14*
**hand**
81:*3*

**handcuffs**
54:*8*
56:*13*
**handle**
31:*23*
**handles**
11:*3*
**hands**
59:*25*
78:*22*
84:*7*, *8*,
*10*
88:*21*
89:*11*
90:*7*, *8*,
*10*  91:*6*
**happed**
74:*22*
**happen**
38:*14*,
*15*, *17*,
*18*
39:*13*,
*20*
57:*8*
82:*17*
86:*15*

**happened**
36:*8*
39:*13*,
*14*, *23*
44:*13*
51:*5*, *8*
54:*24*
55:*24*
56:*9*
57:*7*,
*13*
62:*18*
74:*21*
76:*10*
77:*23*
89:*4*
97:*6*, *7*,
*17*
103:*16*

**happening**
18:*10*
30:*5*
77:*22*
**happens**
26:*23*
35:*15*
38:*2*
39:*18*
52:*25*
70:*16*
74:*19*,
*20*
81:*15*
84:*2*
103:*17*
**harassmen**
**t**  11:*9*
**hard**
71:*7*
**Hardy**
14:*17*,
*18*, *21*

16:*8*
46:*25*
54:*15*
**H-A-R-D-**
**Y**  14:*23*
**harmony**
26:*25*
**HART**
1:*8*
14:*20*
16:*7*,
*11*
46:*24*
47:*1*
53:*9*
54:*17*,
*20*
56:*15*
58:*2*
70:*15*
100:*1*
**Harty**
14:*20*
**head**
9:*9*
48:*3*,
*20*
58:*15*
59:*3*
61:*8*
76:*18*
82:*4*, *5*
86:*24*
**hear**
10:*8*
45:*18*
101:*23*
104:*21*
**heard**
19:*11*
48:*14*
52:*22*
55:*25*

77:*25*
86:*20*
101:*18,*
*24*
**hearing**
 25:*10*
 39:*8*
 47:*10*
**hearsay**
 79:*12*
**he'd**
 30:*19,*
*20*
**height**
 86:*6*
**held**
 67:7
 92:3
 96:*23*
**He'll**
 30:*18*
**help**
 31:*21*
 32:2
 46:*9*
 49:7
 57:*9*
 71:4
 104:*8, 9*
**helped**
 59:*10*
 61:*17*
 62:*20*
**helping**
 60:*12*
**Hey**
 17:1

**hierarchy**
 32:*5, 17*
**high**
 32:*16*

56:4
69:*25*
**higher**
 22:*11*
**highest**
 29:2
**highlight**
**s**   20:*23*
**highly**
 56:4
**Hills**
 21:4
**hip**
 80:*6,*
*25*
 81:*2,*
*21, 25*
 82:*3, 5,*
*6*
 83:*13*
 84:4
 87:*17*
 90:6
**history**
 23:*9*
 36:*12,*
*14*   37:1
**hit**
 80:3
 82:*11,*
*15*
 102:*22*
**hits**
 80:3
**hitting**
 90:*10*
**hold**
 32:*15*
 62:1
 79:*25*
 89:5
 99:*23,*
*24*

**holding**
 54:*12*
**holds**
 78:*13,*
*16*
 79:*18*
 80:*21*
 89:*20*
**honest**
 43:*23*
 47:*13*
 49:2
 64:4
**honestly**
 19:*9*
 86:*19*
**hook**
 82:2
 104:*6*
**hospital**
 66:*18*
 67:*19*
 71:*24*
 76:*4,*
*13, 19,*
*20*
 78:*18*
 86:*19*
 94:*13*
**hours**
 18:*24*
 19:2
**housing**
 19:*25*
 20:1
 25:*21,*
*24*
 26:*3, 5,*
*13, 15,*
*17*
 27:*2, 4,*
*5, 9, 13,*
*23, 24*

28:*9*
29:*4, 6*
45:*11*
103:*1,*
*20*
**hug**
 79:*21*
**hundred**
 85:*13*
 86:3
**hundreds**
 84:*15*
 85:*4, 9,*
*10*
**hurt**
 36:*24*
**hurting**
 29:*9*

< I >
**ID'd**
 4:*2*
**idea**
 24:*11*
 54:*23*
 74:*16*
 77:*2*
 87:*21*
 89:*19*
 90:*14*
 105:*2, 3*
**identific**
**ation**
 6:*11*
 92:5
 97:*23*
**identifie**
**d**   6:*10,*
*17, 22*
**identify**
 100:3

**illustrat**
**ing**
 100:*20*
**images**
 98:2
**imagine**
 30:4
 85:*15*

**immediate**
 97:*8*
**immediate**
**ly**
 45:*19*
 48:*19*
 64:*14*

**important**
 99:*9*
**incident**
 9:*1*
 36:*23*
 37:4
 46:*11*
 47:*9*
 50:*2, 4*
 51:*23*
 53:7
 54:*18*
 62:*24*
 69:4
 91:*16,*
*19*
 95:*10*
 97:*6,*
*15*
 99:*12,*
*16*

**incidents**
 44:*1*
**include**
 7:*20*

including
  10:19
  18:2
inconsistent
  38:8,
25
  89:24
  90:1
incredible   40:16
Index
  7:11
indicating   82:3
  90:8
individual   32:17
individuals
  15:14
  16:16
  50:7

infirmary
  51:7,
25
  53:16
  57:5
  61:14
  62:4
  63:24
  64:7,
17, 19,
23
  65:1, 2,
9, 10,
20
  66:3, 5,
19, 23
  67:9,
24

68:5, 8
70:14,
16
71:19
72:2
73:19,
23
77:3
78:10

infirmary's   62:8
information
  44:13

initially
71:18
injured
  59:14
injuries
  37:7
  38:13
  60:5
  72:20
  73:13
  75:3
  87:9
  90:13
  98:10,
12, 17,
24
  100:3
injury
  38:7
  89:25
  100:6
inmate
  12:12
  34:3
  37:8,
20, 23
  44:4

50:3
53:10,
12, 16
56:6,
21
57:4
58:16,
20
59:25
60:2
69:5,
10
71:18
77:9
78:5, 7,
8   87:5
88:20
92:25
98:10
99:18
100:22
inmates
  21:21
  26:20
  27:11,
12
  29:25
  30:2,
11
  31:12
  35:13
  38:22
  45:10,
12
  48:16
  55:15,
16, 19
  56:1, 2,
23
  58:23
  65:20
  78:2, 3

86:23
87:1
in-
person
  7:23
inquiry
  35:10,
22
inside
  70:11
inspect
  71:17

Instagram
  11:20
instance
  51:5
  99:1
instruct
  6:15
instructing
  68:22
instructions
  62:21
intent
  41:14,
15
interact
  102:16,
18
  103:21
interaction
  16:13
interactions
  47:17,
22
interested
  106:15

internet
  18:11

intervene
  41:6, 19
intervened   41:9

interview
  35:13
  70:18
interviewed
  77:20
intoxicant
  100:14
intoxicated
  56:5
  59:5
intoxication
  92:25
  93:2
investigate
  35:9
  38:16
investigated
  38:3
investigating
  34:18
investigation
  37:8
  40:13
  95:5
  99:12
involved
  37:4

44:23
49:14
54:18
73:8
91:22
95:9
101:20

**involving**
9:1
53:7

**IRWIN**
2:12

**isolation**
65:19
68:14,
15, 22,
24

**issue**
35:19
52:18

**its**
35:5, 8

**< J >**
**JACKSON**
1:9
15:7
101:8
102:6,
8
103:14

**jail**
13:20,
23
26:22
67:21

**JEANETTE**
2:12

**jive**
39:6

**JOB**
1:16
16:4
19:15,
23
26:20
30:21
31:7
41:1,
19
45:25
95:22

**jobs**
45:7, 9

**Joe**
10:23

**Joey**
11:5

**J-O-H-O-**
**E-E**
11:6

**JOSEPH**
1:8, 14
2:10
3:2
7:10
10:20
107:16
108:2,
21

**jot**
76:25

**judgment**
39:21

**July**
1:15
7:3
108:3

**< K >**
**K2**
70:2, 3

71:5
94:9

**keep**
26:23
29:9,
10, 23
30:4
49:9
50:9
84:18,
25
98:17

**keeping**
32:20

**kept**
15:21
59:3

**keys**
43:10,
15, 17

**kind**
9:9
23:3
32:13
33:12
60:11
73:10
75:1
80:15
87:16
101:19

**kinds**
26:22
38:2
48:1
53:4
65:17
78:1
87:14

**knew**
72:4
78:4
87:24

95:16
102:24

**Knights**
1:16
7:5
106:5,
21

**know**
10:1, 7
13:8,
11
14:16
15:4,
13
16:2, 4,
11, 13
17:5
24:12
25:7, 8,
25
26:22
28:4,
10
29:20,
23
30:7
31:1, 4,
14, 20,
22, 24
32:1, 6,
13, 14,
25
34:12,
13
35:1,
12, 25
36:6,
20
38:1
39:9,
21
40:11
41:11,

