

**NEW YORK STATE** | **Corrections and Community Supervision**

ANDREW M. CUOMO
Governor

ANTHONY J. ANNUCCI
Acting Commissioner

TO: Sgt Coffey

FROM: Barbarito / Hart

SUBJECT: INMATE ESCORT

DATE: 10/28/20

SIR,

ON 10/28/20 AT 9:52 ~~AM~~/PM. I ESCORTED INMATE McCallion, M.

DIN# 17A1884. THE ESCORT WAS FROM C-1 Dorm TO Infirmary

THE ESCORT WAS COMPLETED WITHOUT INCIDENT.

ESCORT OFFICER: _[signature]_

ESCORT OFFICER: _[signature]_

ESCORT SUPERVISOR: _[signature]_

Gouverneur Correctional Facility, 112 Scotch Settlement Road, P O Box 370 Gouverneur NY 13642-0370 | (315) 287-7351 | www.doccs.ny.gov

000285

**NEW YORK STATE** | **Corrections and Community Supervision**

ANDREW M. CUOMO
Governor

ANTHONY J. ANNUCCI
Acting Commissioner

To: Lt. Decker

Fr: Sgt. J. Coffey

Date: 10/28/20

Subject: Inmate McCallion, Michael 17a1884   U.I 20-0217, UOF 20-040

On 10/28/20 at approx. 9:50pm I responded to C1 with the red dot response team. Upon my arrival to C1 dorm Officer M. Marra reported to me that he heard screaming and yelling coming from the inmate bathroom. Marra went into the bathroom and saw inmate McCallion, Michael 17A1884, C1-5 cube. Marra walked toward inmate McCallion and once inmate McCallion saw Officer Marra he lunged at him. Marra was able to take inmate McCallion down face first, using body holds, and pulled his pin on his PAS. Officer Marra kept struggling to gain control of inmate McCallion until the red dot response team arrive. Officer Hart arrived and after Officer Marra was able to force inmate McCallion hands behind his back. Officer Marra used Officer Hart's mechanical restraints and applied them to inmate McCallion wrists behind his back. Once the use mechanical restraints were applied, McCallion stopped struggling and the force stopped

Officers Barbarito, and Hart and I escorted inmate McCallion to the infirmary exam room to be evaluated by Rn McIntosh. During Rn McIntosh examination went as follows 1) discolored swollen area beside R) eye 2) 2cm linear abrasions on the right side of neck 3) multiple reddened areas on the back. Rn McIntosh went further to assess McCallion as being lethargic difficulty following instruction pupils dilated nonreactive to light speech slurred, skin pale, diaphoretic, respiration. inmate McCallion was Narcan intranasally at 10:36pm approx. blood pressure 50, the second application of Narcan intranasally by Rn McIntosh at 10:40pm approx. without desired effect. Inmate McCallion taken to Gouverneur via ambulance with Officers McGregor, Newcombe, Law and Sgt. Villeneuve as the transportation team.

Inmate McCallion's cube was searched, NCF. I took pictures of inmate McCallion. Sgt. Villeneuve took pictures of Officer Marra. Officer Marra wrote the misbehavior report. All pertinent documents submitted.

Respectfully Submitted,

**NEW YORK STATE** | **Corrections and Community Supervision**

ANDREW M. CUOMO
Governor

ANTHONY J. ANNUCCI
Acting Commissioner

TO: _Sgt Coffey_

FROM: _Barbarito / Hart_

DATE: _10/28/20_

SUBJECT: INMATE ESCORT

SIR,

ON _10/28/20_ AT _9:52 pm_ AM/PM. I ESCORTED INMATE _McCallion, M._ DIN# _17A1884_. THE ESCORT WAS FROM _C-1 Dorm_ TO _Infirmary_.

THE ESCORT WAS COMPLETED WITHOUT INCIDENT.

