FORM 2104.1ADD (4/12)   STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
Ref. Directive #4944, 4004

# USE OF FORCE REPORT - PART B - ADDENDUM

| FACILITY | Date & Time of Incident | Facility Use of Force Log # |
|---|---|---|
| GCF | 10/28/20  950p | 20-040 |

| INMATE NAME | DIN | Cell Location |
|---|---|---|
| McCallion, Michael | 17A1884 | C-145B |

## PHYSICAL EXAMINATION / TREATMENT - DETAIL

| EXAMINER'S NAME AND TITLE | Date & Time of Examination |
|---|---|
| Julie McIntosh RN | 10/28/20  1035p |



Above date and time Inmate McCallion was involved in a use of force. Upon arrival Inmate was viewed in undershorts the following injuries #1) discolored, reddened, swollen area beside right eye #2) 2 - 2cm linear abrasions on Right side of neck. 3) multiple reddened areas on back. All areas cleansed with normal saline. Inmate lethargic, skin pale, diaphoretic, respirations irregular, narcan #1 1036p, B/P 50 narcan #2 1040p intranasally sent to Gouverneur ER via ambulance.

EXAMINER'S SIGNATURE AND DATE   J McIntosh   10/28/20  1035p

Dist: Original - Superintendent   Copy - Guidance unit file(s) of inmate(s) involved

FORM 2104.1 (4/12)      STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
Ref. Directive #4944, 4004

## USE OF FORCE REPORT (CONT'D)

There are ____ other reports filed under this Use of Force Log #

**FACILITY:** GCF
**Date & Time of Incident:** 10/28/20 950p
**Facility Use of Force Log #:** 20-040
**INMATE NAME:** McCallion, Michael
**DIN:** 17A1884
**If Unusual Incident, CCC Log #:** 291396

### PART B: PHYSICAL EXAMINATION/TREATMENT REPORT

**EXAMINER'S NAME AND TITLE:** Julie McIntosh
**Date & Time of Examination:** 10/28/20 1035p

**MEDICAL REPORT** (INDICATE DATE & TIME OF EXAMINATION, DESCRIBE EXTENT OF ANY INJURIES, AND DESCRIBE TREATMENT PROVIDED):

Above date and time Inmate McCallion was involved in a use of force. Upon arrival Inmate was ~~to the~~ viewed in undershorts and following injuries were observed #1) discolored reddened, swollen area beside right eye #2) 2 - 2cm linear abrasions on right side of neck. #3) multiple reddened areas on back. All areas cleansed with normal saline and ~~no fur~~ Inmate lethargic, skin pale, diaphoretic, respirations irregular narcan #1 1036p. B/P 50. narcan #2 1040p. Sent to Gouverneur ER via ambulance.

**EXAMINER'S SIGNATURE AND DATE:** Julie McIntosh RN  10/28/20

### PART C: REVIEW AND EVALUATION BY SUPERINTENDENT

**SUPERINTENDENT'S SIGNATURE AND DATE:**

Dist: Original - Superintendent    Copy - Guidance unit file(s) of inmate(s) involved