**St. Lawrence Health System**
Gouverneur Hospital

77 West Barney Street
Gouverneur, New York 13642
(315) 287-1000
StLawrenceHealthSystem.org

## CERTIFICATION OF HOSPITAL RECORDS PURSUANT TO CPLR 4518

Date: 01/22/2021

Patient: MICHAEL MCCALLION

Medical Record Number: J000418116

I, _Mari Pirie-St. Pierre RHIA_, am an employee of Gouverneur Hospital and delegated to certify and authenticate medical records.

Pursuant to Section 4518 of the Civil Practice Law and Rules: This is to certify that the attached is an exact copy of the original medical record(s) which I have in my custody. The medical record(s) were made and kept in the regular course of business of Gouverneur Hospital, and it is in the regular course of business of the hospital to make such medical records at or about the time of the events described in the medical records.

Dated: 1/25/2021

Mari Pirie-St.Pierre, RHIA
Director HIM

_Mari Pirie-St. Pierre, RHIA_
Printed Employee Name

State of New York
County of St. Lawrence
Subscribed and Sworn to before
Me this 25 day of January 2021

Notary Public State of New York
My Commission expires

BRITTNEY GRAVLIN
NOTARY PUBLIC
NO. 01GR6406589
My Comm. Expires
Apr 6, 2024
Qualified in St Lawrence County
STATE OF NEW YORK

**St. Lawrence Health System**
Gouverneur Hospital

77 West Barney Street
Gouverneur, New York 13642
(315) 287-1000
StLawrenceHealthSystem.org

# DELEGATION OF AUTHORITY FOR RECORD CERTIFICATION

I, Eric Burch, CEO, do hereby certify Mari Pirie-St.Pierre, RHIA, Director Health Information Management, has been authorized and instructed by me pursuant to §4518© of the Civil Practice Law and Rules to certify the writings, records, evaluation, photographs, of this institution, to the effect that such writings, records, evaluation, photographs, are the full and complete copy of the record of said condition, act, transaction, occurrence or event and that it was made in the regular course of such business to make it at the time of the condition, act, transaction, occurrence or event to within a reasonable time thereafter.

_____        10/7/20
Eric Burch, CEO Gouverneur Hospital        Date

# St. Lawrence Health System
Gouverneur Hospital


Patient Label: McCallian, Michael  84

## EMERGENCY DEPARTMENT
## PHYSICIAN DOWNTIME DOCUMENTATION

**Time Seen by PA/MD:** 2325  **CC/Condition on admit:** NARCOTIC OVERDOSE

**Chief Complaint & HPI:** 35 YO O° PRESENTS FROM GOUVERNEUR CORRECTIONAL BY AMBULANCE AFTER OVERDOSING ON SMOKING K2/SPICE. HE WAS UNRESPONSIVE + WAS GIVEN 2 DOSES OF NARCAN WHICH BROUGHT

**PMH** PT AROUND. HE DID HAVE HYPOTENSION INITIALLY + A IV WAS PLACED + 250cc BOLUS OF NS WAS GIVEN. AT ARRIVAL TO THE ER HE HAS NO COMPLAINTS, DENIES RECENT ILLNESS

**Family HX:**

**Social HX:**

**General APP:** 35 YO O° IN NAD

**Head/EENT &Mouth:** n/c/a/t EENT ALL WNL NORMAL OROPHARYNX

**Neck:** SUPPLE FROM ∅ LAD

**Cardiovascular:** RRR

**Chest/Respiratory:** CTA ∅ W/R/R

**Abdomen:** NORMOACTIVE BS SOFT NTND ∅ GUARDING OR REBOUND

**Genitalia/GU:**

**NEURO:** CN II-XII INTACT, SENSATION INTACT TO TOUCH STRENGTH 5/5

INR .96
PT 10
PTT 22

**Musculoskeletal/EXT:** FROM

**Skin condition:** w/o LI

INITIAL TROP .101  12.4 \ 13.5 / 172
REPEAT TROP .264  12.4 / 45.3 \ 

**Test Results:** EKG - SR @ 95 ∅ ST △'s
PCXR - NAD
CT CHEST - (R) 7,8,9,10 RIB Fx'S, NO PTX   139 | 101 | 10 \\ 66
CT A&P - NAD                                  3.8 | 1.20 /

