

**Office of the New York State Attorney General**

**Letitia James Attorney General**

Writer Direct: (518) 776-2179

February 27, 2025

VIA ECF
Hon. Glenn T. Suddaby, U.S.D.J.
Federal Building and U.S. Courthouse
P.O. Box 7367
Syracuse, NY 13261-7367

    Re:    *McCallion v. Marra, et al.*, 22-CV-0253 (GTS/PJE)

Honorable Judge Suddaby:

    This status report is submitted in response to the Court's Text Order, dated February 25, 2025. (ECF No. 96). Please note that the parties have scheduled a virtual deposition of Dr. Timothy Moon for February 28, 2025, starting at 8:30 a.m. The parties will advise the Court once the deposition has been completed.

    We thank the Court for its consideration.

Respectfully submitted,

*Jorge A. Rodriguez*

Jorge A. Rodriguez
Assistant Attorney General
Jorge.Rodriguez@ag.ny.gov

CC:    VIA ECF
        All Counsel of Record