# SIVIN, MILLER & ROCHE, LLP
**20 Vesey Street, Suite 1400**
**New York, NY 10007**
Phone: 212 349-0300
Fax: 212 406-9462

March 12, 2025

<u>Via ECF</u>
Hon. Glenn T. Suddaby
US District Court, NDNY
Federal Building and U.S. Courthouse
P.O. Box 7367
Syracuse, NY 13261-7367

        Re: McCallion v. Marra, et al.
        Case no. 22CV00253

Your Honor:

The undersigned represents Plaintiff in the above-referenced matter. As the Court may recall, during the March 6, 2025, pre-trial conference, the parties were directed to provide the Court with an update regarding settlement discussions by Thursday of this week.

The parties have conferred, and as of the date of this letter, settlement discussions have ceased. Unfortunately, no resolution has been reached, and the parties are not currently engaged in any further settlement discussions.

Thank you for your consideration.

        Very truly yours,

        /s/ Duane Blackman
        Duane Blackman

        SIVIN, MILLER & ROCHE LLP
        Attorneys for Plaintiff
        20 Vesey St., Suite 1400
        New York, NY 10007
        (212) 349-0300