

**Office of the New York State
Attorney General**

**Letitia James
Attorney General**

Writer Direct: (518) 776-2179

March 13, 2025

VIA ECF
Hon. Glenn T. Suddaby, U.S.D.J.
Federal Building and U.S. Courthouse
P.O. Box 7367
Syracuse, NY 13261-7367

    Re:    *McCallion v. Marra, et al.*, 22-CV-0253 (GTS/PJE)

Honorable Judge Suddaby:

    This office represents Defendants in the above-referenced litigation. Please accept this correspondence in furtherance of Defendants' letter request of March 7, 2025 (ECF No. 110). In light of recent developments, including the resolution of the strike by DOCCS security staff, this office no longer requires an adjournment of the trial in this matter. Consequently, Defendants respectfully withdraw their request for adjournment.

    We thank the Court for its consideration.

Respectfully submitted,

*Jorge A. Rodriguez*

Jorge A. Rodriguez
Assistant Attorney General
Jorge.Rodriguez@ag.ny.gov

CC:    VIA ECF
       All Counsel of Record

Litigation Bureau | The Capitol | Albany NY 12224
518-776-2300 | ag.ny.gov