16, 24
42:5
43:22,
23, 24
44:24
45:16
46:3
47:10,
11, 12,
15
48:1
49:1,
15
51:9,
15, 24
52:2, 3,
4, 13
54:16,
17, 24
55:4
56:11
57:3, 9
59:11
61:16,
17
62:19
63:5,
14, 16,
22
64:3, 5
66:13
69:15
70:9
71:3, 4,
23
73:12,
13, 25
74:13,
14, 15
75:12
79:12,
24
80:2

85:7,
14, 20,
24, 25
86:1, 7,
15, 18
87:3,
19
88:7, 8,
11, 24
89:7, 9,
15, 19
90:2
91:4
92:20
94:9
96:8
101:19,
21
102:3,
22, 24
103:1,
2, 8
104:4
105:3
**knowing**
51:3

**knowledge**
35:6
**known**
10:21
95:17
**knows**
39:18
48:1
88:12
**KREG**
1:9
15:7
101:8
102:6,
8

103:14

< L >
**land**
83:4, 5,
13, 17,
18
84:6, 7,
8   89:11
**landed**
78:22,
23
88:2,
24
89:18
**landing**
89:13,
14
**lands**
90:7
**Late**
21:22
97:14
**Laundry**
31:15,
24
**Law**   2:2
**laws**
7:17
**lawsuit**
13:7,
17
14:1, 2,
7, 15
16:17,
20
46:23
**lay**
63:20
**laziness**
36:18
**leading**
82:21

**leaking**
34:24
**leave**
30:21,
23
45:15
63:17,
21
64:12
67:22
**leaves**
46:2
**left**
20:5
24:17
43:24
61:12
62:19
65:18
87:20
90:17
91:10,
15
**legacy**
103:7
**Legal**
1:16
7:6
**legit**
36:4
**legs**
80:20

**lethargic**
59:5
75:1
94:10
**letter**
12:21
37:5
**level**
32:4
80:11

**leveraged**
89:7, 22
**lid**
29:23
**lieutenan**
**t**   29:1
39:8
97:9,
12, 17
**liked**
22:14
**limit**
23:14,
18
26:21
**limiting**
24:4, 23
**line**
82:21
108:5
**lined**
19:15
**listen**
12:10
**Litigatio**
**n**   2:7
**little**
16:13
20:4,
12
26:24
31:25
50:12
58:13,
14
59:12,
21
60:9
80:22
**LLP**   2:6
**lobby**
17:7

**located**
67:12,
23
**LOCATION**
1:16
46:11
51:23
52:10,
19
53:1, 7
**lock**
79:25
81:25
82:5
89:9
**locked**
90:7
**log**
50:21
66:15
**logbook**
33:18
66:20,
23   67:1
**logged**
50:7
**long**
10:1
13:11,
14
15:19,
20
16:4
18:5, 6,
9, 13
20:2
21:9
25:23
42:20
51:21
61:15
74:12,
15, 16

longer
  74:14
look
  12:11
  13:1
  16:12
  33:8
  36:12
  37:11
  58:12
  73:12
  92:15,
  18, 19
  97:1
  98:4
  101:5
looked
  12:24
  13:4
  14:11
  58:15
  59:24,
  25
  63:4
  78:6
  99:19
looking
  14:8
  19:14
  34:14,
  16
  40:14
  56:2
  75:3
  76:23
  78:4
  90:5
  92:14
  93:19
  97:4
looks
  69:15

93:11
97:5
lose
  88:10
losing
  75:25
lot
  12:2
  23:23
  24:11
  25:12
  32:14
  38:1
  39:19
  46:1
  47:24,
  25
  75:22
  78:1
  96:8
  104:6, 7
lunch
  103:22
lunged
  56:6
  78:8
lying
  24:7
  25:4

< M >
maintenan
ce
  33:16
Maitland
  10:20
majority
  21:11,
  13
making
  26:18
  32:20
  34:14,

17
  55:10
  61:20,
  22
  68:23

malicious
  41:14,
  15
man
  15:20
manage
  29:16
manned
  27:24
MARCUS
  1:8
  16:7
mark
  38:14
  39:13
  59:22
  60:23
Marked
  4:2
  92:4, 8
  97:22
  98:1
marks
  37:22
  53:12
  58:16,
  17
  59:15,
  19, 20
  87:4
MARRA
  1:8
  7:11
  14:16,
  18
  15:15
  30:16,

19, 25
  44:5, 6
  47:3, 9
  53:9
  54:23
  55:21
  56:15,
  20
  57:12,
  20
  58:6,
  10
  61:11
  62:19,
  20
  63:17,
  23
  64:16,
  20, 25
  65:4, 7
  77:4,
  21, 24
  78:11
  79:2
  85:20
  86:14
  87:24
  88:1
  89:17
Marra's
  99:22
  100:25
masks
  43:20,
  24
mat
  84:2
match
  37:11
material
  99:11
math
  21:18

matter
  7:10,
  18
  8:25
  14:9
MATTHEW
  1:8

McCALLION
  1:3
  7:11
  8:25
  9:2
  44:5
  47:9,
  11, 17,
  21
  48:11,
  15
  54:7,
  21
  55:1
  57:14
  58:1
  59:2
  62:20
  64:23
  65:6
  69:17
  72:16
  79:2
  86:5,
  10
  87:19,
  22
  88:2,
  24
  98:10
  101:13

McCallion'
s
  13:24

59:9
70:14
78:12
89:18
**McIntosh**
74:2, 8, 10
**meals**
31:15
**mean**
16:8
20:22, 25
23:14
27:17
28:10
30:4
31:5, 11, 19
32:25
37:15
39:1, 18, 19
49:22
61:4
66:17
69:25
74:20, 21
84:3
87:23
88:9, 12
90:21
94:2, 5, 23
**meaning**
21:2
24:4
25:2
33:1
40:16
46:18,

22
53:24
**means**
6:18
7:19, 22, 23
**meant**
18:24
**mechanics**
89:10
**media**
10:24
11:4, 10, 18, 22, 25
12:4
**medical**
12:21
36:21, 22, 25
37:1, 3, 11
53:16
63:5
65:18
68:16, 21
69:1, 20
71:12, 19, 23
72:22
73:5, 22
91:1, 12, 20
95:25
100:16
**medicatio n**   19:2
66:21

**medicatio ns**
19:5, 8
**medicine**
19:6
**meet**
17:11
**meetings**
104:1, 3
**member**
55:12
**members**
55:13, 14
**Memo**
4:7
96:18
97:1
**memorandu ms**
34:13
**memos**
12:18, 20
**men**
28:17
95:12, 20

**mentioned**
25:2, 14
32:18
47:8
48:4, 21
65:23
69:21
78:7
88:17
**mess**
45:16
104:4

**message**
44:19
**messed**
59:12
**MICHAEL**
1:3
8:25
47:9
**middle**
10:19

**midnights**
102:10
103:17
**Mike**
44:5
**Miller**
2:6
**million**
53:3
**milliseco nd**
81:19
**mind**
72:8
**mine**
93:17
**mining**
20:8
**minute**
72:9
101:6, 9
**minutes**
5:7
18:9, 18
51:24
52:5, 6
61:16, 17
75:11
76:21, 22

**misbehavi ng**
100:22
**Misbehavi or**   4:6
12:25
34:3, 20
36:1, 3, 21
91:20
92:9, 23
93:9
96:2
99:19, 21, 22, 25
100:17
**missed**
8:16
23:12
62:25
**mm-hmm**
9:9
79:3
**moaning**
61:6
**moment**
91:25
96:14
104:10
**momentum**
89:12
90:6
**money**
22:15, 16
63:20
87:1
**months**
14:12
19:16