ESCORT OFFICER: _____

ESCORT OFFICER: _____

ESCORT SUPERVISOR: _____

Gouverneur Correctional Facility, 112 Scotch Settlement Road, P.O. Box 370, Gouverneur, NY 13642-0370 | (315) 287-7351 | www.doccs.ny.gov

000285

STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

## MEMORANDUM

TO: LT. ROGERS

FROM: CO G. GRIFFITH

SUBJECT: INMATE McCALLION 17A1884 COMPLAINT

DATE: 11/8/2020

ON 10/28/20 I CO G. GRIFFITH ESCORTED INMATE McCALLION 17A1884 TO THE INFIRMARY AND AT NO TIME DID I ASSAULT HIM NOR DID I WITNESS ANYONE ELSE ASSAULT HIM.

RESPECTFULLY SUBMITTED
CO G. GRIFFITH

000018



**NEW YORK STATE | Corrections and Community Supervision**

ANDREW M. CUOMO
Governor

ANTHONY J. ANNUCCI
Acting Commissioner

To:   Lt. Ault

From: Sgt. J. Coffey

Date: 11/20/20

Subject: Response to grievance GOV-300-20 Inmate McCallion, M. 17A1884,

In this memo I'm responding to allegations made by inmate McCallion, M. 17A1884 of an alleged assault on 10/28/20 at approx. 9:50pm. The evening in question, inmate McCallion admittedly was intoxicated in the C1 inmate bathroom, on what McCallion said was K2. The C1 dorm Officer went to investigate loud screaming and yelling coming from the inmate bathroom, where some inmates were fleeing from while others were trying to look in and see what the commotion was. As the Officer entered the bathroom, he recognized that inmate McCallion was the one who was screaming and yelling. When McCallion saw the Officer, and then McCallion lunged at the Officer and was involved in a documented, staff use of force. McCallion was forced to the ground but kept resisting as the Officer struggled to gain control, until supporting staff arrived.

   I escorted inmate McCallion with the assistance of Officers Hart and Barbarito to the infirmary exam room where I took photos of McCallion and was after examined by the Rn. When inmate McCallion situation changed during the Rn's examination, with his blood pressure that dropped to 50 and was administered two applications of Narcan intranasally.
         At no time was inmate McCallion was escorted to the infirmary frisk room and was beaten by me or any other staff in my charge.

Respectfully Submitted,

*[signature]*

Gouverneur Correctional Facility, 112 Scotch Settlement Road, P.O. Box 370, Gouverneur, NY 13642-0370 | (315) 287-7351 | www.doccs.ny.gov

000013

STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

**MEMORANDUM**

TO: LT. T. Ault

FROM: C.O. M. Hart

SUBJECT: I/M McCallion # 17A1884

DATE: 11/23/20

On 10-28-20 I C.O. M. Hart responded to A Red dot response on C-1 dorm. Upon entering I observed C.O. M. Marra using body holds on a struggling inmate. I handed mechanical restraints to officer M. Marra to put on the inmate. I then remained on C-1 dorm on duty for the rest of the tour. At no time did I assult the inmate in the infirmity or any other area.

Respectfully Submitted
C.O. M. Hart
C.O. [signature]

000019

FORM 1016A (7/11)



**NEW YORK STATE | Corrections and Community Supervision**

ANDREW M. CUOMO
Governor

ANTHONY J. ANNUCCI
Acting Commissioner

## MEMORANDUM

TO: Lt. T J Ault

FROM: CO. S. Barbarito

DATE: 11/23/2020

SUBJECT: Gou-0300-20

On 10/28/20 I escorted inmate McCallion 17A1984 from G1 to the infirmary without incident. At no time did I beat up or assault inmate McCallion nor did I witness any other staff assault inmate McCallion.

Respectfully,

S Barbarito

000016

Gouverneur Correctional Facility, 112 Scotch Settlement Road, P.O. Box 370, Gouverneur, NY 13642-0370 (315) 287-7351 www.doccs.ny.gov