**DX:** Rib ??   U/A NAD

EtOH 2
SALICYLATE 2.6
ACETAMINOPHEN ⊖

**RX & Plan:** (R) RIB Fx'S  INCREASING TROPONIN
WILL TRANSFER PT. TO SUNY FOR FURTHER INVESTIGATION

**Patient Teaching:** SUNY UPSTATE CONTACTED @ 0340. DR. CORTNEY IN THE ER HAS ACCEPTED TRANSFER

**Final Disposition:** TRANSFER TO SUNY UPSTATE   OF THE PT. FOR INCREASING TROPONIN, (R) RIB Fx'S

**Name/Time Consult Dr. Called:**   **Name/Time seen by Consult Dr:**

**Radiologist Consult:**

**Condition on discharge:** STABLE

**Date:** **Time:** **PA Signature:** mj PA-C

**Physician Name:**

**Date:** **Time:** **Physician Signature:**

GH326223ED   V12262018

**Gouverneur Hospital**
**Imaging Services Department**
**Imaging Report**
**77 West Barney Street**
**Gouverneur, New York 13642**
**315-535-9263**

---

**Name:** MCCALLION, MICHAEL
**DOB:** ▓▓▓ 1984 **Age/Sex:** 35M
**Ordering Provider:** Michael A Kiger, PA
**Med Rec #:** J▓▓▓▓8116
**Account #:** ▓▓▓▓1310
**Reg Status:** DEP ER **Room #:**
**Date of Service:** 10/29/20
**Report Number:** 1114-0046

---

cc: Michael A Kiger, PA; Timothy Moon, DO
Send Report To:

X000097833 CT/CT Chest No Contrast

Reason for exam: POSSIBLE OVERDOSE

**FINDINGS:**
LUNGS: Mild bibasal atelectasis.

PLEURAL SPACES: No pneumothorax evident. No pleural effusions.

HEART: No cardiomegaly. No significant pericardial effusion.

LYMPH NODES: No lymphadenopathy is evident.

UPPER ABDOMEN: Abdominal findings described separately.

BONES: Acute non-displaced fractures of the left 7, 8, 9, 10 anterolateral ribs.

Impression
Acute non-displaced fractures of the left 7, 8, 9, 10 anterolateral ribs. No pneumothorax.


Electronically signed on Oct 29, 2020 1:29:20 AM EDT by:

Steve Wei, MD

Diplomate, American Board of Radiology


While performing the above CT exam, the following dose reduction techniques were used:
    *Automated exposure control
    *Adjustment of the mA and/or kV according to patient size
    *Use of iterative reconstruction technique


CT Dose in mGy:

1 of 2

**Gouverneur Hospital**
**Imaging Services Department**
**Imaging Report**
**77 West Barney Street**
**Gouverneur, New York 13642**
**315-535-9263**

**Name:** MCCALLION, MICHAEL
**DOB:** ▮▮▮/1984 **Age/Sex:** 35M
**Ordering Provider:** Michael A Kiger, PA
**Med Rec #:** ▮▮▮8116
**Account #:** ▮▮▮1310
**Reg Status:** DEP ER **Room #:**
**Date of Service:** 10/29/20
**Report Number:** 1114-0046

Contrast Agent:   Amount in ml:                    Method of Administration:

**REPORT SIGNATURE ON FILE**
Reported By: Stephen Wei, MD
12/09/20 1207

Dictation Date/Time: 10/29/20 0129
Transcribed Date/Time: 11/14/20 1650
Transcriptionist: HIM.THAMA