26:*9*
48:*9*
**Morning**
7:*1*
8:*20,*
*22, 23*
**move**
59:*6*
81:*14*
83:*3*
84:*14,*
*17, 19,*
*25*
85:*3,*
*10*
96:*13*
**movement**
63:*12*
**movements**
59:*9*
**moves**
82:*14*
83:*23*
**moving**
27:*20*
**multiple**
81:*24*
82:*5*

**multitude**
44:*25*

< N >
N.W    2:*3*
**name**
7:*4*
8:*24*
10:*18,*
*22*
11:*5*
16:*10*
43:*7,*

*16*
45:*5*
48:*12*
93:*15,*
*21*
**named**
15:*14*
16:*16*
44:*4*
**names**
10:*19*
11:*10*
15:*11*
**Narcan**
75:*9*
76:*5*
100:*10*
**Narcaned**
94:*12*
**Narcotics**
14:*5*
**nasal**
75:*9*
**nature**
57:*13*
78:*15*
**Neat**
15:*21*
**necessarily**
81:*15*
82:*17*

**necessary**
6:*9*
95:*5*
**neck**
53:*13*
58:*17*
59:*21*
60:*6*
99:*2*

**need**
9:*25*
**needed**
33:*14*
61:*17*
63:*21*
95:*5*
**negative**
47:*17,*
*22*
**neither**
106:*13*
**never**
13:*10*
16:*25*
25:*9*
40:*21*
45:*11*
48:*14*
90:*11*
**NEW**
1:*1*
2:*8*
7:*7, 14*
15:*18*
30:*5*
31:*20*
32:*1*
41:*11*
43:*11*
48:*10*
**newer**
32:*3*
**Nice**
15:*20*
**NICHOLAS**
2:*9*
**nicholas.**
**dorando@a**
**g.ny.gov**
2:*9*
**Nick**
72:*7*

**night**
15:*5*
49:*7*
97:*14*
**ninth**
91:*10,*
*15*
**No.9:22-**
**CV-253**
7:*12*
**nobody's**
29:*9*
**nods**
9:*9*
**noise**
55:*25*
**nonverbal**
**ly**    9:*11*
**Nope**
15:*8*
96:*12*
**NORTHERN**
1:*1*
7:*13*
**Notary**
107:*21*
108:*25*
**note**
92:*9*
**noted**
8:*12*
98:*23*
99:*16*
108:*18*
**notes**
50:*12,*
*14, 16,*
*17, 20*
76:*25*
101:*5*
**noticed**
58:*17*

**notified**
13:*8*
**November**
101:*15*
**number**
38:*15*
**numbers**
27:*20*
46:*8*
92:*12*
**nurse**
71:*25*
74:*23*
75:*19*
94:*9*
**NYS**    2:*7*

< O >
**oath**
6:*8*
8:*1, 2*
**object**
23:*6*
37:*14*
79:*9*
82:*19*
84:*21*

**Objection**
17:*19*
18:*7*
32:*8*
35:*18*
38:*9*
41:*21*
69:*13*
100:*23*
101:*16*
**objection**
**s**    5:*11*
**observati**
**ons**

57:*19*
59:*1, 8*
**observe**
54:*25*
58:7,
*10    77:4*
**observed**
60:*6*
69:*14*
94:*2*
**obvious**
37:*20*

**obviously**
33:*25*
37:*16*
38:*12*
71:*10*
**OC**
20:*2*
43:*10*
**occasion**
69:*5, 9*
**occurred**
9:*2*
13:*10*
44:*12*
**occurrenc
e    50:6**
51:*2*
**October**
9:*3*
25:*15,
19*
27:*1*
41:*23*
42:*17*
43:*19,
22    44:3*
**OFFICE**
2:*7*
44:*10*
48:*24*

63:*25*
65:*17*
67:*25*
68:*3, 8,
9*
71:*24*
77:*6, 8,
17, 20*
**officer**
7:*5, 25*
15:*2,
15, 17*
16:*1,
14*
17:*4*
20:*7,
10, 13*
21:*14,
25*
24:*1,
20*
26:*10*
29:*19*
30:*13,
17, 18*
32:*1,
11*
37:*21,
25*
38:*8*
39:*25*
40:*21*
41:*5, 8,
18*
42:*1*
44:*5*
45:*11*
46:*10,
12*
47:*9*
48:*16*
51:*13*
53:*9,*

*11, 14*
55:*21*
57:*20*
60:*1*
62:*20*
63:*2,
12, 14,
17*
64:*16,
20, 25*
65:*3, 6,
7    66:2,
4, 17,
18*
70:*15*
76:*15*
77:*4*
78:*11*
85:*20*
87:*3,
19, 22*
88:*1,
20*
89:*17*
93:*1*
100:*21*
102:*9,
20*
103:*14*
**Officers**
26:*20*
27:*23*
28:*3, 4,
7    29:3,
25*
30:*10,
15*
31:*9,
11, 16,
21*
32:*4, 5,
6, 13*
33:*2*

38:*20*
41:*2,
17*
42:*6*
43:*13*
45:*8,
13, 14,
15*
46:*19*
47:*21*
49:*21*
50:*10*
53:*10*
54:*10*
55:*1, 3,
5, 9*
56:*14*
58:*21*
69:*5, 9*
70:*15*
76:*16,
18*
101:*14*
102:*11,
15, 20*
105:*5*

**officer's**
36:*12*
40:*16*
65:*12,
13    68:6*
**officers'
s    68:4**
**Oh**
11:*2*
21:*4*
25:*11*
30:*1*
34:7
35:*11*
36:*10*
62:*12*

68:*6*
74:*24*
75:8
76:*2*
81:*1*
98:*10*
**Okay**
8:*16*
9:*5*
10:*2,
24*
11:*14*
12:*22*
13:*16,
23*
14:*24*
15:*10*
16:*7,
15*
17:*8,
24*
18:*2*
19:*8,
11*
21:*4*
22:*19*
26:*14,
15, 21*
27:*1*
28:*12,
16*
29:*24*
31:*9*
34:*16*
36:*8*
38:*13*
40:*11*
41:*13*
43:*1, 8*
44:*1*
45:*18*
47:*3*
48:*18*

49:11
50:14,
20
51:1,
21
52:17
53:6
54:4, 7,
10
55:15
56:8,
19
57:8,
19
58:6,
19
61:10,
22
63:5
65:3,
23
66:4,
23
68:12
69:3,
17
70:13
71:22
72:15,
22
73:17
74:24
75:5,
17
76:7
77:3,
14, 24
80:5,
18
81:8,
13, 20
83:1,
23

85:3
87:6,
13, 19
88:14,
24
89:3
90:3
91:23
92:15,
21, 22
93:10,
11, 14
95:12
96:13,
15, 25
97:8,
20
98:7,
13, 19
99:4,
14, 18,
21
102:3,
12, 23
104:10
105:8
**older**
31:21
32:4
**once**
10:12
38:20
50:23
52:2
70:16
**ones**
32:7
48:5
**online**
11:11
**opened**
21:20

**opponents**
84:12
**opportuni
ty**
81:17
**order**
35:8
50:11
84:13,
15
**orders**
52:18,
23
**ordinary**
32:1
**outcome**
106:15
**outside**
6:16
62:6
67:19,
21
**over-the-
counter**
18:23
**owe**
87:1

**< P >**
**p.m**
1:16
105:10
**packet**
72:19,
21
**Page**
4:2
9:5
34:15,
17
93:12,

19, 20
108:5
**Pages**
3:2
**pain**
60:18
**pale**
75:4
100:8
**pants**
43:6
60:4
67:17
69:14
**paper**
33:15
50:18
**papers**
50:24

**paperwork**
15:6,
12
32:24
33:2,
12
37:10
40:12
50:22
62:23
63:6
77:1, 13

**paperwork'
s**  50:23
**par**
32:13
**Pardon**
50:15
98:8
**Park**
7:6

**part**
6:14
8:16
36:19
65:18,
20
66:3
72:19,
20
93:20
**participa
ting**
6:17
**particula
r**
25:18,
20
27:3
42:21
43:2
45:6
46:19,
22
49:18
66:10
67:2
73:25
**parties**
5:4, 17
6:3, 9
7:19,
24    8:4
106:14

**partnered**
31:10
**party**
6:12
**pass**
62:11
**passing**
64:17

**pay**
 104:*18*,
*24*
**paying**
 40:*2*
**peace**
 26:*24*
 29:*10*
 32:*20*
**peers**
 36:*15*
**pen**
 50:*19*

**penalties**
 108:*17*
**pending**
 10:*2*
 14:*1, 2*
**people**
 9:*23*
 24:*12*
 27:*20*
 28:*2,*
*13, 14*
 31:*10*
 35:*13*
 36:*7*
 67:*19*
 68:*22*
 73:*22*
 83:*20*
 85:*18*
**people's**
 36:*14*
**pepper**
 43:*11*
**percent**
 74:*5*
**period**
 24:*25*
**perjury**
 24:*7*

25:*4*
108:*17*

**permanent**
 45:*24,*
*25*
**person**
 6:*19*
 7:*25*
 30:*20*
 32:*11*
 35:*19*
 36:*5*
 72:*22*
 82:*15*
 83:*4, 5*
 89:*13*

**personnel**
 28:*10*
 73:*5*
 96:*1*
**pertainin
g**   23:*4*
 24:*3*
**phone**
 6:*21*
 17:*13*
 65:*13*
**phones**
 31:*20*
**Photograp
hs**   4:*4*
 6:*13*
 12:*12,*
*21*
**Photos**
 98:*1*
**pick**
 49:*11,*
*17, 23*
**picked**
 78:*20*

**picking**
 72:*2*
**picture**
 6:*10*
 70:*6*
**pictures**
 37:*24*
 57:*5, 6*
 59:*18*
 70:*18,*
*25*
 71:*11*
 72:*16,*
*18, 21,*
*23*
 73:*5,*
*10*
 74:*18,*
*24*
 75:*17*
 91:*20*
 98:*7, 9,*
*19, 23*
 99:*8*
**Piece**
 50:*18*
**pin**
 44:*7*
 78:*9*
**place**
 39:*16*
 48:*3*
 106:*7*
 107:*10*
**placed**
 37:*21*
 75:*18*
**places**
 31:*4, 6*
**placing**
 67:*16*

**Plaintiff**

1:*4*
2:*5*
98:*2*
**planned**
 83:*4*
**Platform**
 1:*16*
**play**
 61:*19*
**please**
 9:*10,*
*14*
 10:*6*
 23:*24*
 92:*20*
 98:*4*
**pleases**
 90:*3*
**plenty**
 39:*15*
**PLLC**
 2:*2*
**plus**
 72:*20*
**pocket**
 50:*19*
**pockets**
 61:*21*
**point**
 16:*3,*
*15*
 22:*2*
 33:*9*
 34:*19*
 52:*23*
 54:*7*
 58:*19*
 60:*16,*
*19*
 64:*25*
 65:*6*
 72:*25*
 75:*13*

76:*7*
77:*19*
83:*7*
88:*23*
91:*23*
97:*13*
98:*13*
**points**
 82:*9,*
*12, 16*
 83:*6*
 104:*5*
**police**
 42:*6*
**policy**
 34:*13*
**pop**
 31:*25*
**position**
 22:*14*

**positions**
 54:*11*
**possible**
 38:*14*
 47:*14,*
*23*
 64:*14*
 78:*25*
 87:*18*
 89:*11,*
*15*
**possibly**
 12:*5*
 13:*2*
 47:*12,*
*13*
**post**
 12:*1*
 51:*25*
 63:*17*
 64:*12*

posted
  66:4
posts
  29:5
pounds
  86:3, 9
  89:13
  90:5, 6
practice
  84:18
  85:1
prescript
ion
  18:22
  19:2
presence
  5:5
PRESENT
  2:10
  18:20
  72:23
pressure
  75:7
  76:2
  94:11
  100:9
pretty
  13:2, 4
  36:19
previousl
y
  69:21
  92:10
  98:1
  99:19
print
  93:21
prior
  47:11,
  20
prison
  16:5
  17:3

26:23
38:2
63:11
probably
  13:2,
  11, 14
  14:17
  16:3,
  22
  18:17
  19:16
  21:16
  29:15
  44:16
  47:1
  54:17
  55:2
  60:3
  63:19,
  20
  71:1
  74:5,
  13
  86:9
  97:13,
  14
problem
  36:15
  40:7
  44:17
  47:25
  48:4, 5
problems
  12:13
  29:20
  41:16
procedura
l    7:17

Procedure
  5:15,
  18, 20

6:6
  41:3, 15
procedure
s    25:1
proceed
  53:18

proceeded
  77:14
proceedin
g    7:8
  23:3, 4
  24:3
  25:10
proceedin
gs
  6:14
  106:6, 9
process
  37:19
  39:3
  74:17

processed
  39:7, 8
professio
nal
  15:21
  36:7
professio
nally
  15:22
professio
nals
  71:13,
  19, 23
program
  33:9
  34:1
  103:15,
  19
programs
  31:13

progress
  73:9

promotion
  22:21
proper
  9:16
  41:2
properly
  10:8
  33:17
provide
  104:19,
  24
provided
  5:14, 17
Public
  107:21
  108:25
pull
  99:20
pulled
  44:7
  78:9
purpose
  92:24
  97:16
purposes
  5:14
Pursuant
  6:5
  7:16
put
  37:9
  50:13
  55:17
  56:16
  76:1,
  12    89:7
putting
  70:11

< Q >

quality
  81:9
quarry
  20:8
question
  9:18
  10:2, 6,
  8, 9, 12,
  15
  23:10
  24:4
  31:22
  34:9
  36:9
  39:11
  44:2
  71:12
  79:10
  82:21
  87:22
  88:1
  89:3
  99:24
questione
d
  53:14
  56:22
  71:11
  74:25
questioni
ng
  23:15
  57:7
  61:5
  70:1
  99:23

questions
  9:1, 8,
  10, 15
  38:19
  57:17

71:*2*
74:*18*
**quick**
53:*14*
**quiet**
26:*19*
**quite**
16:*2*
42:*3*

< R >
**radio**
43:*10*,
17
44:*14*
**ranking**
29:*2*
**reached**
16:*25*
**reaching**
69:*14*
**read**
5:*7*
6:*22*
13:*21*
15:*12*
17:*3*
36:*4*
39:*23*
108:*17*
**reading**
8:*9*
34:*19*
**ready**
71:*14*
77:*9*
**real**
53:*14*
**realize**
59:*13*,
16
90:*13*

**really**
10:*23*
11:*19*
16:*21*
17:*21*
22:*13*
32:*10*,
17
47:*18*,
19
64:*18*
82:*22*
**realm**
33:*20*
**REASON**
108:*5*

**reasoning**
83:*11*
**reasons**
39:*19*
**rec**
45:*13*,
14, 15
51:*6*
54:*3*
55:*8*,
10
57:*22*
**recall**
47:*19*,
23
48:*17*
66:*10*
**receipt**
5:*8*
**received**
48:*18*
52:*17*
**recess**
72:*13*
101:*10*

**recollect
ion**
12:*11*

**recommend**
69:*1*
**record**
6:*3*, *9*,
13, 24
7:*2*, *8*,
20
10:*19*
66:*14*
67:*6*, 7
92:*2*, *3*,
9
93:*18*
96:*22*,
23
104:*17*

**recording**
7:*20*
**records**
12:*21*
36:*21*,
22, 25
37:*1*, *3*,
12
91:*12*
**red**
44:*6*,
12, 15,
16, 21
45:*2*,
12, 18,
20, 22
46:*3*,
16
47:*10*
48:*18*
51:*22*
52:*13*,

20
55:*11*
56:*13*
60:*22*,
23
78:*9*
99:*1*

**reddening**
99:*2*
**redness**
60:*9*

**redundant**
13:*4*
**refer**
91:*24*
**Referee**
5:*5*
**reference
d** 93:*3*,
6
**reference
s** 100:*3*
**referenci
ng**
93:*22*
**referred**
6:*22*
67:*10*

**referring**
25:*19*
43:*19*
44:*2*
46:*24*
83:*20*
**reflect**
9:*23*
67:*1*
**refresh**
12:*11*

**regard**
59:*1*

**regarding**
17:*11*
**regards**
32:*16*
**regular**
41:*24*
42:*1*, *9*,
10, 24
46:*3*
102:*11*,
19, 20
104:*1*

**regularly**
30:*14*
**related**
25:*1*
106:*14*
**relation**
54:*11*
**relations
hip**
15:*13*
**relativel
y** 15:*18*
**relayed**
44:*19*
**release**
28:*1*
**relevant**
23:*8*
101:*2*
**relief**
30:*18*
62:*22*
63:*8*
64:*12*,
13
**relieve**
63:*2*

remainder
 55:*14*
remember
 14:*8*
 17:*4*
 47:*16*,
*20*
 48:*6*
 53:*11*
 54:*13*,
*16*
 55:*3*
 60:*3*
 64:*2*, *4*,
*16*
 66:*12*
 75:*5*,
*21*
 80:*20*
 97:*12*
REMOTE
 1:*16*
 6:*1*, 7
 7:*6*
remotely
 6:*8*
 7:*16*
remove
 59:*17*
 70:*23*
repeat
 10:*7*,
*15*
 23:*24*
rephrase
 10:*9*
Report
 4:*6*
 13:*1*
 28:*19*
 36:*3*
 39:*23*

40:*21*
 45:*19*,
*20*
 86:*19*
 91:*1*,
*20*
 92:*9*,
*23*
 93:*9*
 99:*19*,
*22*
 100:*4*,
*12*
REPORTED
 93:*15*,
*20*   94:*1*
REPORTER
 1:*16*
 6:*7*
 7:*1*
 8:*8*, *11*,
*18*   9:*8*
 92:*1*
 96:*21*
 104:*16*,
*23*
 105:*7*
 106:*1*,
*22*

reporting
 47:*21*
reports
 36:*1*
 38:*21*
 96:*2*
 100:*16*

represent
 8:*24*

reprimand

39:*10*
 41:*2*
request
 33:*16*
require
 69:*11*
required
 32:*23*
 33:*10*
 41:*6*
reread
 12:*24*
Research
 31:*24*
reserved
 5:*11*
reside
 8:*3*
resignati
on
 20:*24*
resigned
 16:*23*,
*24*
 19:*12*
resource
 28:*1*
 46:*1*
 49:*12*
 102:*21*
respect
 5:*20*
 13:*24*
 14:*7*
 17:*8*
 27:*12*
 69:*17*
 98:*23*
 99:*14*,
*18*
respected
 32:*12*

respectiv
e    5:*4*
respirati
on
 94:*10*
 100:*9*
respond
 9:*10*
 44:*17*
 74:*25*
respondin
g   46:*5*,
*6*
 52:*13*,
*22*
response
 45:*2*
 55:*12*,
*13*, *14*
 94:*8*
responsib
ilities
 26:*16*
 32:*19*
rest
 30:*25*
restraint
s
 56:*16*
 88:*22*
result
 83:*5*,
*25*
 99:*15*
resulted
 85:*11*
retire
 22:*17*
retired
 19:*16*,
*19*, *20*,
*23*
 20:*2*, 3

24:*24*
 103:*5*
retiremen
t
 19:*15*
 20:*24*
 21:*11*
retiring
 21:*10*
review
 12:*7*
 33:*18*
 34:*11*
 36:*21*,
*25*   37:*3*
reviewed
 12:*10*
 34:*7*
 47:*2*

reviewing
 40:*12*
rib
 91:*10*,
*15*
ribs
 78:*18*,
*24*
 83:*25*
 84:*2*,
*12*
 85:*11*
 86:*16*,
*20*, 21*
 87:*7*
 89:*12*
 90:*9*,
*15*, *17*,
*20*, *23*
 91:*1*, *2*,
*5*, *8*
rid
 50:*24*

right
  19:5
  20:9,
11, 21
  33:9
  34:15,
17
  35:6
  37:22
  39:17
  42:7,
23
  46:8
  48:5, 6
  49:9
  51:4,
21
  57:5,
22
  62:7
  64:10,
14, 22
  65:13
  68:1,
20
  69:20
  70:7,
17, 19,
20, 22,
24
  71:14,
16
  72:10
  75:6,
16
  78:23
  80:24
  82:9
  83:10,
12, 16,
22
  84:5
  85:4,

19
  87:8
  91:1
  94:11
  95:7
  97:10
  98:16,
22
  101:3,
12
  104:16
right-
handed
  87:20
rights
  5:17
  70:9
riot
  25:12
ripped
  53:11
  58:14

Riverview
  21:5
RN
  37:8
  68:25
  74:2, 3,
6, 7, 10
  98:14,
15
Roche
  2:6
rock
  89:15
role
  26:16
  61:19
roles
  32:18
roll
  83:10

room
  6:19,
21
  61:13
  65:19
  67:9,
10, 13,
23
  68:16
  69:6,
10, 20
  70:17,
22
  71:11,
25
  72:2, 3
rooms
  65:19
  68:14,
15, 16,
24
rounds
  29:16,
18
route
  62:3
Rule
  6:5
ruled
  23:7
Rules
  5:15,
17, 19
  6:5
  7:17
  8:2
Run
  20:23
  31:12,
13
  32:20
  39:16
  45:9

52:1
  72:9
run-ins
  47:13
runners
  47:25
running
  26:19
runs
  66:21,
22

< S >
S200
  26:9, 10
SA2
  102:25
sat
  75:15
  90:12
saw
  14:3
  53:11
  56:24
  59:6,
15, 19
  72:20
  94:8
  95:14,
22    99:9
saying
  11:13
  27:13
  28:6
  30:24
  35:3
  39:5, 6
  42:8
  49:24
  52:19
  59:3
  61:1
  71:25

75:6
  79:1, 6
  83:16
  84:11,
24
  87:10,
24
says
  37:21
  39:5
  76:2
  93:1, 2,
14, 15,
20
  94:1, 20
scared
  30:2, 7
scatch
  60:8
scene
  71:20

scheduled
  33:19
scheduli
ng
  26:11
  63:11
Scholasti
c    80:16
school
  22:6
  33:25
scope
  23:4,
15
  24:23
score
  82:9,
11, 16
  83:6
scored
  22:11

scratch
  59:*21*
  60:*6, 23*
scratched
  51:*5*
screaming
  55:*25*
  61:*7*
  78:*2*
  86:*24*
screen
  96:*17*
scroll
  92:*16,*
*18*
search
  34:*21*
  70:*7*
  86:*23*
searches
  33:*4,*
*17*
  91:*21*
second
  18:*13*
  51:*25*
  54:*23*
  57:*11*
  67:*6*
  72:*5*
  80:*17*
  92:*2,*
*18*
  93:*11,*
*12*
  96:*22*
  99:*23*
seconds
  61:*12*
sections
  5:*19*

see
  15:*5*
  29:*19*
  35:*13,*
*20*
  37:*22*
  38:*12*
  39:*9,*
*12*
  41:*5,*
*18*
  44:*17*
  45:*14*
  53:*3, 6,*
*8*   54:*6,*
*20*
  55:*15*
  56:*3,*
*22*
  59:*23*
  60:*1,*
*16, 22,*
*23*
  63:*13*
  65:*11,*
*12*
  67:*16*
  73:*11,*
*13, 15*
  75:*24*
  76:*1*
  77:*22*
  89:*24*
  91:*21*
  92:*12,*
*13*
  93:*1*
  96:*19*
  98:*2,*
*11, 18*
  100:*5*
  103:*23*

seeing
  30:*5*
  53:*4*
  78:*4*
seek
  10:*9*
  53:*16*
seen
  14:*9*
  37:*9*
  41:*8,*
*10, 14,*
*15*
  70:*8*
  71:*12*
  95:*21*
send
  51:*6*
sends
  63:*12*

seniority
  32:*7*
sense
  78:*24*
  87:*18*
  88:*8*
sent
  12:*15*
  26:*6*
  62:*22*
  63:*2, 8*
  94:*13*
separate
  50:*5*
  101:*1*
sequence
  75:*19*
Sergeant
  4:*8*
  19:*25*
  20:*1*
  21:*14*

22:*2, 5,*
*6, 22*
  24:*17,*
*19*
  25:*15,*
*16, 22,*
*24*
  26:*2, 3,*
*4, 5, 7,*
*8, 9, 10,*
*17*
  27:*2*
  32:*19*
  33:*13,*
*25*
  34:*1*
  40:*1,*
*23*
  41:*1,*
*25*
  43:*3*
  49:*4*
  63:*10,*
*15, 16*
  65:*24*
  76:*18*
  77:*12*
  86:*22*
  91:*16*
  92:*7*
  96:*16,*
*19*
  97:*11,*
*25*
  101:*12*
  103:*15,*
*17, 19,*
*20*
  104:*11*

sergeants
  103:*21*

sergeant'
s
  22:*10*
  44:*9*
  48:*24*
  63:*25*
  65:*17,*
*23*
  67:*25*
  68:*2, 3,*
*7   77:5,*
*8, 17*
series
  9:*1*
  70:*24*
set
  106:*7*
sets
  63:*12*
Seven
  58:*25*
seventh
  91:*10,*
*14*
severe
  90:*14*
SGT    1:*8*
SHAWN
  1:*8*
shift
  29:*1*
  31:*6*
  42:*9,*
*10, 24*
  45:*8*
  66:*8*
  97:*18*
  102:*10*
  103:*16,*
*18*
shifting
  27:*20*

**shifts**
  42:*5, 6*
  97:*11,*
  *13*
**shiner**
  58:*14,*
  *15*
**shirt**
  43:*6,*
  *15*
  53:*11*
  58:*13*
**shit**
  75:*22*
**shoot**
  80:*20*
  81:*13*
**shop**
  31:*24*
**short**
  85:*22*
**shortly**
  16:*23*
  76:*9*
**shorts**
  98:*11*
**shoulders**
  82:*11,*
  *15*
**show**
  15:*11*
  32:*15*
  34:*23,*
  *25*
  66:*15*
**showing**
  92:*7*
  97:*25*
**shows**
  99:*5*
**SHU**
  103:*11*

**sic**
  58:*13*
**sick**
  28:*2*
  32:*14*
  65:*20*
  66:*21*
**side**
  27:*11,*
  *18*
  30:*19,*
  *20*
  54:*12,*
  *14*
  58:*15*
  62:*1, 9*
  65:*21*
  78:*12*
  79:*22*
  81:*3,*
  *11, 14*
  83:*19*
  84:*10*
  89:*18*
  90:*7, 8,*
  *18*
  91:*10,*
  *15*
**sides**
  27:*9*
  81:*7*
**sight**
  94:*12*
**sign**
  5:*7*
  32:*24*
  33:*7,*
  *13, 17*
  34:*2, 5*
  35:*23*
  69:*2*
  96:*1, 7*

**signature**
  93:*10,*
  *24*
  94:*15,*
  *18, 22*
  108:*18*
**signify**
  34:*6*
**signing**
  8:*9*
  35:*4*
**similar**
  14:*4*
  43:*15,*
  *17*
**Similarly**
  9:*16*
**sink**
  34:*24*
**sinks**
  88:*11*
**sir**
  25:*17*
  38:*6,*
  *22*
  92:*22*
  93:*22*
**sit**
  29:*7*
  75:*5,*
  *23, 24,*
  *25*
**sites**
  11:*18*
**sitting**
  65:*13*

**situation**
  49:*6*
  53:*2*

  69:*3*
  77:*12*
**Sivin**
  2:*6*
**six**
  44:*16*
  45:*8*
**skin**
  100:*8*
**slammed**
  78:*21*
**slop**
  34:*24*
**slow**
  74:*25*
**slurred**
  100:*8*
**Small**
  15:*20*
  85:*22,*
  *25*
  89:*14*
**smaller**
  86:*11*
**smoking**
  70:*2, 3*
**smooth**
  26:*19*
  29:*8*
**smoothly**
  32:*21*
**soap**
  33:*15*
**social**
  10:*24*
  11:*4, 9,*
  *18, 21,*
  *25*    12:*4*
**Somebody**
  17:*6*
  31:*5*
  36:*24*
  45:*10*

  48:*10*
  50:*1*
  63:*18*

**someone's**
  45:*23*
**son**
  103:*8*
**soon**
  53:*2*
  54:*5*
  56:*16*
**sorry**
  11:*2*
  14:*20*
  18:*8*
  21:*12*
  24:*18*
  26:*4*
  34:*8*
  37:*17*
  38:*4*
  39:*24*
  40:*6*
  42:*12*
  48:*21*
  58:*9*
  62:*25*
  63:*16*
  67:*5*
  68:*6*
  84:*22*
  87:*23*
  88:*14,*
  *15*
  104:*20*
**sort**
  35:*9*
  87:*17*
**sounded**
  74:*25*

sounds
  36:4
  72:11
South
  7:7

Southport
  21:5
  22:7
  26:7
speak
  11:16,
  21
  17:9
  18:5
  25:10
  29:24,
  25
  30:9
  39:14
  56:21
  57:20
  82:25
speaking
  40:11
  58:10
  62:19
  69:9
  86:14
special
  103:1

specially
  49:7
specific
  31:7
  37:6
  49:14
  55:4
specifica
lly
  89:8

specified
  107:10
specify
  90:25
  91:9, 12

speculate
  79:15
  82:24
speculati
on
  82:22
speculati
ve
  79:11
speech
  100:8
speed
  85:15,
  16
  90:10
spell
  11:5, 6
  14:22
split
  54:23
spoke
  22:15
  32:3
  36:20
  55:20
  69:4
  98:14
spoken
  11:24
spray
  43:10,
  11, 17
sprayed
  75:10
spread
  29:4

staff
  68:21
  69:1
  73:19,
  21, 22
staffing
  74:1
staggerin
g   60:12
standard
  61:25
standing
  75:14
START
  1:16
  9:14
  21:19
  58:14
  62:23
  77:13
started
  11:7
  21:20
  76:25
  78:7
  79:20
  86:23
  88:6
state
  8:3
  10:18
  31:24
  80:13,
  17
stated
  77:25

statement
  61:10
STATES
  1:1
  7:13

stationed
  65:24
stature
  15:20
stayed
  63:6
stays
  66:5
stenograp
hic
  7:21
stenograp
hically
  106:10
step
  81:6
  82:1
sternum
  91:2
stick
  70:8
  91:6
sticks
  48:12

stipulate
  8:4, 5,
  7
STIPULATE
D   5:3,
  6, 10,
  13, 16
  6:2
STIPULATI
ONS
  5:1
  6:1
stomach
  83:19
stood
  61:6

stool
  75:23,
  24
stop
  53:17
  95:14,
  17, 22
stories
  40:14
story
  13:5
  37:12
straight
  62:5
Street
  2:3
Strike
  39:24
strip
  67:14
  70:7, 10
stripped
  67:21

struggled
  56:12
stuck
  48:2
stuff
  9:9
  11:8
  13:22
  26:22
  33:4
  38:2
  39:17
  41:11
  48:1
  53:5
  65:17
  66:22
  71:15,
  16

72:*1*
80:*21*
**stuffing**
69:*15*
**subordina**
**te**
102:*13,*
*17*
103:*10,*
*12*
**Subscribe**
**d**
107:*18*
108:*22*
**sudden**
75:*2*
**suggest**
73:*6*
**suggested**
11:*17*
71:*5*
**Suite**
2:*3*
**superfici**
**al**
59:*16,*
*20*
**Supervisi**
**on**   46:*7*
**superviso**
**r**
28:*21*
40:*23,*
*24*
94:*20*
95:*9*
97:*9*
103:*13*
104:*3*
**supplies**
33:*14*

**support**
100:*13*
**supposed**
19:*1*
33:*20*
34:*12*
66:*13*
**Sure**
9:*6*
12:*1*
13:*3*
14:*4,*
*17*
15:*18,*
*19*
16:*22*
17:*21*
23:*25*
26:*18*
28:*24,*
*25*
29:*7*
31:*13,*
*14*
32:*20*
33:*8, 9,*
*16, 18*
34:*11,*
*14, 17*
40:*2*
44:*9,*
*10*
46:*7*
48:*23,*
*24*
54:*15*
58:*8*
60:*4*
61:*20,*
*22*
63:*5*
64:*15*
70:*11*

71:*1*
72:*25*
73:*2*
79:*13*
85:*23*
86:*22*
102:*9,*
*10*

**surmising**
89:*20*

**surprised**
87:*8,*
*11*
90:*11*

**surprises**
89:*16*
**suspect**
67:*16*

**suspected**
68:*19*
**swap**
31:*4*
**swapping**
31:*5*
**swear**
8:*13*
**sworn**
8:*15,*
*17*
107:*5,*
*18*
108:*22*

< T >
**tag**
43:*7, 16*
**take**
7:*7*
9:*25*

10:*1*
13:*1*
19:*1, 3*
20:*15*
22:*9*
34:*1*
37:*23,*
*24*
39:*9*
41:*23*
45:*12*
50:*12,*
*16*
51:*20,*
*21*
59:*18*
62:*7*
65:*18*
67:*19*
69:*5, 9*
70:*6,*
*17, 18,*
*19, 23,*
*24*
71:*10,*
*11*
72:*18,*
*21*
73:*5*
78:*19*
81:*18*
82:*8*
87:*15*
88:*10*
89:*21*
92:*15,*
*18*
96:*25*
98:*4*
**take-**
**down**
88:*25*

**taken**
7:*10,*
*15*
18:*22*
22:*11*
62:*3*
72:*13*
75:*17*
86:*19*
101:*10*
106:*6, 9*
**talk**
29:*18*
31:*19*
35:*13*
37:*24*
63:*13*
80:*5*
103:*22*

**talkative**
59:*4*
**talked**
17:*5,*
*13*
48:*2*
54:*23*
56:*5*
86:*13*
88:*3*
**talking**
9:*21,*
*23*
11:*14*
12:*17*
13:*25*
14:*1*
33:*5*
34:*20,*
*21*
51:*10*
55:*6*
57:*24*

59:*20*
77:*2*
83:*3*
89:*23*
100:*7*
**talks**
97:*6*
**tall**
85:*20,*
*23*
**target**
24:*25*
**team**
28:*14*
44:*15,*
*16*
45:*3,*
*20, 22*
46:*16*
52:*21*
55:*12,*
*13, 14*
78:*9*
**technique**
**s**
79:*13*
87:*14*
**tell**
13:*3*
20:*12*
35:*19*
55:*23*
56:*9*
60:*15*
63:*17,*
*18, 19*
64:*15*
73:*4, 5*
77:*24*
78:*11*
79:*13*
82:*23*

96:*10*
98:*4*
**telling**
79:*6*
**ten**
76:*21*
**tense**
30:*8*
**tenure**
23:*2*
24:*1*
**term**
29:*14*
**terms**
65:*10*
82:*20*
**test**
20:*15*
22:*6, 9,*
*10, 19*
68:*19*

**testifies**
8:*15*
**testify**
18:*11*
19:*9*
25:*9*
107:*6*

**testimony**
25:*13*
107:*6, 9*
**text**
6:*17*
**Thank**
19:*11*
40:*9*
97:*20*
98:*22*
104:*10,*
*12, 14*

**thereof**
106:*15*
**thereto**
5:*20*
**thing**
29:*20*
31:*13*
45:*17*
47:*24*
74:*22*
88:*5*
100:*24*
**things**
9:*4*
24:*10*
25:*2*
29:*23*
32:*20*
33:*7,*
*10, 22*
35:*23*
36:*11*
39:*19*
40:*13*
45:*1*
48:*8*
49:*9*
53:*4*
61:*21*
63:*13*
94:*2*
95:*1, 6*
99:*16*
100:*11*
101:*1*
**think**
14:*2, 3,*
*10, 11*
16:*3,*
*21*
17:*15*
18:*1*
21:*22*

22:*11*
25:*5, 6*
32:*19*
34:*9*
38:*5*
39:*12,*
*13, 14*
42:*5*
43:*22*
54:*19*
60:*25*
64:*2*
70:*11*
72:*4*
76:*17,*
*18*
81:*8*
97:*14*
101:*4*
**thinking**
78:*24*
**thinner**
19:*5*
**third**
17:*25*
18:*16,*
*17*
22:*19*
93:*11*
**thought**
14:*12*
87:*6*
**three**
14:*12*
17:*15*
18:*2*
19:*16*
22:*11*
26:*9*
36:*2*
55:*1, 2,*
*5*

61:*18*
70:*21*
**Three-**
**eleven**
42:*10*
**throw**
50:*24*
80:*6*
81:*23,*
*25*
83:*12*
84:*14*
**throwing**
39:*7*
84:*4,*
*17, 18,*
*19, 25*
88:*8, 9*
**thrown**
83:*24*
85:*10*
**Thursday**
1:*15*
**ticket**
39:*7*
**Tier**
103:*19*
**tighten**
36:*17*
**TIME**
1:*16*
5:*12*
7:*3*
9:*22,*
*23, 25*
14:*5*
17:*4,*
*17, 25*
18:*5,*
*13, 16,*
*17*
22:*7,*
*12, 13,*

*19*
 24:*24*
 25:*18*,
*23*
 28:*6, 8,*
*9, 22*
 29:*2*,
*21*
 30:*8*
 31:*14*
 35:*23*
 36:*18*
 40:*15*,
*20*
 42:*20*
 43:*3*,
*18, 19*
 44:*3*,
*11, 20*
 45:*11*
 46:*24*
 48:*10*,
*22, 25*
 50:*10*
 51:*22*
 52:*18*
 56:*25*
 57:*2, 3*,
*18, 21*
 58:*1, 4*,
*19, 24*
 60:*2, 9*,
*24*
 61:*2*
 62:*13*
 63:*1*
 64:*11*,
*16, 25*
 73:*2*
 74:*5*
 75:*14*
 76:*7*
 77:*22*

81:*18*
 84:*9*,
*11*
 85:*3, 6*,
*12, 13*
 91:*23*
 98:*13*,
*16*
 100:*7*
 103:*6*
 104:*13*,
*22*
 106:*7*
 107:*10*
**times**
 17:*14*,
*15, 16*
 18:*2*
 22:*9*,
*11*
 76:*5*
 83:*8*
 84:*15*
 85:*5*,
*10, 11*,
*13*
 104:*5, 6*
**tiptoes**
 85:*24*
**title**
 19:*24*
**titled**
 92:*8*
 96:*18*
**To-and-
From**
 4:*7*
 12:*18*
**Today**
 18:*22*,
*24*   19:*9*

**Today's**
 7:*2*
 12:*6*
**to-form**
 51:*7*
**to-from**
 49:*20*,
*24*   50:*2*
**to-froms**
 91:*20*
**toilet**
 33:*14*
**told**
 18:*10*
 44:*23*
 55:*17*
 57:*13*
 63:*19*,
*21*
 79:*16*,
*17, 19*
 86:*16*
 89:*1*
 94:*7*
 95:*4*
**toothpast
e**   33:*15*
**top**
 28:*3*
 76:*17*
 78:*22*
 80:*3*
**toss**
 80:*25*
 81:*2*,
*21*
 82:*3, 5,
6*
 83:*13*
 84:*4*
 87:*17*
 88:*8*
 90:*6*

**total**
 28:*10*
**totally**
 62:*25*
**touch**
 91:*4*
**tour**
 42:*2*,
*11, 12,
13, 15,
16, 18,
21*
 103:*18*
**tournamen
t**
 85:*12*,
*15*
**tours**
 41:*25*
 42:*6*
**track**
 50:*9*
**tractor**
 30:*6*
**tradition
al**   7:*22*
**trailers**
 30:*6*
**training**
 20:*14*,
*16*
**transcrib
e**   9:*8*
**transcrip
t**   5:*8*,
*9*   8:*9*,
*12*
 9:*16*
 106:*11*
 107:*8, 9*
**transcrip
tion**
 9:*22*

**transferr
ing**
 27:*21*
**transpire
d**   64:*4*
**transpire
s**   91:*17*
**transport
ation**
 50:*4*
 67:*19*
**transport
ed**
 67:*15*
 77:*10*
**trial**
 5:*12*
**tried**
 56:*6, 8*
**trouble**
 60:*14*
**true**
 106:*11*
 107:*9*
 108:*18*
**truth**
 107:*6*
**try**
 9:*21*
 26:*21*
 29:*9*
 30:*4*
 48:*7*
 50:*13*
 73:*13*
 83:*19*
 104:*8*
**trying**
 26:*23*
 30:*3*
 70:*8*
 82:*9*
 83:*6*,

*11*
  84:*22*
  88:*6,*
*18, 21*
**T-shirt**
  60:*3*
**tuberculo**
**sis**
  68:*17*
**Tuesday**
  31:*2*
  44:*8*
**turn**
  39:*15*
  44:*1*
  62:*7*
**turned**
  75:*4*
**turning**
  88:*17*
  97:*20*
**tussle**
  58:*16*
**TV**  103:*5*
**twice**
  94:*12*
**two**
  9:*23*
  12:*13,*
*14*
  13:*12*
  14:*12*
  17:*15,*
*24*
  27:*8*
  45:*15*
  58:*20*
  66:*8*
  68:*16*
  72:*9*
  76:*18*
  82:*11,*
*15*

90:*4*
  101:*1*
**type**
  43:*2*
  69:*25*
**types**
  32:*24*
  87:*9*

**typically**
  28:*13*
  49:*3, 4,*
*11*
  52:*11*
  81:*2,*
*13*
  83:*24*

< U >
**UI**
  37:*6*
  72:*19*
  100:*16*
**unanswere**
**d**   10:*2*
**undershor**
**ts**
  98:*18*
**understan**
**d**   10:*6*
  23:*22,*
*23*
  41:*12*
  42:*4*
  71:*8*
**understan**
**ding**
  10:*13*
  77:*21*
  80:*22,*
*23*
  89:*10*

**understoo**
**d**   9:*12,*
*24*
  10:*10,*
*13, 16*
  34:*9*
  81:*8*
  89:*22*

**underwear**
  70:*24*
**uniform**
  43:*2, 5*
**unit**
  27:*9,*
*13, 14,*
*23, 24*
  29:*4, 6*
  33:*16*
  45:*11*
  46:*19*
  51:*14*
  63:*3*
  103:*1*
**UNITED**
  1:*1*
  7:*12*
**units**
  27:*4, 5*
  28:*9*
  30:*6*
**unsaid**
  32:*4*
**unusual**
  50:*1, 6*
  51:*1*
  62:*24*
  91:*19*
**upper**
  86:*22*
**use**
  12:*22*
  33:*22,*

*24*
  34:*2*
  36:*20,*
*24*
  37:*5*
  39:*20*
  46:*8*
  49:*25*
  53:*14*
  62:*23*
  67:*14*
  87:*15*
  91:*19*
  93:*2*
  100:*7,*
*14, 15,*
*25*
**Use-of-**
**force**
  12:*20*
  38:*21*
  69:*4*
**usually**
  48:*5*
  52:*20*
  67:*18*
**utilized**
  5:*14*

< V >
**vacation**
  28:*2, 4*
  30:*21*
  46:*2*

**variables**
  88:*9*
  96:*8*
**various**
  29:*5*
**vehicle**
  76:*20*

**veracity**
  23:*17*
**verbally**
  9:*8, 11*
**versa**
  104:*8*
**vice**
  104:*8*
**video**
  6:*13*
**videoconf**
**erence**
  6:*7*
**Vincent**
  21:*5*
**violent**
  48:*15*
**vitamins**
  19:*7*
**vividly**
  59:*14*
**vs**   1:*6*
  7:*11*

< W >
**wait**
  9:*17*
  64:*11*
**waited**
  59:*8*
  76:*6*
**waiting**
  58:*4, 20*
**waived**
  5:*5, 9,*
*18*
**walk**
  30:*9*
  45:*1*
  49:*4*
  52:*1, 9*
  53:*3*
  59:*11*

61:*15*,
17
  62:1, *5*,
7, 11
  64:*1*, *9*
  65:*10*
  77:*14*
**walked**
  51:*17*
  56:*6*
  59:*24*
  62:*2*
**walking**
  49:*9*
  60:*10*
  61:*21*,
*23*    78:*7*
**walkway**
  44:*10*
  48:*23*
  49:*8*
  62:*6, 8,
10*
**wall**
  37:*21*,
*22*
  39:*17*
**want**
  13:*25*
  20:*22*
  22:*12*
  23:*14*
  29:*15*
  47:*10*
  51:*10*
  56:*17*
  58:*8*
  70:*9*,
*10*
  84:*25*
  96:*10*
**wanted**
  96:*6*

**Washingto
n**   2:*4*
**wasted**
  71:*9*
  90:*12*
**watch**
  26:*12*
  28:*23*,
*25*
  49:*8*
  68:*25*
**watching**
  61:*20*
**water**
  34:*22*
**way**
  9:*15*
  23:*18*
  24:*12*
  27:*10*
  50:*6*
  51:*2*
  52:*14*,
*19, 20*
  61:*18*
  64:*7*
  65:*16*
  73:*8*
  78:*23*
  91:*2*
  94:*10*
  106:*15*
**ways**
  38:*15*
  81:*24*
  82:*5*
**weak**
  82:*2*
**wear**
  43:*1, 14*
**wearing**
  43:*20*,
*24*   60:*2*

**week**
  31:*1*
**WEIDNER**
  1:*9*
  15:*3, 4*
  102:*23*
  103:*7*

**Weidner's**
  103:*3*,
*14*
**weighed**
  86:*2*
**weight**
  32:*7*
  84:*9*
  85:*18*
  86:*8*
  89:*13*
  90:*9*
**well**
  12:*9*,
*14*
  15:*21*
  19:*4*
  20:*14*
  24:*11*
  27:*25*
  32:*12*
  33:*12*
  37:*15*,
*20*
  39:*4, 6*
  43:*21*
  47:*16*
  48:*4*
  50:*11*
  53:*18*
  60:*11*
  64:*11*,
*19*
  66:*1*
  67:*12*

  70:*5*
  71:*10*
  80:*8*
  81:*16*
  82:*20*
  83:*9*,
*14*
  85:*14*
  88:*19*
  90:*25*
  94:*6*
  96:*5*
  101:*23*
  103:*11*
**went**
  12:*16*,
*18, 22*
  17:*2*
  20:*9*,
*16*
  22:*7*
  26:*11*,
*13*
  56:*4*
  57:*20*
  58:*6*
  63:*7*,
*24*
  64:*17*
  69:*20*
  76:*19*
  77:*5*
  78:*3*,
*21*
  79:*4*
  88:*4*,
*19, 20*
**we're**
  9:*4*
  12:*16*,
*17*
  24:*23*
  69:*8*

  83:*2*
  87:*25*
  92:*11*
**we've**
  39:*16*
  40:*11*
  76:*3*
**whatsoeve
r**   50:*2*
**White**
  43:*6*
**wife**
  11:*8*,
*13*
  84:*22*
**winced**
  90:*11*
**wincing**
  60:*18*
**WITNESS**
  1:*14*
  5:*7*
  6:*10*,
*12, 15,
20, 22,
23*   8:*8*,
*13, 15,
17*
  40:*5*, *9*
  72:*11*
  96:*6*
  98:*17*
  104:*14*
  105:*9*
**wits**
  52:*3*
**word**
  104:*21*
**work**
  11:*21*,
*24*
  30:*18*,
*19, 20*

31:4, 6
42:9,
24
43:1
63:7
73:11,
18
84:15
102:25
104:4
worked
20:8,
25
26:11
30:17
31:7, 8
42:11
74:10
97:15
102:10,
14, 25
103:4
105:4
working
19:13,
18
20:4
21:7, 9
28:7,
13
31:16,
18
42:18,
21
43:2
46:18
67:2
workload
104:7

workmates
12:3

works
15:17
45:16
46:4
51:15
102:10
wrap
91:1
101:6, 7
wrapped
76:1
wrestle
83:21
wrestled
56:10
57:15
78:8
wrestler
79:24
80:13
83:15

wrestlers
81:10

wrestling
56:11
80:9,
12, 15
81:5
83:7
84:2, 14
write
36:1, 4
49:20,
23
50:2,
11, 14,
16    63:4
writing
36:3
written
6:9

35:16
40:21
93:21
95:6
wrong
16:10,
12
40:22
47:2
61:1
95:21
wrongdoin
g   41:6,
9, 18
95:13,
22
wrote
16:12
47:1
93:8
100:1

< Y >
Yeah
8:10
11:2
12:14
18:4
19:22
26:23
27:14
28:11
30:8,
22
32:1,
15
33:6
34:23
35:11
36:4, 5,
10, 19,
23
38:3

39:19
40:5,
24
43:24,
25
45:16
50:18
55:18
62:14
66:2
69:16
76:16
85:9,
14
86:11
90:11,
17, 25
91:20
93:2, 9,
17
96:8
99:25
100:10
year
13:15,
17
17:22,
23
19:14
20:5,
19
22:23
years
12:14
13:13
15:19
16:4
20:4
21:15,
16
25:25
26:1,
15

36:3
42:22
74:13
75:22
80:19
82:25
83:24
yelled
72:4
yelling
78:2
Yep
31:3

yesterday
18:1, 3
YORK
1:1
2:8
7:7, 14
30:5
young
15:17,
20
younger
32:15